MORGAN, LEWIS & BOCKIUS LLP
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Nicole L. Antonopoulos, Bar No. 306882
nicole.antonopoulos@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304-1124
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF
AMERICA CORPORATION, TRICIA
SHANKS, and PETER C. MAXIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>              Plaintiff,<br><br>        vs.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual;  and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 5:26-cv-03535-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY ACTION**<br><br>Date:        August 3, 2026<br>Time:        9:00 a.m.<br>Courtroom:  1, 2nd Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

1                    Case No. 5:26-cv-03535-JGB-SP

DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL
ARBITRATION AND STAY ACTION

DB2/ 652248884.1

**TO THE COURT AND PLAINTIFF:**

PLEASE TAKE NOTICE that on August 3, 2026 at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 1, 2nd Floor, of the above-entitled Court, located at George E. Brown, Jr. Federal Building and United States Courthouse, Riverside, California, Defendants Bank of America, National Association, Bank of America Corporation, Tricia Shanks, and Peter Maxim (Bank of America, National Association and Bank of America Corporation jointly referred to as the "Bank", and all defendants collectively referred to as "Defendants") will seek an order pursuant to the Federal Arbitration Act ("FAA") to (1) compel Plaintiff Luna D'Sol ("Plaintiff") to arbitrate her claims pursuant to the Bank's Arbitration Policy, and (2) stay the action.

Defendants bring this motion on the ground that Plaintiff agreed to arbitrate any employment-related disputes with the Bank by continuing employment with the Bank for thirty days after the Bank's distribution of the Arbitration Policy. The Arbitration Policy is valid, binding, and legally enforceable under the FAA. *See* U.S.C. § 2. Plaintiff is bound by the Arbitration Policy, and the Arbitration Policy covers employment-related claims against the Bank and any of the Bank's employees and/or agents. Also, Tricia Shanks and Peter Maxim can enforce the terms of the Arbitration Policy as third-party beneficiaries, as alleged agents of the Bank, and/or pursuant to the doctrine of equitable estoppel. Accordingly, Plaintiff's claims should be compelled to arbitration, and this action should be stayed pending arbitration.

This motion is made following a conference between Plaintiff and Defendants' counsel pursuant to L.R. 7-3, and Plaintiff was unwilling to stipulate to arbitration pursuant to the Arbitration Policy as of the date of this Motion.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Dineen M. Allen and Karen Y. Cho, the Request for Judicial Notice, and all records and proceedings in this action, and any other evidence as may be presented to the Court in connection

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

with the hearing on the motion.

Dated:  July 2, 2026

MORGAN, LEWIS & BOCKIUS LLP

By  */s/Karen Cho*
   Karen Y. Cho
   Nicole L. Antonopoulos

   Attorneys for Defendants
   BANK OF AMERICA, N.A., BANK
   OF AMERICA CORPORATION,
   TRICIA SHANKS, and PETER C.
   MAXIM

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

3                    Case No. 5:26-cv-03535-JGB-SP
DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL
ARBITRATION AND STAY ACTION
DB2/ 652248884.1