# EXHIBIT 1

| | |
|---|---|
| **From:** | Antonopoulos, Nicole L. |
| **Sent:** | Friday, June 26, 2026 7:34 AM |
| **To:** | Luna D'Sol |
| **Cc:** | Cho, Karen Y. |
| **Subject:** | RE: Meet-and-Confer Request — § 128.7 Safe Harbor — D'Sol v. Bank of America, et al., Case No. CVPS2601396 |

Thank you.  I sent you a calendar invite for 8 am today with a meeting link/ call-in number.

**Nicole L. Antonopoulos**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304-1124
Direct: +1.650.843.7236 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
nicole.antonopoulos@morganlewis.com | www.morganlewis.com

    

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Thursday, June 25, 2026 11:40 PM
**To:** Antonopoulos, Nicole L. <nicole.antonopoulos@morganlewis.com>
**Cc:** Cho, Karen Y. <karen.cho@morganlewis.com>
**Subject:** Re: Meet-and-Confer Request — § 128.7 Safe Harbor — D'Sol v. Bank of America, et al., Case No. CVPS2601396

[EXTERNAL EMAIL]
I can do tomorrow at 8am

> On Jun 25, 2026, at 14:56, Antonopoulos, Nicole L. <nicole.antonopoulos@morganlewis.com>
> wrote:
>
> We have availability for a meet and confer call today after 4:30 pm or tomorrow at 8 am.  Please let us
> know whether there is a time that works for you.
>
> If you are not available during these times, please propose some alternative times that work for
> you.  Thank you.
>
> **Nicole L. Antonopoulos**
> **Morgan, Lewis & Bockius LLP**
> 1400 Page Mill Road | Palo Alto, CA 94304-1124
> Direct: +1.650.843.7236 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
> nicole.antonopoulos@morganlewis.com | www.morganlewis.com
>
>  <image001.png>  <image002.png>  <image003.png>  <image004.png>  <image005.png>
> **From:** Luna D'Sol <jravada@icloud.com>
> **Sent:** Thursday, June 25, 2026 1:24 PM
> **To:** Antonopoulos, Nicole L. <nicole.antonopoulos@morganlewis.com>
> **Cc:** Cho, Karen Y. <karen.cho@morganlewis.com>
> **Subject:** Re: Meet-and-Confer Request — § 128.7 Safe Harbor — D'Sol v. Bank of America, et al., Case No.
> CVPS2601396
>
> [EXTERNAL EMAIL]

1

Hi Ms. Antonopoulos and Ms. Cho,

I think you forgot to provide your avaialbility, For the record, my participation is directed solely toward a singular intended purpose, and any interpretation beyond that narrow scope is entirely unauthorized and inaccurate.

Furthermore, I am having a hard time following exactly what you are trying to invoke. Given our current jurisdiction, and the manner of your request which is entirely unwarranted.

Sincerely,

**Luna D'Sol**

(213) 925-4069

jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

On Jun 25, 2026, at 10:00, Antonopoulos, Nicole L. <nicole.antonopoulos@morganlewis.com> wrote:

Dear Luna,

Hope you are well.  I'm following up on the below emails.  Karen and I just tried to call you, but we did not reach you and were unable to leave a voice message because your mailbox was full.  We would appreciate a call-back or a response to this email to schedule a call to meet and confer regarding Defendants' motion to compel arbitration and motion to dismiss.  Thank you.

**Nicole L. Antonopoulos**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304-1124
Direct: +1.650.843.7236 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
nicole.antonopoulos@morganlewis.com | www.morganlewis.com

 <image001.png>  <image002.png>  <image003.png>  <image004.png>  <image005.png>

**From:** Antonopoulos, Nicole L.
**Sent:** Monday, June 22, 2026 2:12 PM
**To:** Luna D'Sol <jravada@icloud.com>
**Cc:** Cho, Karen Y. <karen.cho@morganlewis.com>
**Subject:** RE: Meet-and-Confer Request — § 128.7 Safe Harbor — D'Sol v. Bank of America, et al., Case No. CVPS2601396

Dear Luna,

Hope you had a good weekend.  I'm following up on the below email regarding our request to meet and confer regarding Defendants' motion to compel arbitration and motion to dismiss.  Per Central District of California Local Rule 7-3, we must meet and confer by this Thursday.  Could you please let us know your availability for a call to meet and confer this week (and no later than Thursday)?  Thank you.

