MORGAN, LEWIS & BOCKIUS LLP
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Nicole L. Antonopoulos, Bar No. 306882
nicole.antonopoulos@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel:  +1.650.843.4000
Fax:  +1.650.843.4001

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF
AMERICA CORPORATION, TRICIA
SHANKS, and PETER C. MAXIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual;  and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:26-cv-03535-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**DECLARATION OF DINEEN M. ALLEN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION**<br><br>Date:  August 3, 2026<br>Time:  9:00 a.m.<br>Courtroom:  1, 2nd Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 652248830.4

DECLARATION OF DINEEN M. ALLEN IN SUPPORT OF MOTION TO COMPEL
ARBITRATION AND STAY ACTION

## <u>DECLARATION OF DINEEN M. ALLEN</u>

I, Dineen M. Allen, hereby certify pursuant to 28 U.S.C. § 1746 that the factual statements set forth below are true and correct to the best of my knowledge:

1. I am currently employed as Senior Vice President, Benefits Delivery Executive for Bank of America, National Association (the "Bank"). I have held this position since February 1, 2017, and been employed by the Bank since September 1, 1993.

2. All facts set forth in this Declaration are based upon my personal knowledge and/or review of relevant documents and information maintained in the ordinary course of business to which I have access and often times rely upon or otherwise use in connection with my responsibilities on behalf of the Bank. These records (including personnel files, electronically imaged documents, electronic data, and others) are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are kept in the ordinary course of business activity conducted regularly by the Bank. In connection with making this declaration, I have personally examined these business records. If called to testify to these facts, I would be competent to do so.

3. In my role with the Bank, I am familiar with the Bank's Arbitration Policy and the Bank's process for distributing the Arbitration Policy to employees. I also have access to the Bank's personnel records and electronic data related to the Bank's distribution of the Arbitration Policy to the employees and the employees' receipt of the Arbitration Policy.

4. Luna D'Sol, formerly known as Julio Ravada, worked for the Bank starting on or about March 31, 2006 as a Financial Center Service Representative (Teller). Ms. D'Sol held various Financial Center positions until she transferred to a Testing Specialist role in or about October 2021. Ms. D'Sol held the Testing Specialist position until her separation on or about June 20, 2025. As a Testing

2

Specialist, Ms. D'Sol was expected to check her company email regularly as part her job duties, and the Bank regularly contacted Ms. D'Sol at her company email address to communicate work-related assignments and projects.

5.      On November 8, 2024, the Bank distributed a new Arbitration Policy to all of its active U.S.-based employees, including Ms. D'Sol and Individual Defendants Tricia Shanks and Peter Maxim (the "Individual Defendants"), by an email to their company email addresses containing a link to the Arbitration Policy. A true and correct copy of the aforementioned email distributed to all active U.S.-based employees is attached hereto as **Exhibit 1** and a true and correct copy of the Arbitration Policy linked in the aforementioned email sent to all such employees is attached hereto as **Exhibit 2**.  The Bank sent a reminder email to all active U.S.-based employees, including Ms. D'Sol and the Individual Defendants, on November 22, 2024.  A true and correct copy of the aforementioned reminder email sent to all such employees is attached hereto as **Exhibit 3**.

6.      I have reviewed the Bank's internal electronic data to confirm that Ms. D'Sol and the Individual Defendants received both emails with the link to the Arbitration Policy.

7.      The emails with the link to the Arbitration Policy that was sent to Ms. D'Sol and the Individual Defendants state, in pertinent part, "*You accept the Policy, and agree to be bound by its terms, either by clicking Acknowledge and Agree below or, even if you do not click Acknowledge and Agree below, by continuing your employment with Bank of America for thirty (30) days after the Bank*" distributes/or *first distributed the Policy via the email sent on November 8, 2024.*

8.      Based on my review of the Bank's personnel records maintained in the ordinary course of business, Ms. D'Sol and the Individual Defendants continued

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB2/ 652248830.4

DECLARATION OF DINEEN M. ALLEN IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY ACTION

employment with the Bank for more than thirty days after the Bank distributed the Arbitration Policy on November 8, 2024.

9.    In addition to the email notifications with the distribution of the Arbitration Policy, the Bank also made the Arbitration Policy available to its active U.S.-based employees, including Ms. D'Sol and the Individual Defendants, by posting the Arbitration Policy to the Bank's intranet site, Global Policy Source ("GPS"), on November 8, 2024.  The GPS is the system of record for Policies and Standards at the Bank for the Bank's active employees, and the Bank expects and encourages its employees to review and be familiar with the Policies posted to the GPS.

I declare to the best of my knowledge under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on ___6-26-2026___              _Dineen M Allen_____
                                          Dineen M. Allen

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DECLARATION OF DINEEN M. ALLEN IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY ACTION

DB2/ 652248830.4