# EXHIBIT 3

| | |
|---|---|
| **From:** | Employee Communications <employee.communications@bofa.com> |
| **Sent:** | Friday, November 22, 2024 9:00 AM |
| **To:** | |
| **Subject:** | Important Reminder: Binding Arbitration Policy |



Global Human Resources

# Important Reminder: Binding Arbitration Policy

*This is a follow-up e-mail to the original notification of this policy that was sent on November 8, 2024.*

Our company continues to review and, when appropriate, update our policies and procedures. In alignment with the broader financial services industry, the company has implemented a binding Arbitration Policy. This Policy applies to all U.S.-based employees (including employees based in U.S. territories) and expands arbitration for employees registered with FINRA who are already required to arbitrate certain legal disputes through FINRA. These changes have no impact on teammates' roles or responsibilities.

**Please read, acknowledge, and agree to the Arbitration Policy.**
*The Arbitration Policy creates mutual, legal obligations for both Bank of America and its employees. Under the Arbitration Policy, arbitration is the required and exclusive forum for the resolution of all Covered Claims (as defined in the Arbitration Policy), whether initiated by an employee or Bank of America. There are certain claims that are not subject to arbitration, please see the Policy for further details. You and Bank of America must comply with the Arbitration Policy (linked above) as of the date you accept it. You accept the Policy, and agree to be bound by its terms, either by clicking Acknowledge and Agree below or, even if you do not click Acknowledge and Agree below, by continuing your employment with Bank of America for thirty (30) days after the Bank first distributed the Policy via email on November 8, 2024.*

Acknowledge and Agree

Please contact PolicyInquiry@bofa.com if you have questions.

---

**This message is for internal use and is intended for the recipient of this communication. Sharing this email externally is prohibited.**

© 2024 Bank of America Corporation. All rights reserved.