LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

FILED
CLERK, U.S. DISTRICT COURT
07/10/2026
CENTRAL DISTRICT OF CALIFORNIA
BY mba DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br>Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**PLAINTIFF'S NOTICE OF APPPEARANCE**<br><br>Judge: Hon. Jesus G. Bernal .<br>United States District Juge<br><br>Date: n/a<br>Time:<br>Courtroom:<br><br>Complaint Filed: March 4th, 2026 |

**TO THE CLERK OF THIS HONORABLE COURT AND TO ALL PARTIES**

**PLEASE TAKE NOTICE THAT** that Plaintiff **LUNA D'SOL** hereby enters an appearance, *pro se* (representing self), in the above-captioned matter.

Respectfully submitted:

**Dated:** 7/10/2026 **By:** [signature]

**Luna D'Sol**
Plaintiff, In Pro Per