FILED

CLERK, U.S. DISTRICT COURT

07/10/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____mba_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**Luna D'Sol**
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUNA D'SOL**<br><br>Plaintiff<br><br>vs.<br><br>BANK OF AMERICA, N.A.;<br><br>BANK OF AMERICA CORPORATION;<br><br>TRICIA SHANKS, an individual;<br><br>PETER C MAXIM, an individual;<br><br>and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No:  5:26-cv-03535-JGB-SP<br><br>**DECLARATION OF LUNA D'SOL RE DECLARATION OF KEVIN COHEN**<br><br>[Honorable Jesus G. Bernal, United States District Judge] |

I, Luna D'Sol, declare as follows:

**1.** I am the Plaintiff in this action and am proceeding pro se. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

**2.** I submit this declaration in support of Plaintiff's Motion to Remand, Motion to Stay all pleadings, Motion Pursuant Court's Inherent Power; and in opposition to Motion to Compel Arbitration; and for the purpose of authenticating and attaching the Declaration of Kevin Cohen.

**3.** Attached hereto as Exhibit A is a true and correct copy of the Declaration of Kevin Cohen. Mr. Cohen (and his attached Exhibits A and B) prepared the declaration based upon his review and analysis of the documents and electronic evidence described therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____

LUNA D'SOL , Plaintiff, In Pro Per

- 1 -

DECLARATION OF LUNA D'SOL RE DECLARATION OF KEVIN COHEN

# LUNA D'SOL's
# EXHIBIT A

Luna D'Sol

Plaintiff, In Pro Per

Email Address: jravada@icloud.com

2275 E Belding Dr

Palm Springs CA 92262

Telephone: 213-925-4069


## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF RIVERSIDE

LUNA D'SOL,

                    Plaintiff,

     vs.

BANK OF AMERICA, N.A.;
BANK OF AMERICA CORPORATION;
TRICIA SHANKS, an individual;
PETER C MAXIM, an individual;
and DOES 1 through 50, inclusive,

                    Defendants.

Case No.: CVPS2601396


## DECLARATION OF KEVIN COHEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION

I, Kevin Cohen, declare as follows:

1. I am the President of Data Triage Technologies LLC ("Data Triage"), a computer forensics firm located at 12021 Wilshire Blvd., Suite 636, Los Angeles, California 90025. I make this declaration based on my own personal knowledge, professional training, and experience. If called as a witness in this matter, I could and would testify competently to the facts set forth herein.

2. I've obtained certifications of Certified Information Systems Security Professional ("CISSP") in 2001, EnCase Certified Examiner ("EnCE") in 2003, GIAC Certified Intrusion Analyst ("GCIA") in 2005, GIAC Certified Forensic Analyst ("GCFA") in 2006, and Certified Information Systems Auditor ("CISA") in 2006. SysAdmin Audit Network Security ("SANS") Institute authorizes the GIAC certifications and Guidance Software authorizes the EnCE certifications. International Information Systems Security Certification Consortium authorizes the CISSP certifications, and Information Systems Audit and Control Association authorizes the CISA certifications. For the last twenty years, I have also averaged 40 hours of continuing education credits per year or more in the field of computer forensics.

3. I graduated with a BA degree in Economics from the University of Colorado in 1994. I continue to take advanced training on an ongoing basis in the field of Computer Forensics. I have been qualified as an expert witness and have given testimony on computer forensics issues. A true and correct copy of my curriculum vitae is attached as **Exhibit A.**

4. I was retained by Plaintiff Luna D'Sol to conduct a forensic examination of two emails and their PDF attachments in connection with the above-captioned matter. On June 26, 2026, Ms. D'Sol provided me with the emails for examination. I conducted my analysis using industry-standard forensic tools and methodology, including MD5 hash analysis, internal metadata analysis, and DomainKeys Identification Mail (DKIM) verification.

5. I completed my forensic examination and prepared a written Forensic Report dated June 30, 2026, setting forth my methodology, analysis, and findings in full. A true and correct copy of my Forensic Report is attached hereto as **Exhibit B** and incorporated herein by reference.

6. In summary, my examination revealed that the four PDF documents attached to the email dated May 26, 2026 are not the same files as the four PDF documents attached to the email

dated June 3, 2026, despite bearing identical file names. The internal metadata of the

documents attached to the June 3, 2026 email shows they were created on June 3, 2026 —

not May 26, 2026. DKIM verification confirmed that neither email was altered in transit.

The complete basis for these conclusions is set forth in the attached Forensic Report.

