FILED

CLERK, U.S. DISTRICT COURT

07/13/2026

CENTRAL DISTRICT OF CALIFORNIA

BY ___bom___ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

LUNA D'SOL

Plaintiff, In Pro Per

Email Address: jravada@icloud.com

2275 E Belding Dr

Palm Springs CA 92262

Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br><br>                                   Plaintiff,<br><br>                    VS.<br><br>BANK OF AMERICA, CORPORATION;<br>BANK OF AMERICA, N.A.;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br><br>                              Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND, TO VACATE PLEADINGS, AND FOR DECLARATORY RELIEF REGARDING THE JUNE 10, 2026 STIPULATION AND ORDER**<br><br>Judge: Hon. Jesus G. Bernal.<br>.          United States District Juge<br><br>   Date:  August 3rd, 2026<br>   Time:  8:30 am<br>Courtroom:  1, 2nd floor<br><br>Complaint Filed: March 4th, 2026<br><br>Concurrently filed with: Memorandum of Points and Authorities; Declaration of Plaintiff Luna D'Sol; Declaration of Kevin H. Cohen; Request for Judicial Notice in Support of Plaintiff's Motion; Plaintiff's Objections to Defendants' Notice of Removal and Supporting Evidence; and [Proposed] Order. |

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION
5:26-cv-03535-JGB-SP

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on **August 3, 2026, at 8:30 a.m.**, or as soon thereafter as the matter may be heard before the Honorable **Jesus G. Bernal**, United States District Judge, in Courtroom 1 of the United States District Court, Central District of California, located at 3470 Twelfth Street, Riverside, California 92501, Plaintiff **Luna D'Sol** will, and hereby does, move this Court for the following relief:

1. **An Order remanding this action** to the Superior Court of California, County of Riverside, pursuant to **28 U.S.C. § 1447(c)**, on the grounds that Defendants' removal was procedurally defective and that this Court lacks subject matter jurisdiction to retain this action.

2. **An Order vacating all pleadings filed following removal**, including any pleadings filed contrary to or inconsistent with the June 10, 2026 Stipulation and Order, together with such further relief as the Court deems just and proper.

3. **An Order declaring the legal effect of the June 10, 2026 Stipulation and Order**, including that May 26, 2026 constitutes the operative service date, June 25, 2026 constituted Defendant Tricia Shanks' agreed response deadline, and declaring the parties' respective rights and obligations arising under that Stipulation and Order.

4. **An award of all recoverable costs and actual expenses authorized by 28 U.S.C. § 1447(c), together with such additional monetary or other sanctions as the Court deems appropriate under its inherent authority, if warranted by the evidence.**

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Plaintiff Luna D'Sol, the Declaration of Kevin H. Cohen, the Request for Judicial Notice, Plaintiff's Objections to Defendants' Notice of Removal and Supporting Evidence, all exhibits attached thereto, the records and files in this action, all matters of which the Court may take judicial notice, and such further evidence and argument as may properly be presented before or at the hearing

Respectfully submitted

Dated: 7/11/2026                              by: _____

Luna D'Sol. Plaintiff in Pro Per

2

PLAINTIFF'S NOTICE OF MOTION AND MOTION
5:26-cv-03535-JGB-SP