LUNA D'SOL

Plaintiff, In Pro Per

Email Address: jravada@icloud.com

2275 E Belding Dr

Palm Springs CA 92262

Telephone: 213-925-4069

FILED

CLERK, U.S. DISTRICT COURT

July 22, 2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____pd_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | **Case No:** 5:26-cv-03535-JGB-SP |
| LUNA D'SOL | |
| Plaintiff, | **DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL FOR BAD FAITH PURSUANT TO THE COURT'S INHERENT POWER** |
| VS. | |
| BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; PETER C MAXIM, an individual; and DOES 1 through 50, inclusive,Defendant(s). | Judge: Hon. Jesus G. Bernal. United States District Juge , |
| | Date:   August 24th, 2026 Time:   9:00 am Courtroom:   1, 2nd floor |
| | Complaint Filed: March 4th, 2026 |
| | Concurrently filed with: Memorandum of Points And Authority, and Notice of Motion and Motion for Sanctions Against Defendants And Their Counsel For Bad Faifth Litigation Conduct Pursuant To The Courts Inherent Power; Proposed Order |

1

## DECLARATION OF LUNA D'SOL

I, Luna D'Sol, declare:

1.      I am the Plaintiff in this action and proceed in pro per. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto. I submit this declaration in support of my Motion for Sanctions. Nothing in this declaration constitutes consent to the jurisdiction of this Honorable Court or a waiver of any objection to removal or to jurisdiction, all of which are expressly reserved.

2.  I commenced this action on March 4th, 2026, by filing a Complaint in the Superior Court of California, County of Riverside, Palm Springs Courthouse, Dept. PS2, against **BANK OF AMERICA CORPORATION** ("BAC"); **BANK OF AMERICA, N.A.** ("BANA"); **TRICIA SHANKS** ("Shanks"); **PETER MAXIM** ("Maxim"); and DOES 1 through 50, inclusive (collectively, "Defendants"). The action was assigned Case No. CVPS2601396 ("Complaint"), and it arises from Defendants' discrimination, harassment, retaliation, wrongful employment practices, and related unlawful conduct, including, among other things, conduct occurring after I disclosed my transgender status on the bases of gender identity, sex, gender expression, transgender status, and age, in violation of the California Fair Employment and Housing Act (Gov. Code §§ 12920, 12940 et seq.), including subdivisions (a), (h), (i), (j), (k), (m), and (n); retaliation under Labor Code sections 98.6 and 1102.5; failure to pay wages due upon discharge and issuance of inaccurate wage statements in violation of Labor Code sections 201, 203, and 226; and wrongful termination in violation of fundamental public policy. I further seek relief under Civil Code sections 52.1 and 3294, Code of Civil Procedure section 1021.5, and all other applicable statutory and equitable provisions.

### The Notices and Acknowledgment of Receipt

3.      Defense counsel and I discussed effecting service on Bank of America, N.A. and Bank of America Corporation by Notice and Acknowledgment of Receipt ("NAR") under Code of Civil Procedure section 415.30. Ms. Antonopoulos's office prepared NAR forms and transmitted them to me. (ECF Doc. 31 at **PAGE ID: 836**).True and correct copies of that original set of NAR with unsigned Proofs of Service was submitted as Exhibits 7, 8, 9, and 10 to the Declaration of Luna D'Sol FILED: 7/15/2026 (ECF Doc. 31 at **PAGES ID 865-876**).

2

4.    On June 2, 2026, during a telephone call, Ms. Antonopoulos stated that her office had inadvertently failed to sign the Proofs of Service accompanying the NAR documents transmitted on May 26, 2026. Following the call, I sent an email memorializing that conversation. A true and correct copy of that email was submitted as Exhibit 11 to the Declaration of Luna D'Sol FILED: 7/15/2026 (ECF Doc. 31 at **PAGE ID 878**). I did not receive any response disputing my description of the call

5.    The original NAR package contained multiple defects. Each NAR had been prepared by Defendants' counsel and included an incorrect case number.  In addition, the accompanying Proofs of Service were unsigned, I prepared and mailed a corrected NAR package to Defendants' counsel for execution. I also informed Ms. Antonopoulos that, I considered the original NAR attempt defective.  I did not file the original defective NAR documents and instead requested that she execute and return the corrected NAR package. I prepared and transmitted a new set of NAR documents to Ms. Antonopoulos's office by United States Postal Service Certified Mail under Tracking Nos. 9402611898765528098329 and 9402611898765528098350, and asked Defendants' Counsel be executed and returned. A true and correct copy of the transmittal was submitted as **Exhibit 11** to the Declaration of Luna D'Sol FILED: 7/15/2026 (ECF Doc. 31 at **PAGE ID 878**). Ms. Antonopoulos did not execute or return the corrected NAR documents

6.    On June 3, 2026, I received an email from Ms. Antonopoulos where she claimed to attach the original May 26, 2026 email together with the same four NAR documents. The body of the attached email appeared identical to the May 26, 2026 email, and the four attached PDF documents bore the same filenames as the documents previously transmitted to me on May 26, 2026. The material difference was that the Proofs of Service accompanying the June 3, 2026 documents were signed and still bearing a signature date of  May 26, 2026. True and correct copies of Ms. Antonopoulos' email attachments were submitted as Exhibit 12, 14,15, 16, and 17 to the Declaration of Luna D'Sol FILED: 7/15/2026 (ECF Doc. 31 at **PAGE ID 879-881; 884-895**).