**Nicole L. Antonopoulos**

**Morgan, Lewis & Bockius LLP**

1400 Page Mill Road | Palo Alto, CA 94304-1124
Direct: +1.650.843.7236 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
nicole.antonopoulos@morganlewis.com | www.morganlewis.com

<image001.png>  <image002.png>  <image003.png>  <image004.png>  <image005.png>

**From:** Antonopoulos, Nicole L.
**Sent:** Wednesday, June 17, 2026 10:40 AM
**To:** 'Luna D'Sol' <jravada@icloud.com>
**Cc:** Cho, Karen Y. <karen.cho@morganlewis.com>
**Subject:** RE: Meet-and-Confer Request — § 128.7 Safe Harbor — D'Sol v. Bank of America, et al., Case No. CVPS2601396

Dear Luna,

Thank you for your email.  We would like to schedule a meet and confer call to discuss Plaintiff's intent to file a motion for sanctions.

Also, Defendants intend to remove this case to federal court, and Defendants then intend to file a motion to compel arbitration and motion to dismiss.  Per Central District of California Local Rule 7-3, we must meet and confer at least 7 days prior to the filings of the motions.  Could you please let us know your availability to meet and confer on Monday or Tuesday?  Thank you.

**Nicole L. Antonopoulos**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304-1124
Direct: +1.650.843.7236 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
nicole.antonopoulos@morganlewis.com | www.morganlewis.com

<image001.png>  <image002.png>  <image003.png>  <image004.png>  <image005.png>

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Wednesday, June 10, 2026 2:00 PM
**To:** Antonopoulos, Nicole L. <nicole.antonopoulos@morganlewis.com>
**Cc:** Cho, Karen Y. <karen.cho@morganlewis.com>
**Subject:** Re: Meet-and-Confer Request — § 128.7 Safe Harbor — D'Sol v. Bank of America, et al., Case No. CVPS2601396

[EXTERNAL EMAIL]

Ms. Antonopoulos,

I wanted to follow up on this request.

Please understand that I have no desire to engage in unnecessary motion practice or court intervention. For many months, I have attempted to understand and resolve the basis for the arbitration defense without involving the Court. When the exemplar document was provided, I understood that efforts would be made to determine whether records existed showing my assent to arbitration. Since that time, I have continued to seek clarification and supporting documentation.

I am not pursuing this issue because I wish to prolong the litigation. To the contrary, I would strongly prefer that the parties resolve any differences without court involvement whenever possible. However, after many months, I still have not been provided with an executed agreement, acknowledgment, acceptance record, or other evidence showing my assent to arbitration, while the defense continues to be asserted.

My goal is simply to ensure that the record accurately reflects the evidence that exists. If Defendants possess evidence supporting the defense, I welcome its identification. If they do not, I believe it would benefit all parties to address the issue now rather than continue litigating over a defense that may not be supported by the available record.

Thank you.

**Luna D'Sol**

(213) 925-4069

jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

On Jun 8, 2026, at 10:35, Luna D'Sol <jravada@icloud.com> wrote:

Dear Ms. Antonopoulos:

I write regarding the Motion for Sanctions Pursuant to Code of Civil Procedure section 128.7 that I caused to be served upon you on June 8, 2026, together with the accompanying Notice of Motion, Memorandum of Points and Authorities, Declaration of Luna D'Sol, and supporting exhibits. As you know, the 21-day safe-harbor period under section 128.7(c)(1) expires on June 29, 2026.

For clarity, both an original and revised version of this correspondence were transmitted. The revised version supersedes the original in its entirety. The original version contained a clerical error, and the revised version was transmitted solely to correct that error. No substantive changes were made.

The motion is narrowly directed to the Twenty-Fifth Additional Defense asserted in Defendant Peter C. Maxim's June 3, 2026 Answer, which alleges that Plaintiff is subject to mandatory and binding arbitration pursuant to an arbitration agreement.

As set forth in the motion papers, Plaintiff's position is that Defendants have never produced an executed arbitration agreement, acknowledgment, acceptance record, or other evidence of Plaintiff's assent despite repeated requests and multiple records productions. The motion further explains why Plaintiff believes the defense lacks

4

evidentiary support and why the section 128.7(b)(3) exception for contentions likely to obtain support through further investigation or discovery does not apply under the circumstances presented.

Before the expiration of the safe-harbor period, I request that we meet and confer regarding whether Defendants intend to:

(a) withdraw the Twenty-Fifth Additional Defense;

(b) amend or correct the defense; or

(c) maintain the defense.

If Defendants intend to maintain the defense, please identify the arbitration agreement, acknowledgment, acceptance record, or other evidence of assent upon which Defendants presently rely.

I am available to meet and confer by telephone or videoconference and can be reached at (760) 507 - 5381 or jravada@icloud.com. If you prefer to respond in writing, that is acceptable as well.

Please confirm receipt of this correspondence and advise Defendants' position at your earliest convenience so that the parties may determine whether further proceedings can be avoided.

This communication is made solely for purposes of the CCP section 128.7 safe-harbor process and is sent without waiver of any rights, claims, defenses, objections, or remedies.

Sincerely,

**Luna D'Sol**

(213) 925-4069

jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

**Luna D'Sol**

(213) 925-4069

jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.