7. I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.

Executed on July 1, 2026, at Los Angeles, California.

**KEVIN COHEN**
President, Data Triage Technologies LLC

# EXHIBIT A

CV for Kevin H. Cohen

# Kevin H. Cohen

12021 Wilshire Blvd Suite 636
Los Angeles, CA  90025
(310) 478-2113
kcohen@datatriage.com

## Executive Summary

President of Data Triage Technologies, Mr. Cohen has more than twenty years experience with computer forensics and electronic discovery.  He works closely with in-house counsel, law firms, and mediators to identify, preserve, produce, store, and present electronic documents in litigation proceedings, both civil and criminal.  Cohen's work has helped establish the basis for complaints and to identify individual perpetrators and conspirators.  By means of declarations and expert testimony, Cohen has disqualified Opposing Computer Experts' accusations.  In many instances his investigations have established evidence leading to dismissals of pending cases or achieving settlements prior to trial.  In addition, Cohen manages the electronic discovery process from start to finish, that process turning raw electronic data into text searchable applications for review and production.

## Special Qualifications

**Court Appointed Neutral Computer Forensic Expert**
**Qualified Expert Witness**
**Expert Witness**

## Professional Certifications Obtained

**CISA** – *Certified Information Systems Auditor*
**CISSP –** *Certified Information Systems Security Professional*
**EnCE** – *EnCase Certified Examiner*
**GCFA** – *Global Information Assurance Certification - Certified Forensic Analyst*
**GCIA** – *Global Information Assurance Certification - Certified Intrusion Analyst*

## Publications

***Small Scale Digital Device Forensics Journal ("SSDDFJ") – "Digital Still Camera Forensics."*** *SSDDFJ* is an online journal supported by the Cyber Forensics Lab at Purdue University http://www.ssddfj.org.

## Operating Systems

**Windows**
**Linux**
**Mac OS**
**Android Cell Phones**
**iPhone Cell Phones**
**Windows, Blackberry and other Cell Phones**

## Education

**University of Colorado Boulder, BA – Economics 1994**

1

CV for Kevin H. Cohen

## Professional Experience (1998 – present)
**Court Appointed Neutral Computer Forensics Expert**
Neutral forensics expert in cases where neither side has had a computer forensics expert, where both sides have had their own computer forensics experts, and where only one side has had a computer forensics expert.  Cohen has the ability to identify relevant key issues
relating to computer data in an unbiased manner, as well as communicate these issues in layman's terms.  Assistance that Cohen has provided in the past to clients includes, but is not limited to, the following:
- Developing a preservation order to prevent spoliation of relevant data
- Ensuring relevant electronic documents including email and text messages are produced;
- Working closely with a discovery referee.

**Computer Forensics Consultant-Expert on behalf of either Defendant or Plaintiff**
Cohen is able to bring technical expertise related to electronically stored information on behalf of clients who are parties in legal proceedings.  Services that Cohen has provided in the past to clients includes, but is not limited to, the following:
- Ensuring that all relevant electronic documents including email and text messages are produced;
- Locating and presenting electronic evidence that helped to assert claims;
- Locating and presenting electronic evidence that helped to defend against claims;
- Giving expert opinions on spoliation-related issues.

**Case Types Experience**
Misappropriation of Trade Secrets, Patent Infringement, Copyright Infringement, Computer Fraud, Embezzlement, Conversion of Property, Interference of Business Practices, Breach of Contract, Unfair Competition, Employment Liability, Sexual Harassment, Workers Compensation, Slander, Dissolution of Marriage, etc.

## Featured Speaker
Cohen is frequently asked to speak on topics relating to Electronic Discovery, Computer Forensics, and Computer Security.
- Featured speaker at computer security conventions, including High Tech Crime Investigation Association, The Computer Forensics Show, and the American Society for Industrial Security.
- Guest lecturer at Pepperdine Law School.
- Accredited instructor for Continuing Education Programs for professional groups, including CLEs for CPAs and attorneys.  CLE presentations include Gibson Dunn & Crutcher; Alshuler Grossman Stein & Kahan; Lewis Brisbois & Smith LLP; Eastern Bar Association of LA County; Paul Hastings; Selman Breitman; and California Society of CPAs.
- Presenter at professional groups such as Linux User Groups, and Chambers of Commerce.

## Professional Organizations
**Member of Los Angeles Cyber Fraud Task Force -** A cooperative formed by the U.S. Secret Service bringing together state and local law enforcement agencies, an association of businesses, academic institutions, and other participants dedicated to increasing the security of United States critical infrastructures.