7.    I retained Kevin H. Cohen of Data Triage Technologies LLC to examine the documents. I am informed by Mr. Cohen's report, and on that basis state, that the PDF documents attached to the May 26, 2026 email and the June 3, 2026 email bore identical filenames but were not

3

identical electronic files, and that they carried different MD5 hash values. Mr. Cohen's declaration and report were submitted on 7/10/2026. (ECF Doc. 20 at **PAGE ID: 488-496**)

8.      The facts set forth in paragraphs 2 through 7 concern the same Notice and Acknowledgment of Receipt documents exchanged between the parties. Those paragraphs describe the original unsigned NAR documents transmitted by Defendants' counsel, the corrected NAR documents I mailed for execution, the subsequent documents transmitted by Defendants' counsel bearing the same filenames, and Mr. Cohen's forensic findings concerning those electronic files.

**Service Representations in the Notice of Removal**

9.      Defendants filed a Notice of Removal on June 25, 2026. In the removal papers, Defendants stated: "On May 26, 2026, BANA's counsel signed and returned to Plaintiff the Notice and Acknowledgment of Receipt of Summons. A true and correct copy of BANA's signed Notice and Acknowledgment of Receipt is attached as Exhibit C." (ECF No. 1-3 at **Page ID 74-76**)

10.     The California Superior Court docket did not reflect that Bank of America, N.A. had been served until June 26, 2026, when the court clerk accepted the file. A true and correct copy of the court clerk's acceptance email confirmation was submitted as Exhibit 21 of the Declaration of Luna D'Sol DATED: 7/15/2026 (ECF Doc. 31 at **PAGE ID: 996**).

**The Arbitration Materials**

11.     I did not sign any arbitration agreement with Bank of America. I have no record of receiving, opening, or acknowledging the arbitration policy that Defendants contend was distributed by email in November 2024.

12.     When I requested my copy of the arbitration document, Bank of America's in-house counsel, Stephen Bird, represented in writing that the document provided was an "exemplar" and that the Bank was attempting to locate my copy. A true and correct copy of Mr. Bird's correspondence from July 30, 2025 was submitted as Exhibit 25 of the Declaration of Luna D'Sol DATED: 7/15/2026 (ECF Doc. 31 at **PAGE ID: 1010-1011**). No copy of any agreement signed or acknowledged by me was produced to me.

13.     I examined the metadata of the arbitration document Defendants provided (Id., at **PAGE ID: 1008-1009**). It reflects that the purported attached Arbitration Agreement was edited

4

minute before it was transmitted to me (Id.), and that it was created on February 27, 2025, or one day after I disclosed my transgender status to Shanks and Maxim (ECF Doc. 17, Pl's RJN No. 1, Exh. A, p. 12, ¶ 19(a), PAGE ID: 384), A true and correct copy of the metadata was submitted as Exhibit 25 of the Declaration of Luna D'Sol DATED: 7/15/2026 (ECF Doc. 31 at **PAGE ID: 1008-1009**].

14.     On February 26, 2025, I disclosed to my manager and my supervisor that I am a transgender woman. A true and correct copy of the metadata was submitted as Exhibit 20 of the Declaration of Luna D'Sol DATED: 7/15/2026 (ECF Doc. 31 at **PAGE ID: 927**].

15.     The two emails Defendants rely upon, dated November 8, 2024 and November 22, 2024 (ECF Doc. 10-8 and 10-10), do not contain any recipient information. I am not identified as a recipient on either email. I have no record of having received, opened, or acknowledged either email.

16.     A true and correct copy of an email from Defendants' Counsel was submitted as **Exhibit 38** in the D'Sol Decl. DATED 7/15/26 (ECF Doc. 31, pp. 224-226, PAGE ID1057-059] and incorporated herein by reference as though fully set forth. Defendants' counsel, stated that I received an email regarding the Arbitration Policy on November 8, 2024, and that "[o]n November 22, 2024, the Bank sent a reminder **email to employees who had not yet acknowledged** the Arbitration Policy, including you." (emphasis added).

17.     On March 18, 2026, I submitted Help Request No. **15674835** to Bank of America's Global Human Resources Service Center. **I invoked California Labor Code § 1198.5 and § 432 and, in writing, I formally requested explicitly a copy of any arbitration agreement,** dispute resolution policy, or mandatory arbitration acknowledgment contained in or associated with my personnel file and former employment with the Bank of America. A true and correct copy of the written request is attached here to as **Exhibit 45** and incorporated by reference as thought fully set forth.