**Former Board of Directors Member & Mentor - LULA** (Linux Users of Los Angeles) Aspires to promote the use, availability, and enjoyment of the Linux operating system through advocacy, education, support, and socializing.

2

# EXHIBIT B



June 30, 2026

Forensic Report

Luna D'Sol requested forensic analysis on two emails sent from Nicole Antonopoulos to him on May 26, 2026, and June 3, 2026. Specifically, whether the PDFs attached to the emails were identical or later versions substituted.

On Friday June 26, 2026, Ms. D'Sol provided the two emails for me to investigate. The email dated May 26, 2026, contained four attached PDF files: 5.26.26 - D'Sol - NAR (Bank of America Corporation).pdf, 5.26.26 - D'Sol - NAR (Bank of America NA).pdf, 5.26.26 - D'Sol - NAR (Peter Maxim).pdf and 5.26.26 - D'Sol - NAR (Tricia Shanks).pdf. The email dated June 3, 2026, contained what appeared to be the original message dated May 26, 2026, as an attachment. This attached email contained four documents as attachments with the same naming convention.

My analysis revealed that the four attached documents to the email dated May 26, 2026, are not identical to the four attached documents to the email dated June 3, 2026. The four attached PDFs from the first email do not contain the same MD5 hashes values from the second. Also, internal metadata to the files contain different timestamps.

Hash analysis is a standard process used in the computer forensic industry to verify and validate the integrity of a file processed through an algorithm. An MD5 hash of a file generates a unique 128-bit value of 32 hexadecimal characters. If a file is off by one byte, the MD5 hash value will not be identical. The four attached PDFs to the email received by Ms. D'Sol on May 26, 2026, do not contain the same MD5 hash values as the four PDFs received on June 3, 2026.

| Name | Hash Values from May 26, 2026 Email | Hash Values from June 2, 2026 Email |
| --- | --- | --- |
| 5.26.26 - D'Sol - NAR (Bank of America NA).pdf | 8507e47d6d4a42188582e9914e00ec19 | 2eba37a51b5677d74d8374708fee03a0 |
| 5.26.26 - D'Sol - NAR (Bank of America Corporation).pdf | dbe299c5a6971f7e446bc324d92acd25 | 74ba44700e2363f8bbdb82c8f55e90b1 |
| 5.26.26 - D'Sol - NAR (Peter Maxim).pdf | 2e49afe1f7011221ffc7936eb8a2e788 | 81f9ddeaf76d9cdd69898af204e442ef |
| 5.26.26 - D'Sol - NAR (Tricia Shanks).pdf | b1e1be4f9f93396ebe58d977fd6da4fe | fdc1a40654fbc7b03eb19cab354813ac |

12021 Wilshire Blvd. Suite 636
Los Angeles, CA 90025

T 310.478.2113
F 310.496.1669

WWW.DATATRIAGE.COM

Additional investigation using industry standard forensic software, EnCase, revealed
metadata within the documents relating to timestamps inside the documents differed
between the two emails.

| File | Metadata From May 26, 2026 Email | Metadata From May 26, 2026 Email |
| --- | --- | --- |
| 5.26.26 - D'Sol - NAR (Bank of America Corporation).pdf | CreationDate(D:20260526155535+00'00') | CreationDate(D:20260603152441+00'00') |
| 5.26.26 - D'Sol - NAR (Bank of America NA).pdf | CreationDate(D:20260526155535+00'00') | CreationDate(D:20260603152442+00'00') |
| 5.26.26 - D'Sol - NAR (Peter Maxim).pdf | CreationDate(D:20260526155535+00'00') | CreationDate(D:20260603152442+00'00') |
| 5.26.26 - D'Sol - NAR (Tricia Shanks).pdf | CreationDate(D:20260526155535+00'00') | CreationDate(D:20260603152442+00'00') |

The email metadata of both received emails describes that DomainKeys Identification Mail
("DKIM") verification of the email passed. The DKIM adds a cryptographic hash to the
message and describes that the email and attachments were not altered in any way during
transit.  Attachments to an email should not change unless the attachments were altered
or replaced.

Additional metadata revealed that the program Aspose.PDF for .NET 24.6.0 was used to
create both sets of PDF documents that contain electronic signatures.

The attachments to both received emails were not signed with a digital signature, nor were
they cryptographically locked.   While I cannot independently verify whether the May 23rd
email attachment contained an executed signature when originally printed, I can
forensically attest that the 2 sets of documents attached are different within the two emails
received.

Kevin Cohen

President