18.     On March 25, 2026, Bank of America's Global Human Resources responded that my service request No. **15674835** had been completed and attached a document referred to as the resolution. The production consisted of approximately 80 pages of records, including, Confidentiality Agreements, Official Offer Terms and Agreements, Official Offers Confirmation Notices and Acknowledgments, Proprietary Rights and Information Agreements, Preservation of Property Agreement, and a 12-page tracking report documenting seven hundred seventy-nine (779) Policy

DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS
5:26-cv-03535-JGB-SP

Agreements, Acknowledgments, Regulatory and Non-Regulatory Training, and other employment records maintained throughout my tenure from October 2010 until my termination in 2025. . A true and correct copy of the written resolution is attached here to as **Exhibit 46** and incorporated by reference as thought fully set forth.

19.    The 12- page tracking report enlists my activity in chronological order, to name a few: Prepaid CFPB Consent Order Acknowledgment, Enterprise Policy Acknowledgment, Professional Conduct and Harassment Prevention, Employee Attestation, Unfair Deceptive Abusive Acts or Practices and no arbitration agreement

**Continued Harassment from Defendants through their Councel**

20.    Exhibit 20, previously filed with this Court (ECF Doc. 31), contains the documents referenced herein. Within Exhibit 20, Exhibit 9 (ECF Doc. 31, p. 121, PageID 954) is the cover letter accompanying the personnel file records produced by Ms. Antonopoulos on December 5, 2025. Exhibit 10 (id. at p. 123, PageID 956) is Plaintiff's letter notifying Ms. Antonopoulos that, although Defendants had produced Plaintiff's payroll history, they had omitted the three payroll periods reflecting the payment deficiencies that are the subject of this action. Exhibit 11 (id. at p. 125, PageID 958) is the cover letter accompanying Defendants' second production, through which Ms. Antonopoulos provided the previously omitted payroll records and, for the first time, included an arbitration agreement. Of the five personnel file productions Plaintiff has received, this is the only production that contained an arbitration agreement. On the same day this package was placed in the mail, Plaintiff received an email from Ms. Antonopoulos' secretary apologizing for misgendering Plaintiff and explaining that, although the cover letter bore Ms. Antonopoulos' signature, the secretary had drafted the letter and had incorrectly referred to Plaintiff as "Mr. D'Sol." Later that same day, the secretary sent Plaintiff an additional letter again addressing the misgendering. The following day, Plaintiff received a large flower arrangement at Plaintiff's residence accompanied by a handwritten card stating, **"I am the big idiot secretary who misgendered you. I am sorry."** (Id. at p. 127, Page ID 960, Ex. 12.)

21.    On July 2nd, 2026, Defendants filed a Declaration in this court described me as 'Luna D'Sol Formerly Known ['deadname']"" as my legal name (ECF Doc. 10-7, p.2, ¶4 PAGE ID 320). On July 9th, 2026, I memorialized our meet-and-confer meeting where I documented Defendants'

6

Counsel's position that she did not believe any legal basis required the amendment of her filing. A true and correct copy of that correspondence was submitted as Exhibit 33 of the Declaration of Luna D'Sol FILED 7/15/2025 (ECF Doc. 31, pp. 209-210, PAGE ID 1042-1043).

22. On July 11th, 2026, at a friend's barbeque dinner gathering, a person addressed me by my deadname in front of everyone thinking it was funny, and I had never disclosed that information to anyone. thinking it was funny, and I had not disclosed that private information to anyone at that placer. Counsel's complete lack of professional competence and human empathy regarding transgender litigants is blind to the impact that public deadnaming inflicts upon a transgender individual.

23. My legal name is Luna D'Sol, no "fka" or 'aka' are found in that court order.

**Mental Health**

24. Following Defendants' public disclosure of my deadname and their subsequent refusal to correct the record, my mental health has severely deteriorated. The public exposure of my transgender status caused me to experience overwhelming anxiety, profound humiliation, and severe emotional distress, forcing me to repeatedly explain this unprovoked violation to third parties, including my banking institution. This intense psychological distress escalated to a crisis point, necessitating an immediate and urgent visit to the hospital for emergency medical evaluation and stabilizing psychiatric care. Furthermore, to cope with the ongoing trauma, panic, and emotional destabilization caused by Defendants' bad-faith conduct, my treating medical providers have been required to increase my prescribed psychiatric medication. The financial and emotional toll of this targeted harassment has been immense, resulting in unexpected medical bills, increased prescription costs, and severe disruption to my daily life.

**Expenses**

25. As a result, Plaintiff retained Data Triage Technologies LLC to examine the NAR documents and related electronic evidence. I received an invoice for $2,062.00 for the initial forensic examination and an invoice for $413.00 for additional analysis. True and correct copies of those invoices were submitted as Exhibits 22 and 23 in Declaration of Luna D'Sol Dated 7/15/2026 (ECF Doc. 31, pp. 164-171, PAGES ID:995-1004).]

7

26. I also incurred $331 in costs for preparing and submitting chambers copies in connection with the Motion to Remand and Responsive Documents practice described abo receipt as **Exhibit 47** and incorporated by reference as thought fully set forth

27. I also incurred $212.18 in costs for preparing and submitting chambers copies in connection with the Ex Parte practice described abo receipt as **Exhibit 48** and incorporated by reference as thought fully set forth.

28. On or about July 6, 2026, I sent a test email to employee.communications@bofa.com, the email address identified by Defendants' counsel as the sender of the two purported arbitration emails. In response, I received an automated acknowledgment confirming that my email had been received by that mailbox. A true and correct copy of the test email I sent, together with the automated response I received, is attached hereto as **Exhibit 49**. I personally sent the test email, received the response in my email account, and recognize the attached documents as true and correct copies of that email exchange.

29. During the parties' meet and confer on July 9TH 2026, I requested that Defendants amend or correct a declaration they had filed publicly identifying me by my former legal name. I explained that my legal name is Luna D'Sol and that this action arises, in part, from allegations of discrimination based on my transgender status. A true and correct copy of my email memorializing the parties' meet and confer was submitted as Exhibit 33 in the Luna D'Sol Declaration Dated 7/15/2026 (ECF Doc. 31 pp. 209-210, PAGE ID1042-1043).

30. On July 19, 2026, I accessed and downloaded from the Court's CM/ECF system a Notice of Electronic Filing concerning a transaction that was entered by Defendant Peter C. Maxim on 7/2/2026. The Notice further states that Plaintiff was to be served at her home address by first-class U.S. mail by the filer. I was not served and / or did not receive this Notice at my residence. A true and correct copy is attached as **Exhibit 50.** and incorporated by reference as thought fully set forth.

31. I reiterate my profound respect for this Honorable Court and for the legal profession. If it were within my means, I would be represented by experienced legal counsel. My appearance in propria persona is not by choice, nor does it reflect any belief that I possess the specialized knowledge or experience of licensed attorneys. Although I completed postgraduate studies,

DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS
5:26-cv-03535-JGB-SP

the law is not my field of education or professional expertise. Rather, I have been compelled to represent myself because Defendants' conduct has effectively prevented me from obtaining legal representation (ECF Doc. 31, p. 16, ¶ 45, PAGE ID 849).

32.    Except where I expressly state that I am informed by Mr. Cohen's forensic report or quote statements made by Defendants or their counsel, the facts set forth in this declaration are based upon my personal knowledge. Where I reference court filings, correspondence, business records, personnel records, or expert materials, I have reviewed those documents and recognize the attached exhibits as true and correct copies of the records they purport to be.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 21, 2026, at Palm Springs, California.

_____

Luna D'Sol
Plaintiff, In Pro Per

DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS
5:26-cv-03535-JGB-SP

UPDATE EXHIBIT INDEX

As of 7/22/26

| Exhibit | Description |
|---|---|
| 1 | Complaint filed March 4, 2026 |
| 2 | Proof of Service of Summons – Tricia Shanks |
| 3 | Entry of Default – Tricia Shanks |
| 4 | Email correspondence regarding authorization to accept service |
| 5 | May 1, 2026 email from defense counsel regarding representation |
| 6 | Proof of Service of Summons – Peter C. Maxim |
| 7 | June 2, 2026 memorialization email regarding defective service |
| 8 | Peter Maxim's Answer filed in State Court |
| 9 | June 3, 2026 email transmitting revised service documents |
| 10 | Proposed stipulation transmitted by defense counsel |
| 11 | June 3, 2026 response regarding defective service |
| 12 | Safe Harbor Motion |
| 13 | Executed stipulation and order regarding Tricia Shanks |
| 14 | Superior Court docket reflecting service history |
| 15 | Notice of Removal |
| 16 | Notice of Electronic Filing (NEF) showing Peter Maxim's CM/ECF filing |
| 17 | Bank of America personnel records production (March 25, 2026) |
| 18 | Employment Agreement and related personnel documents |
| 19 | Personnel records production containing arbitration agreement |

iii

| Exhibit | Description |
|---|---|
| 20 | **Forensic Analysis of Notices and Acknowledgments of Receipt ("NARs") (Kevin H. Cohen Report),** consisting of the following sub-exhibits: |
| 20-1 | May 26, 2026 Email |
| 20-2 | BAC NAR (May 26 version) |
| 20-3 | BANA NAR (May 26 version) |
| 20-4 | Peter Maxim NAR (May 26 version) |
| 20-5 | Tricia Shanks NAR (May 26 version) |
| 20-6 | June 2, 2026 Memorialization Email |
| 20-7 | June 3, 2026 Email |
| 20-8 | BAC NAR (June 3 version) |
| 20-9 | BANA NAR (June 3 version) |
| 20-10 | Peter Maxim NAR (June 3 version) |
| 20-11 | Tricia Shanks NAR (June 3 version) |
| 20-12 | Proposed Stipulation |
| 20-13 | June 3, 2026 Response Email |
| 20-14 | Kevin H. Cohen Declaration |
| 20-15 | Cohen Exhibit A |
| 20-16 | Cohen Exhibit B (MD5/DKIM Analysis) |
| 21 | Superior Court Register of Actions / Docket reflecting service |

iii

| Exhibit | Description |
|---------|-------------|
| 22 | Certified Mail receipts and tracking information |
| 23 | Chambers copy receipt |
| 24 | Chambers copy receipt |
| 25 | HR Service Request No. 15674835 |
| 26 | Arbitration tracking report |
| 27 | December 5, 2025 personnel production |
| 28 | December 15, 2025 personnel production |
| 29 | Meet and Confer correspondence |
| 30 | June 25, 2026 LR 7-3 correspondence requesting remand |
| 31 | Declaration regarding arbitration evidence |
| 32 | Harm resulting from disclosure of Plaintiff's former legal name |
| 33 | July 9, 2026 Meet and Confer regarding deadnaming |
| 34 | Medical records / resulting harm (if included) |
| 35 | Supporting damages documentation |
| 36 | Additional supporting correspondence |
| 37 | Additional supporting correspondence |
| 38 | Additional supporting correspondence |
| 39 | Additional supporting correspondence |
| 40 | Additional supporting correspondence |
| 41 | Additional supporting correspondence |
| 42 | Additional supporting correspondence |
| 43 | Additional supporting correspondence |

| Exhibit | Description |
|---|---|
| 44 | Additional supporting correspondence |
| 45 | Bank of America personnel records response (March 25, 2026) |
| 46 | Arbitration-related personnel records / employment documents |
| 47 | Chambers Copy Receipt ($311.21) |
| 48 | Chambers Copy Receipt ($212.18) |
| 49 | Response from employee.communications@bofa.com |
| 50 | Notice of Electronic Filing (Peter Maxim CM/ECF filing) |

# EXHIBIT 45

# My help requests

Have a question or concern? Open a help request and our Customer Support Team will get back to you as soon as possible.

Start a request

Check your help request status, send messages, or upload attachments.

**Filter your requests:**
○ All   ○ Open   ○ Closed

**Request ID**
15578736

**Last Update**
Apr 29, 2026 8:00 PM

**Topic**
Equity Award Account —
Transaction Dispute and
Audit Request

**Status**
Closed

**Request ID**
15550404

**Last Update**
Apr 17, 2026 12:58 PM

**Topic**
Resolution on unresolved
tickets.

**Status**
Open - In Progress

Details

Please refer to these 2 tickets so there's continuity for resolution: 15519531and 14002051. One was closed incorrectly and the second one was closed after referring me to call Global HR and ask to speak to this specific department. I have tried that already, twice. According to them, this is a department that only takes voicemails which I did. I was also told they call you back in one day, but on both attempts I did not receive a call back. It doesnt seem like anyone wants to help

**Current Agen**
**t**
To be
assigned

**Created Date**
Mar 4, 2026 12:46 PM

## Messages and Attachments

**Add Message**        **Add Attachment**

Agent

Mar 4, 2026 12:46 PM

Dear LUNA,

Thank you for contacting us.

We have received your request and created TICKETID:15550404 for Resolution on unresolved tickets. for your reference.

To access this request, please log into My Benefits Resources, select "Your help requests" on the left border. You will then be directed to the "Your help requests" home page where you can review the response.

We're happy to chat with you about the completion of your Ticket. You can use Live Chat by accessing the Contact Us page. Representatives are available Monday through Friday (excluding certain holidays) between 8 a.m. and 8 p.m. Eastern.

Thank you,
Bank of America GHR Service Center

*** This is an automated email. Please do not reply to this email.***

**Request ID**
15674835

**Last Update**
Mar 30, 2026 1:41 PM

**Topic**
Personnel File Document
Request — California Labor
Code §1198.5 and §432

**Status**
Closed

Details
Pursuant to California Labor Code §1198.5, I am formally requesting

a copy of any arbitration agreement, dispute resolution policy, or mandatory arbitration acknowledgment contained in or associated with my personnel file. As a former employee, I retain the right to inspect and receive copies of all documents in my personnel file under Labor Code §1198.5. Please produce the requested documents within the 30-day statutory timeframe. Additionally, pursuant to California Labor Code §432, I request a copy of any document I was required to sign or acknowledge in connection with any arbitration or dispute resolution agreement during my employment with Bank of America, N.A. This request is made by Luna D'Sol, former employee, Person ID 20143187. Please confirm receipt of this request and advise of the production timeline. All rights reserved under California law

| Agent | Created Date |
|-------|-------------|
| My | Mar 18, 2026 2:23 AM |

## Messages and Attachments

Agent

Mar 25, 2026 1:36 PM

Hello,
Thank you for contacting the GHR Service Center regarding your personnel file Request.
Your service request has been completed.
The resolution for your request is as follows: Personnel file is attached.
Special Note: The attached document is password protected. Please use the last 6 digits of your social security number (SSN) to open the attached document. If this request is for another employee, you will need the last 6 digits of that employee's social security number (SSN) to open the attached document.
We're here to help.
We're happy to talk with you about the completion of your Service Request. You can use Live Chat by accessing the Contact Us page, or you can call the Global HR Service Center at 1.800.556.6044. Representatives are available Monday through Friday (excluding certain holidays) between 8 a.m. and 8 p.m. Eastern.

Luna D'Sol_PFR..pdf

Agent

Mar 23, 2026 10:43 PM

Hello,
Please provide performance review from 2011-2015 for EE Luna D'Sol #20143187.
Thank You

Agent

Mar 23, 2026 10:42 PM

Hello,
Please provide personnel file from documentum for EE Luna D'Sol #20143187.
Thank You

Agent

Mar 18, 2026 2:23 AM

Dear LUNA,

Thank you for contacting us.

We have received your request and created TICKETID:15674835 for Personnel File Document Request — California Labor Code §1198.5 and §432 for your reference.

To access this request, please log into My Benefits Resources, select "Your help requests" on the left border. You will then be directed to the "Your help requests" home page where you can review the response.

We're happy to chat with you about the completion of your Ticket. You can use Live Chat by accessing the Contact Us page. Representatives are available Monday through Friday (excluding certain holidays) between 8 a.m. and 8 p.m. Eastern.

Thank you,
Bank of America GHR Service Center

*** This is an automated email. Please do not reply to this email.***

**Request ID**
15578737

**Last Update**
Mar 12, 2026 9:51 AM

∨

**Topic**
Ongoing unresolved

**Status**
Closed



**Request ID**
15509612

**Last Update**
Mar 10, 2026 11:10 PM

**Topic**
Rule of 60

**Status**
Closed

More

# Need more help?



## Contact Us

If you need help finding your request, you can contact us.

# EXHIBIT 46



RE: Wage/salary information

Dear current or former Bank of America employee,

We've received your request for a copy of your Bank of America personnel file.

Due to the confidential nature of your wage/salary information and our efforts to comply with our commitment to protect your privacy, any wage/salary information cannot be provided to you through this request.

You can obtain your wage/salary history, W-2s and statements of earnings by following the steps below:

**How employees can access wage/salary information**

- Log on to Workday
- Click on **Pay** and follow the instructions below to access/print your W-2s or payslips
    - **External Links > W-2 Tax Statements**, then select your W-2 Form
    - **View > Payslips**, then select your payslip(s)

**How former employees can access wage/salary information**

- Log on to My Benefits Resources at https://digital.alight.com/bac
- Click the **For Former Employees** tile
- Click the **Your Payslips** link on the secondary page to access/print your W-2s or payslips
    - **View > Payslips**, then select your payslip(s)
- Or Click 'W2 Access' tile
- External links > W-2 tax statements– select W2 to print

**How employees on leave can access wage/salary information**

- Log on to My Benefits Resources at https://digital.alight.com/bac
- Click the **For employees on a Leave of Absence** tile
- Click the **Your Payslips** link on secondary page to access/print your W-2s or payslips
    - **View > Payslips**, then select your payslip(s)
- Or Click 'W2 Access' tile
- External links > W-2 tax statements–select W2 to print

**For more information**

If you are unable to access your information or need additional support, please contact the Global HR Service Center at **800.556.6044**. Representatives are available from 8 a.m. to 8 p.m. Eastern, Monday through Friday, excluding certain holidays.

Sincerely,

Bank of America Global Human Resources

Attendance / Leave Records

Re: Leave records

Dear current Bank of America employee,

We've received your request for a copy of your Bank of America personnel file.

Due to the confidential nature of your leave records and to comply with our commitment to protect your privacy, any leave-related information cannot be provided to you through this request.

We have provided your leave dates (if applicable) If you require additional information/documentation regarding your leave please refer the following contacts:

- From 5/1/21 to present Contact:
  - Sedgwick – for leaves of absence and short-term disability – 855-837-5999
  - MetLife – for long term disability – 888-245-2920

- From 1/1/2017 through 4/30/21: MetLife (for LOA, STD, and LTD) – 888-245-2920

- From through 1/1/10 through 12/31/16: The Hartford – formerly Aetna (for LOA, STD, and LTD) – 888-277-4767

For all leaves prior to 2010 please refer to any correspondence you received from the company managing your leave or disability claim.   If this is unavailable to you please reach out to Global HR Service Center (GHRSC) at **800.556.6044.** Representatives are available from 8 a.m. to 8 p.m. Eastern, Monday through Friday, excluding certain holidays.



Re: Wage withholding/garnishment information

Dear current or former Bank of America employee,

We've received your request for a copy of your Bank of America personnel file.

Due to the confidential nature of wage withholding/garnishment information and our efforts to comply with our commitment to protect employee privacy, any wage withholding/garnishment information cannot be provided to you through this request.

If you need more information or require additional support, please contact the Global HR Service Center at **800.556.6044**. Representatives are available from 8 a.m. to 8 p.m. Eastern, Monday through Friday, excluding certain holidays.

Sincerely,


Bank of America Global Human Resources



Financial Center Manager

**Personal Information**

Phone:

213.925.4069

E-mail:

n

**Skills**

MS Office (Highly Proficient)

Excel, Word and Power Point

Cloud Computing

Work Ethic

Strategic

Adaptability

Mentorship

Problem Solving

Leadership

Teamwork

**Languages**

Spanish

Fluent

looking to utilize these skills and my extensive experience in customer service, management and sales to obtain a role that offers growth, challenge and ability to further utilize my Master in Proje management

## EXPERIENCE

| 2020 (March) to Present | **Quality Analyst** (Bank of America) |
| --- | --- |

- Evaluate client contacts and data to evaluate and address different key expectations based line of business standards for key performance drivers
- Partnered with Quality Assurance to gain exposure in Quality operations including-Calibration, Audits, Audit-the-Auditor, and Data Analysis
- Act as SME on the 9 call center segments that make up Client Care

| 2006 - 2020 (March) | **Financial Center Manager** (Bank of America) |
| --- | --- |

- Partnered with Market Leaders to develop and implement new strategies based on current market, client behavior drivers to create a plans that will effectively achieve strategy's target.
- Charged with mitigating any issues during the scope of project including working with outliers
- Excelled at driving success our 3 key drivers: Sales, Service and Operations
- Led weekly calls with specialized associates in the market to share new strategies, drive implementation of new routines and outlier management and development

**2021 (April) : Policy / Procedure Design Analyst**

TEMPORARY ASSIGNMENTS

- Was selected for Task Force for Pre-Paid Card national team to redesign their existing policy -procedure infrastructure

**2016 (March to December): Market Leader**

- Directly responsible for entire success of a complex market with 14 Financial Centers and all its employees reporting to me
- Conduct formal review sessions evaluate and provide coaching and feedback on Financial Center's action plan execution through inspection of routines and associate performance

## EDUCATION

| 2010 | Master's Degree: Project Management (MPM) |
| --- | --- |
| 2008 | Bachelor's Degree: Systems and Operations Management |

## COURSES

| 2013 | Market Leadership Program Development (Bank of America – Charlotte and Dallas) |
| --- | --- |

## ACHIEVEMENTS

| 2019 (every quarter) | Optimal Financial Center Award – Quarterly Program |
| --- | --- |

- Awarded to teams achieved over 100% above 4 key metrics of our business and then overall in the 90th percentile, top 10% nationally each quarter.



## Review

### Manager Overall Evaluation

Rating:         Meets / Does Not Meet

Comment:        Associate on Leave of Absence.

### Employee Overall Evaluation

Rating:

Comment:

## Goals

### 2017 Diversity & Inclusion

Take personal ownership for realizing the power of people through inclusion; improve workforce diversity and create an inclusive workplace where every employee feels respected and valued.

Due Date:   12/31/2017                                    Status:

Category:                Business Results (The What)

### 2017 Drives Operational Excellence

Consistently strives to achieve responsible growth. Is intellectually curious and willing to speak up and challenge the status quo in a positive way; does so with the intent of improving  the existing operating environment, increasing efficiency, and mitigating operational risk. Displays a bias for action and a commitment to sustainable results. Identifies and resolves issues proactively, understands and manages key operational and compliance risks, embeds risk management into daily activities, and ensures an effective control environment.

Due Date:   12/31/2017                                    Status:

Category:                Behaviors (The How)

### 2017 Make Bank of America a Great Place to Work

Help make BAC a great place to work by demonstrating commitment to our purpose, values and responsible growth strategy.
•Model behaviors which value each individual for their unique contribution and create an environment that allows each employee to reach their potential•Demonstrate commitment to the Bank of America values and promote a better company for our employees•Exhibit conduct supportive of the long-term interests of the Company

Due Date:   12/31/2017                                    Status:

## 2017 Risk Goal for Managers

**2017 Risk Goal for Managers**
Take personal ownership for managing risk well and be proactive in identifying and controlling risks, issues and concerns. •Act in accordance with the letter and spirit of all applicable laws, rules and regulations, the company's code of conduct, risk framework, risk appetite statement and other relevant policies, standards, procedures and guidance. •Understand all risks inherent in your business or function, including its end-to-end operations.•Actively participate in and contribute to your business' or function's risk routines, including risk identification. •Challenge one another to think objectively and make risk-informed decisions. •Identify and escalate issues and concerns promptly; resolve issues in a timely manner. •Speak up and discuss concerns and encourage others to do so. Recognize those who bring attention to potential risks.As applicable: •Actively engage and effectively partner with control functions.•Meet any business/job specific risk management expectations and/or expectations relating to relevant MRAs/Audit issues.

Due Date:    12/31/2017                              Status:

Category:                Business Results (The What)

## Communicates and Influences

•**Gains Buy-In:** Communicates and influences with impact in a compelling way that inspires trust, followership and commitment to action•**Exhibits Executive Presence:** Demonstrates confidence and commands respect and credibility by communicating with passion, energy and authority•**Leads through Change:** Models and demonstrates effective change leadership to empower team to deliver results•**Develops Collaborative Message:** Ensures there is a consistent, constant message coming from the direct and indirect management streams

Due Date:    12/31/2017                              Status:

Category:                Behaviors (The How)

## Deliver Together as One Team

Foster a culture where clients are introduced to others in the financial center and specialists as part of customer engagement.
•Work closely across the FCC and One Team partners to deliver the whole company and meet all of the financial needs of our clients •Leverage your specialist partners to deliver needs based solutions for your clients•Execute a strong unified market and financial center plan in partnership with FCM, MSM, and OMM•Provide coaching to ensure effective:
- Execution of lobby engagement, routing routines, Portfolio Assessment Meetings (PAM), and Client Management Process
- Usage of tools and resources such as CMC, Discover Tool, Life Priorities, Targeted Offers, etc.

Due Date:    12/31/2017                              Status:

Category:                Business Results (The What)

## Drive Client Relationship Care

Drive a culture of client care to achieve client satisfaction goals and ensure we do everything possible to ensure our clients are taken care of and know how much we appreciate their trust.
•Lobby Customer Engagement•CSR Customer Engagement•Problem Resolution (e.g. Complaint Tracker, Commit, FC Escalation)•Build Customer Relationships (e.g. Client Management Process, Life Priorities and Events, professional client

Due Date:   12/31/2017                                    Status:

Category:                      Business Results (The What)

## Focus on Operational Excellence and Expense Management

Drive excellence in operational controls and ensure a culture that constantly challenges, improves, and reduces risk through relentless inspection, remediation, understanding of root cause, creation/management of action plans, and managing performance (education, coaching, corrective action).  Ensure and remediate:
•Adherence to all policy & regulations (e.g. notary, opening new accounts, customer phone authentication, privacy choice capture, relationship calling, auto loan applications, credit card applications, account review, anti-money laundering, etc.).•
Client information and assets are secure; safe environment (e.g. information protection, signage, FC appearance, security, keys & combos)•Consistent quality execution of:
- OMP to find, report, and fix issues quickly
- Daily focus on Operational Repository, myTasks, myKeys & Operational Monitoring
- Tool usage (e.g. Point-of-Sale Checklist, Commit)
- Daily huddles and current communications boards
•Management of FCCA findings, onsite inspection findings, Mystery Shop failures, etc. to ensure remediation; plans for high risk centers
•Procedures followed to mitigate cash differences and performance lossesStaffing levels adherence and within budget limits for overtime

Due Date:   12/31/2017                                    Status:

Category:                      Business Results (The What)

## Grow Responsibly and Drive Convenient Banking Adoption

Responsibly grow the business by achieving revenue goals as reflected in respective role Scorecards, delivering needs based solutions to our clients.  Inspect, demonstrate, and coach expected behaviors and adoption of best practices in support of the Client Management Process:
- Sales Effectiveness:  Engage clients, ask questions, understand their unique needs, and work closely together as one team to provide solutions that are right for them
- Leverage CMC, Life Priorities Framework, Targeted Offers, Seasonal Campaigns, Sales & Service App, Discover Tool
- Self-identified Client Outreach through bank by appointment, relationship service calls, emails, client intercepts, and pipeline management
- Provide more value to clients with the full benefits of Preferred Rewards and industry leading Digital Solutions
•Maximize client traffic by ensuring client opportunities are uncovered through Lobby Customer Engagement and CSR Engagement
•Ensure clients are aware of the convenient banking options, provide demonstrations, leverage downloads where available

Due Date:   12/31/2017                                    Status:

Category:                      Business Results (The What)

## Leads and Develops Talents

•**Develops a Diverse Talent Pipeline Strategy:** Includes proactively sourcing, building a robust succession plan and cultivating bench strength to maximize overall market performance•**Creates a Coaching Culture:** Invests time by focusing on key drivers of performance and by developing individuals who can model and execute desired behaviors (Credible