partners to do what is in the best interest of Clients and shareholders•**Gives Balanced Feedback:** Establishes credibility and trust during performance discussions by providing candid insight, guidance and uses straightforward language

Due Date:   12/31/2017                                Status:

Category:                      Behaviors (The How)

## Leads in the Market Place

•**Manages Strategic Partnerships:** Works across the organization to develop business acumen and cultivate One Team partnerships to collectively achieve results•**Builds Broad Networks:** Develops relationships outside of the organization and company that positively represent the brand in the communities we serve•**Creates and documents action plans:** Translates organizational priorities into effective execution•**Client Experience:** Models behaviors to demonstrate empathy, as necessary, and to drive optimal client experience

Due Date:   12/31/2017                                Status:

Category:                      Behaviors (The How)

## Owns their Market/ Business

•**Champions Organizational Vision and Values:** Synthesizes strategic concepts into clear messages connecting main points to specific audiences and conditions in the market•**Executes Consistently:** Runs the business and drives results through formalized management routines and reporting tools•**Creates Plans for the Future:** Dedicates time to strategic planning to create competitive and compelling business plans•**Manages Time and Priorities:** Structures their own working hours to focus on key priorities to create the biggest impact and reduce variability•**Aggressively Identifies** issues, reports,  analyzes root causes, and manages variability•**Controls Business:** Effectively manages business controls and expectations while reinforcing standards and business performance targets

Due Date:   12/31/2017                                Status:

Category:                      Behaviors (The How)



## Review

### Manager Overall Evaluation

**Rating:**    Meets / Meets

**Comment:**  Valley Plaza ranked 1,026 for 2017, coming in at 116.60% on Final Dashboard - 109% to revenue, 120% ops excellence, 110% controllable losses, 5% positive modifier for CE, and 2% negative modifier for CBA. As ███ continues to pursue career growth with the bank, I look forward to his continued leadership and taking on additional tasks to benefit the greater group, and influence his peers.

### Employee Overall Evaluation

**Rating:**

**Comment:**

## Acknowledgement

### Employee

**Entered by:**    Luna D'Sol (Terminated)        **Date:**    01/23/2018

**Status:**        Acknowledge Review

**Comment:**

## Goals

### 2017 Diversity & Inclusion

Take personal ownership for realizing the power of people through inclusion; improve workforce diversity and create an inclusive workplace where every employee feels respected and valued.

**Due Date:**  12/31/2017                **Status:**

**Category:**            Business Results (The What)

### 2017 Drives Operational Excellence

Consistently strives to achieve responsible growth. Is intellectually curious and willing to speak up and challenge the status quo in a positive way; does so with the intent of improving  the existing operating environment, increasing efficiency, and mitigating operational risk. Displays a bias for action and a commitment to sustainable results. Identifies and resolves issues proactively, understands and manages key operational and compliance risks, embeds risk management into daily activities, and ensures an effective control environment.

**Due Date:**  12/31/2017                **Status:**

**Category:**            Behaviors (The How)

Help make BAC a great place to work by demonstrating commitment to our purpose, values and responsible growth strategy.
•Model behaviors which value each individual for their unique contribution and create an environment that allows each employee to reach their potential•Demonstrate commitment to the Bank of America values and promote a better company for our employees•Exhibit conduct supportive of the long-term interests of the Company

Due Date:   12/31/2017                                          Status:

Category:                         Behaviors (The How)

## 2017 Risk Goal for Managers

**2017 Risk Goal for Managers**
Take personal ownership for managing risk well and be proactive in identifying and controlling risks, issues and concerns.
•Act in accordance with the letter and spirit of all applicable laws, rules and regulations, the company's code of conduct, risk framework, risk appetite statement and other relevant policies, standards, procedures and guidance.  •Understand all risks inherent in your business or function, including its end-to-end operations.•Actively participate in and contribute to your business' or function's risk routines, including risk identification. •Challenge one another to think objectively and make risk-informed decisions. •Identify and escalate issues and concerns promptly; resolve issues in a timely manner.  •Speak up and discuss concerns and encourage others to do so. Recognize those who bring attention to potential risks.As applicable: •Actively engage and effectively partner with control functions.•Meet any business/job specific risk management expectations and/or expectations relating to relevant MRAs/Audit issues.

Due Date:   12/31/2017                                          Status:

Category:                         Business Results (The What)

## Communicates and Influences

•**Gains Buy-In:** Communicates and influences with impact in a compelling way that inspires trust, followership and commitment to action•**Exhibits Executive Presence:** Demonstrates confidence and commands respect and credibility by communicating with passion, energy and authority•**Leads through Change:** Models and demonstrates effective change leadership to empower team to deliver results•**Develops Collaborative Message:** Ensures there is a consistent, constant message coming from the direct and indirect management streams

Due Date:   12/31/2017                                          Status:

Category:                         Behaviors (The How)

## Deliver Together as One Team

Foster a culture where clients are introduced to others in the financial center and specialists as part of customer engagement.
•Work closely across the FCC and One Team partners to deliver the whole company and meet all of the financial needs of our clients  •Leverage your specialist partners to deliver needs based solutions for your clients•Execute a strong unified market and financial center plan in partnership with FCM, MSM, and OMM•Provide coaching to ensure effective:
- Execution of lobby engagement, routing routines, Portfolio Assessment Meetings (PAM), and Client Management Process
- Usage of tools and resources such as CMC, Discover Tool, Life Priorities, Targeted Offers, etc.

Category:                    Business Results (The What)

## Drive Client Relationship Care

Drive a culture of client care to achieve client satisfaction goals and ensure we do everything possible to ensure our clients are taken care of and know how much we appreciate their trust.
•Lobby Customer Engagement•CSR Customer Engagement•Problem Resolution (e.g. Complaint Tracker, Commit, FC Escalation)•Build Customer Relationships (e.g. Client Management Process, Life Priorities and Events, professional client engagement)•Strengthen Customer Relationships (e.g. Banker Conversation Rates, Bank by Appointment, email follow-up)

Due Date:    12/31/2017                          Status:

Category:                    Business Results (The What)

## Focus on Operational Excellence and Expense Management

Drive excellence in operational controls and ensure a culture that constantly challenges, improves, and reduces risk through relentless inspection, remediation, understanding of root cause, creation/management of action plans, and managing performance (education, coaching, corrective action).  Ensure and remediate:
•Adherence to all policy & regulations (e.g. notary, opening new accounts, customer phone authentication, privacy choice capture, relationship calling, auto loan applications, credit card applications, account review, anti-money laundering, etc.).•
Client information and assets are secure; safe environment (e.g. information protection, signage, FC appearance, security, keys & combos)•Consistent quality execution of:
•    OMP to find, report, and fix issues quickly
•    Daily focus on Operational Repository, myTasks, myKeys & Operational Monitoring
•    Tool usage (e.g. Point-of-Sale Checklist, Commit)
•    Daily huddles and current communications boards
•Management of FCCA findings, onsite inspection findings, Mystery Shop failures, etc. to ensure remediation; plans for high risk centers
•Procedures followed to mitigate cash differences and performance lossesStaffing levels adherence and within budget limits for overtime

Due Date:    12/31/2017                          Status:

Category:                    Business Results (The What)

## Grow Responsibly and Drive Convenient Banking Adoption

Responsibly grow the business by achieving revenue goals as reflected in respective role Scorecards, delivering needs based solutions to our clients.  Inspect, demonstrate, and coach expected behaviors and adoption of best practices in support of the Client Management Process:
•    Sales Effectiveness:  Engage clients, ask questions, understand their unique needs, and work closely together as one team to provide solutions that are right for them
•    Leverage CMC, Life Priorities Framework, Targeted Offers, Seasonal Campaigns, Sales & Service App, Discover Tool
•    Self-identified Client Outreach through bank by appointment, relationship service calls, emails, client intercepts, and pipeline management
•    Provide more value to clients with the full benefits of Preferred Rewards and industry leading Digital Solutions
•Maximize client traffic by ensuring client opportunities are uncovered through Lobby Customer Engagement and CSR Engagement
•Ensure clients are aware of the convenient banking options, provide demonstrations, leverage downloads where available

Category:                Business Results (The What)

## Leads and Develops Talents

·**Develops a Diverse Talent Pipeline Strategy:** Includes proactively sourcing, building a robust succession plan and cultivating bench strength to maximize overall market performance·**Creates a Coaching Culture:** Invests time by focusing on key drivers of performance and by developing individuals who can model and execute desired behaviors (Credible Coaching effectiveness)·**Holds Team Accountable:** Delivers a world class Client Experience by empowering the team and partners to do what is in the best interest of Clients and shareholders·**Gives Balanced Feedback:** Establishes credibility and trust during performance discussions by providing candid insight, guidance and uses straightforward language

Due Date:   12/31/2017                                Status:

Category:                Behaviors (The How)

## Leads in the Market Place

·**Manages Strategic Partnerships:** Works across the organization to develop business acumen and cultivate One Team partnerships to collectively achieve results·**Builds Broad Networks:** Develops relationships outside of the organization and company that positively represent the brand in the communities we serve·**Creates and documents action plans:** Translates organizational priorities into effective execution·**Client Experience:** Models behaviors to demonstrate empathy, as necessary, and to drive optimal client experience

Due Date:   12/31/2017                                Status:

Category:                Behaviors (The How)

## Owns their Market/ Business

·**Champions Organizational Vision and Values:** Synthesizes strategic concepts into clear messages connecting main points to specific audiences and conditions in the market·**Executes Consistently:** Runs the business and drives results through formalized management routines and reporting tools·**Creates Plans for the Future:** Dedicates time to strategic planning to create competitive and compelling business plans·**Manages Time and Priorities:** Structures their own working hours to focus on key priorities to create the biggest impact and reduce variability·**Aggressively Identifies** issues, reports,  analyzes root causes, and manages variability·**Controls Business:** Effectively manages business controls and expectations while reinforcing standards and business performance targets

Due Date:   12/31/2017                                Status:

Category:                Behaviors (The How)



## Review

### Manager Overall Evaluation

| | |
|---|---|
| Rating: | Exceeds / Exceeds |
| Comment: | FC ranked 281 YTD (116% dashboard, 10% CE modifier and 3% CBA modifier), 97.7% FCCA. Looking forward to seeing ▮▮▮ be more vocal during team connects to share best practices. |

### Employee Overall Evaluation

| | |
|---|---|
| Rating: | Exceeds / Exceeds |
| Comment: | |

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| Entered by: | Luna D'Sol (Terminated) | Date: | 06/26/2018 |
| Status: | Acknowledge Review | | |
| Comment: | | | |

## Goals

Employees – Click My Goals to view or update your current list of goals.

Managers – Click My Team's Goal Detail to view a summary of goals for your entire team.

*Note: Goal details will appear in a new window.*



## Review

### Manager Overall Evaluation

Rating:        Meets / Does Not Meet

Comment:       Challenges with Risk Management, received NI FCCA score and had losses in Q3.
               Leadership gaps on managing how performance that includes ops excellence, managing behaviors to
               generate revenue growth and associate satisfaction.
               There was an open investigation that ended with Final Warning.

### Employee Overall Evaluation

Rating:

Comment:

## Acknowledgement

### Employee

Entered by:    Luna D'Sol (Terminated)          Date:        03/01/2019

Status:        Acknowledge Review

Comment:

## Goals

Employees – Click My Goals to view or update your current list of goals.

Managers – Click My Team's Goal Detail to view a summary of goals for your entire team.

*Note: Goal details will appear in a new window.*



## Review

### Manager Overall Evaluation

**Rating:**

**Comment:**  your knowledge of how to drive the revenue in your FC and with your partners is an area of strength.  Continue to utilize the reporting as leading indicators of where the opportunities are. Talent Management has been an area of opportunity with some movement due to your leadership style since you have been at the FC starting Feb.  Now that the team is stable, maintaining morale and consistency in your team will be key to success.

Your client experience has been mostly strong with some variability that could significantly improve your ranking and overall success if you stabilize and maximize.

Improvement is need in the area of making deadlines for call to actions for the Market and Region. This includes being timely on calls, submitting DA and required submission of information through email to Market and other lines of business.

Great job being optimal all months since at the FC.

### Employee Overall Evaluation

**Rating:**

**Comment:**

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| **Entered by:** | Luna D'Sol (Terminated) | **Date:** | 08/13/2019 |
| **Status:** | Acknowledge Review | | |
| **Comment:** | No what or how provided because according to the market we don't do this anymore mid-year unless you are a does not meet | | |

## Goals

Employees – Click My Goals to view or update your current list of goals.

Managers – Click My Team's Goal Detail to view a summary of goals for your entire team.

*Note: Goal details will appear in a new window.*



## Review

### Manager Overall Evaluation

**Rating:** Meets / Meets

**Comment:**
- **Recap of** ▮▮▮ **2019 Performance as FCM of Granada Hills** Total Revenue Achieved 7 out 10 months
  Partner Referrals Achieved 8 out 10 months
  Op Excellence – Achieved 7 out 10 months
  CE over target - 7 out 10 months

  Achieved Optimal for 2 quarter's in 2019

  To achieve Optimal Status ▮▮▮ needs continue to implement these leadership behaviors. I am confident if consistent execution of these key leadership behaviors you will exceed all expectations.

  **Grow the Business**
  - Role Model, coach and role play Lobby Customer Engagement and MTC plays
  - Influences RMs to Build Customer Relationships (e.g. Client Management Process, Life Events, Preferred Rewards)
  - Responsibly grow the business by achieving revenue goals as reflected in respective role scorecards**Lead and Develop**
  - **Creates a Coaching Culture:** Invests time by focusing on key drivers of performance and by developing individuals who can model and execute desired behaviors (Credible Coaching effectiveness)
  - **Holds Team Accountable:** when desired results are not achieved or action plans are not executed the leader has plan to manage
  - **Gives Balanced Feedback:** That will improve the what and how behaviors of each associate during performance discussions by providing candid insight, guidance and uses straightforward language**Creates and documents action plans:** Action Plans on priorities that have specific steps and timelines that yield a change in the what/How behaviors

### Employee Overall Evaluation

**Rating:** Exceeds / Exceeds

**Comment:** mostly optimal

## Acknowledgement

### Employee

**Entered by:** Luna D'Sol (Terminated)    **Date:** 02/03/2020

**Status:** Acknowledge Review

**Comment:**

Employees – Click My Goals to view or update your current list of goals.

Managers – Click My Team's Goal Detail to view a summary of goals for your entire team.

*Note: Goal details will appear in a new window.*



## Review

### Manager Overall Evaluation

Rating:

Comment:

### Employee Overall Evaluation

Rating:

Comment:

## Goals

Employees – Click My Goals to view or update your current list of goals.

Managers – Click My Team's Goal Detail to view a summary of goals for your entire team.

*Note: Goal details will appear in a new window.*



## Review (Confidential and Proprietary)

### Manager Overall Evaluation

| | |
|---|---|
| **Rating:** | Meets / Meets |
| **Comment:** | I know 2020 has been a challenging year for everyone. we had to make the adjustments to work from home. however I am grateful I had the opportunity to have you as part of my team. You have learned so many new skills and are doing amazing job. You are always ready to help anytime you are asked to. You always participate and ask questions when needed. |

Even though we are new we had the opportunity to have a scorecard for the last 4 months, and just like any new title it comes with some challenges or opportunities.

in Sep. you are overall an Exceeds. Evals/day 21.56 Exceeds. ATA 98.04% Meets. Dispute 100% Meets. SLA 0 Exceeds. Managing Risk 0 Meets.

in Oct. overall Meets. Evals/day 15.85 Meets. ATA 99.02% Meets. Dispute 100% Meets. SLA 0 Exceeds. Managing Risk 0 Meets.

In Nov. overall Exceeds. Evals/day 22.58 Meets. ATA 100% Exceeds. Dispute 98.86% Meet. SLA 0 Exceed. Managing Risk 0 Meets

In Dec. overall Meets. Evals/day 17.87 Meets. ATA 100% Exceeds. Dispute 96.85% Meets. SLA 1. Managing Risk 1.

I know we are all still new and learning with the consistent changes but you are still doing great. Opportunities that we need to work on for 2021 is our number of evals per day (new per hour), as well as the accuracy for disputes. overall I see the growth and success you had in ATA so keep up the great work and I cant wait to see what 2021 journey in your career path with take you.

### Employee Overall Evaluation

| | |
|---|---|
| **Rating:** | Exceeds / Exceeds |
| **Comment:** | I worked during the transition of QA and I always became sailable to any time I was needed for anything, I made myself available several times to learn more outside of my own responsibilities so I can help at a higher capacity. Still learning different skills to accept a bigger work load |

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| **Entered by:** | Luna D'Sol (Terminated) | **Date:** | 01/11/2021 |
| **Status:** | Acknowledge Review | | |
| **Comment:** | | | |

## Goals

Employees – Click My Goals to view or update your current list of goals.

Managers – Click My Team's Goal Detail to view a summary of goals for your entire team.

Note: Goal details will appear in a new window

███████████████████████████████████████████████████████

## Mid-year check-in (Confidential and Proprietary)

### Manager Overall Evaluation

Rating:    Meets / Meets

Comment:    ███ is a Meets/Meets for the first half of the year. He is cross trained in different skills and as well as in English and Spanish. he always participates in team chats, team meetings and in one on ones. He is always striving for success and is always ready to help where he is needed. He was on a special project in May.

███ has consistently improved in Evals per hour in January at 2.11 to May 3.39 exceeds. He also has improved in ATA's we has gone from meets in February to Exceeds in May. Any Variance that comes up in ATA's or Disputes ███ ways likes to connect learn and correct from learning. In Disputes he has been at a consistent Meets and in May ending at 100%. Manage Risk Impact has also been at a perfect 0 defects and at a rating of Meets. Remediation Qualifier has also consistently improved as he is increasing his evals per hour at the same time. The opportunity where we need to focus on is SLA impact as the first half of the year we have had opportunities every month. with June ending at 0 SLA. As bot ███ nd I work together in improving the way we can control SLA I have no doubt next half of the year he will be able to be a meets in that category.

███ has been a pleasure having on the team and I have no doubt the direction he is going in he will be an Exceeds in the next half of the year. I can't wait to see all the success he will bring to the team in the next half of the year.

### Employee Overall Evaluation

Rating:

Comment:

## Acknowledgement

### Employee

Entered by:    Luna D'Sol (Terminated)          Date:    07/22/2021

Status:    Acknowledge Review

Comment:

## Review (Confidential – Internal Use Only)

### Manager Overall Evaluation

| | |
|---|---|
| **Rating:** | Meets / Meets |
| **Comment:** | In September of 2021, ▮▮▮ was sent over to my team to assist us with capacity concerns surrounding the Prepaid line of business. ▮▮▮ and his peers were quickly thrown into training on the Prepaid Recon Fraud process. Within a short couple of months, we needed to have ▮▮▮ and his peers learn even more functions within the Prepaid space to ensure we have proper coverage of the functions that the Prepaid Contractor associates review. ▮▮▮ jumped into this additional learning without hesitation. He asks good questions and he learns from any coaching that is provided. For 2022, I challenge ▮▮▮ to become as comfortable as possible with the functions he reviews, so that we can have him learn something new when he is ready to do so. I look forward to working with ▮▮▮ going forward. |

### Employee Overall Evaluation

| | |
|---|---|
| **Rating:** | Exceeds / Meets |
| **Comment:** | Supported my manager and team with providing additional support / work to close any gaps in total number of evals<br>Zero ATA defects from March to August (stopped working in August)<br>Participated in all calls by adding value when engaging with team member and leaders<br>Started the year with 4 Skills and advances to 20+ by August |

## Acknowledgement

### Employee

| | |
|---|---|
| **Entered by:** | Luna D'Sol (Terminated) |
| **Status:** | Acknowledge Review |
| **Comment:** | |

**Date:** 01/21/2022



## Overall Comments (Confidential – Internal Use Only)

### Manager Overall Evaluation

**Rating:**

**Comment:** █████ has been with my team for about 10 months now.  He has been auditing the Prepaid Contractors in that time and has maintained a positive attitude throughout all of the many constant changes that have come along with auditing the Prepaid business. ████ takes coaching well, when coaching is needed. For the remainder of 2022 my challenge for him is to continue learning and becoming more and more comfortable and confident with the processes he reviews and ensure that procedures are reviewed thoroughly for each audit, as his rate of citing defects is low in comparison to his peers and we want to ensure we are appropriately reviewing FLU claims.  Along with diving into procedures and making sure the processes are understood, leadership will work on putting together calibration sessions to drive home consistency

### Employee Overall Evaluation

**Rating:**    Meets / Exceeds

**Comment:**    1. I am always available to help with extra work or learn new skills. This last semester I was given the opportunity to take on new skills and take on more work to help business needs
2. Some opportunities on ATAs which are always reviewed and taken as learning opportunities
3. Very engaged with my peer group on assisting each other

## Acknowledgement

### Employee

**Entered by:**    Luna D'Sol (Terminated)          **Date:**    07/25/2022

**Status:**    Acknowledge Review

**Comment:**



## Review (Confidential – Internal Use Only)

### Manager Overall Evaluation

| | |
|---|---|
| **Rating:** | Meets / Meets |
| **Comment:** | ████ has been with my team for about 10 months now.  He has been auditing the Prepaid Contractors in that time and has maintainted a positive attitude throughout all of the many constant changes that have come along with auditing the Prepaid business. ████ takes coaching well, when coaching is needed. For the remainder of 2022 my challenge for him is to continue learning and becoming more and more comfortable and confident with the processes he reviews and ensure that proceudres are reviewed thoroughly for each audit, as his rate of citing defects is low in comparison to his peers and we want to ensure we are appropriately reviewing FLU claims.  Along with diving into procedures and making sure the processes are understood, leadership will work on putting together calibration sessions to drive home consistency |

### Employee Overall Evaluation

| | |
|---|---|
| **Rating:** | Exceeds / Meets |
| **Comment:** | I think running to make it to 100% on the very last day of few months has been my opportunity, but I delivered at the end and also they were circumstances outside of my control |

## Acknowledgement

### Manager

| | | | |
|---|---|---|---|
| **Entered by:** | Xavier Hernandez | **Date:** | 01/16/2023 |
| **Status:** | Acknowledge Review | | |
| **Comment:** | | | |

### Employee

| | | | |
|---|---|---|---|
| **Entered by:** | Luna D'Sol (Terminated) | **Date:** | 01/13/2023 |
| **Status:** | Acknowledge Review | | |
| **Comment:** | Thank you. You are very kind and clear about expectations which i appreciate dearly | | |



## Overall Comments (Confidential – Internal Use Only)

### Manager Overall Evaluation

**Rating:** Meets / Meets

**Comment:** Over the past 6 months Julio has shown tremendous improvement from their previous end-of-year review from their previous leader. However, as usual there is always room for improvement. I would like to see more punctuality from Julio when it comes to completing CBT's and responding to direct communications.

### Employee Overall Evaluation

**Rating:** Meets / Meets

**Comment:** I have been meeting my required evaluations, i am also sharing interest on being available to learn more, i am also open to coaching

## Acknowledgement

### Employee

**Entered by:** Luna D'Sol (Terminated)          **Date:** 07/21/2023

**Status:** Acknowledge Review

**Comment:**



## Review (Confidential – Internal Use Only)

### Manager Overall Evaluation

**Rating:** Meets / Meets

**Comment:** Xavier: 2023 was definitely a year of note presenting one challenge after another, and Julio had met them all in stride. With everything that was encountered, Julio was able to successfully complete every assignment that he was presented with efficiently. There were some difficulties evident in regards to communication that he continued to work on and continuously showed improvement in. Later in the year there were movements and reorganization amongst some of the teams, and it was decided that with Julio's skills and specialties he would be better suited and a stronger fit within Lucy's team. For 2024 I hope that Julio's skills only continue to grow and take him to new heights.

Lucy:
- Since Julio joined my team in September he has been executing assigned reviews by meeting deadlines on time.
- He has shown improvement in communication and we continue to work on different routines to ensure nothing gets missed by catching up on emails or communication that will help set the tone for the day.
- ATA scores will be our next phase to focus on to make sure we prepare ourselves once scorecards get implemented.

### Employee Overall Evaluation

**Rating:** Meets / Meets

**Comment:** Always open to coaching and applying each interaction as a learning experience for me to apply and become a better employee

## Acknowledgement

### Employee

**Entered by:** Luna D'Sol (Terminated)        **Date:** 01/17/2024

**Status:** Acknowledge Review

**Comment:**



## Overall Comments (Confidential – Internal Use Only)

### Manager Overall Evaluation

**Rating:**

**Comment:**

Overall Comments:
- Julio moved to EIT Prepaid A&Q Testing from EIT EQR testing in February 2024
- Completes all assigned testing monthly.
- Solid performer that has been able to increase his workload month over month

Key Accomplishments and results (What goals):
- Completes all assigned testing monthly in a timely manner.
- Able to increase initial testing assignments month over month
- YTD QA score of 88.8%

Behavior impact (How goals):
- Able to work independently to complete assigned samples.
- Is efficient in all testing assignments
- High producer
- Maintains positive attitude through change

Area of focus:
- Continue to become a strong tester in reviewing prepaid claims.
- Continue to work towards a QA score to greater than 95%
- Improve on time management skills, such as availability and reliability

### Employee Overall Evaluation

**Rating:**  Meets / Meets

**Comment:**  Achieved top performer first month of live production. Each single month i have been able to complete my work and requested additional work to help out the team which i received + completed

## Acknowledgement

### Employee

| | | | |
|---|---|---|---|
| **Entered by:** | Luna D'Sol (Terminated) | **Date:** | 07/17/2024 |
| **Status:** | Acknowledge Review | | |
| **Comment:** | | | |



## Review (Confidential – Internal Use Only)

### Manager Overall Evaluation

**Rating:** Meets / Meets

**Comment:** **Overall Comments**

█████████ shown that he is solid performer that has been able to increase his workload month over month in his role as EIT tester.  Julio has consistently completed all his testing assignments monthly.

**Key Accomplishments and results (What goals):**
- Completes assigned testing monthly in a timely manner.
- Able to increase initial testing assignments over the course of the year.
- 2024 QA score of 85.2%.
- Learned additional testing in relation to peers on the team.
- Assisted in Complaints testing.
- Increased peer QA reviews for the second half of the year.

**Behavior impact (How goals):**
- Able to work independently to complete assigned samples.
- Is efficient in all testing assignments.
- High producer.
- Maintains positive attitude through change.

**Area of focus:**
- Continue to become a strong tester in reviewing prepaid claims.
- Continue to work towards a push goal for the QA score to greater than 95%.
- Improve on time management skills, such as availability and reliability.
- Increase workload and productivity due to team need.
- Improve accuracy to ensure he can maintain peer QA requirements.
- Take on a larger role within the team and engage more during team meetings.

### Employee Overall Evaluation

**Rating:** Meets / Meets

**Comment:** I have always made myself available to help the team with extra evaluations in order for us to succeed as a group. I have quickly adapted to any changes without presenting obstacles by providing flexibility to whatever my team needs. I enjoy working with my bosses with no push back and open to coaching

## Acknowledgement

### Employee

**Entered by:** Luna D'Sol (Terminated)          **Date:**      01/21/2025

**Status:** Acknowledge Review

**Comment:**

## Overall Comments (Confidential – Internal Use Only)

**Manager Overall Evaluation**

Rating:

Comment:          Not applicable

**Employee Overall Evaluation**

Rating:

Comment:

## Manage Risk (What)

Include examples that demonstrate progress towards the Manage Risk goal. (Optional)

Section Summary

**Manager Evaluation**

Comment:

**Employee Evaluation**

Comment:

## Drive Operational Excellence (What)

Include examples that demonstrate progress towards the Drive Operational Excellence goal. (Optional)

Section Summary

**Manager Evaluation**

Comment:

**Employee Evaluation**

Comment:

## Drive Growth (What)

Include examples that demonstrate progress towards the Drive Growth goal. (Optional)

Section Summary

**Manager Evaluation**

Comment:

**Employee Evaluation**

Comment:

## Great Place to Work (How)

Include examples that demonstrate progress towards the Great Place to Work goal. (Optional)

Manager Evaluation

Comment:

Employee Evaluation

Comment:



Dear ▮▮▮▮▮

Congratulations on your new position! This letter will confirm our offer and your acceptance to join our **Sepulveda Devonshire** Team as a **Teller Operations Specialist**, reporting to **Diana Lucia Beltran**. The details of our offer are outlined below.

You will receive an annual base salary of $36,505.00, paid on a bi–weekly basis for hours worked in a two week period in accordance with the Company's normal payroll practices. Your employment will be non–exempt, meaning you will be paid in accordance with applicable law and Company policy for overtime work. Please be aware that all overtime must be pre–approved in accordance with Company timekeeping rules.

Your anticipated start date is July 4, 2009.

In your new role with the Bank, you will still be expected to adhere to all policies and procedures, including but not limited to the Code of Ethics and all confidentiality requirements as a Bank associate. Please be aware that confidential information concerning Bank of America, its products, customers, prospective customers, methods of operation, pricing, suppliers, shareholders, and employees, acquired in the course of your employment, including all financial information and customer lists, is to be used solely for Bank purposes and never to be discussed with or divulged to unauthorized individuals or entities. Your obligation to maintain the confidentiality of such information and to use it only for authorized Bank purposes continues after your employment ends. Similarly, we expect you to honor your former employer's privacy policy as it relates to information, inclusive of customer information obtained in your prior position.

**This letter does not constitute an employment contract, and nothing contained in this letter or in any other communications you have had with Bank of America representatives should be construed in any way as a guarantee of continued employment for any period of time, but rather your employment is on an at–will basis. That is, you or Bank of America may end the employment relationship with or without notice or cause. No officer or representative of Bank of America has any authority to make any agreement, express or implied, which is contrary to the foregoing.**

Should you need additional information regarding benefits or other associate programs, feel free to contact the Personnel Center at 1.800.556.6044 (TDD 1.800.930.8044).

We wish you the best in the transition to your new role and your ongoing career with Bank of America. If you have any questions or if there is any way I can help you further, please do not hesitate to call.

Sincerely,

Kesha Alexander
AVP
818–849–5347

Please sign the enclosed copy of this letter and return to my attention:

Michelle Valdez
CA9–705–04–64



osition as described.

Signature

6/17/09

Date

Nov 17, 2023



## Letter of Education – call-in procedures

Bank of America strives to provide a work environment that allows employees to deliver quality customer service, achieve a high level of satisfaction and reach individual and team performance goals.

This Letter of Education is being issued to educate you on Attendance. Additionally, over the past 12 months, we've discussed the following letters/disciplinary action (if applicable):

| Date From | Date To | Absence Reason/Action |
|---|---|---|
| Nov 15, 2023 [Wed] | | Not Due to Sickness |
| Nov 10, 2023 [Fri] | | Sickness of Self |

As a reminder, you must comply with all Bank of America policies, procedures, guidelines and conditions of employment, including but not limited to those set forth in the Employee Handbook and Bank of America Code of Conduct. As such, you are expected to adhere to all expectations of your role. Failure to meet expectations of your role in the future may result in further action.

If information contained in this record is inaccurate, or you have concerns with retaliation, misconduct or other wrong-doing on your team, call the GHR Service Center at 800 556 6044 or follow your line of business process to report your concerns to Employee Relations as soon as possible.

Finally, there are a variety of tools, resources and programs to help you understand conduct expectations and grow, develop and manage your career with us. Consult with your manager or visit the Employee Handbook, Bank of America Code of Conduct, and/or HR Connect for more information.



This is a written warning to address your failure to follow the attendance call-in procedure. Previously you were verbally counseled on 11-9-15 & 2-24-16 regarding call-in procedure violation(s). Since that time, you have had additional call-in procedure violation as follows:

April 25th, 26th and 27th

Your attendance is important in our effort to provide reliable and responsive service. You are an essential member of our team and you are expected to follow the established call-in procedure for your department. You must contact your manager and follow departmental procedures if there is a need for you to be out of work or tardy

You must also comply with all Bank of America policies, procedures, guidelines and conditions of employment, including but not limited to those set forth in the Employee Handbook and Bank of America Corporation Code of Conduct.

You are expected to demonstrate immediate and sustained improvement in your adherence to the call in procedure. You are also expected to comply with the policies, procedures, guidelines and conditions of employment set forth above. Failure to meet expectations may result in further disciplinary action up to and including termination.



Should you disagree with any of the information contained in this document, you may submit a written statement to your manager explaining your position.

**Employee Comments:**

_____

_____

_____

_____

_____

**Preparation Instructions:**

- Use **one** cover form for each Employee.
- To ensure proper processing the employee's name and person number must be on every sheet of paper submitted for imaging.
- Check the appropriate box indicating the type of document(s) to be imaged.
- Send this completed cover form and document(s) to:

**Bank of America GHR Service Center**
**P. O. Box 563910**
**Charlotte, NC  28256**

---

**Document Type:** (Check the appropriate box or boxes that apply):

☐ Letter of Resignation

☒ Recognition/Disciplinary Action

☐ Termination documentation

---

*Information (Print or Type information clearly)*

*Complete all required fields. Documents will be returned if any required areas are not completed or if you have submitted documents that are not acceptable.



## Protection of Bank of America Confidential Information, Employee and Customer Relationships

### ("Confidentiality Agreement")

I acknowledge that Bank of America, N.A., its parents, subsidiaries and affiliated entities (collectively, the "Company"), conduct a broad and evolving range of business operations that regularly utilize and rely on confidential information which is proprietary to its businesses. I also understand that in an effort to provide competitive business services and create and preserve customer goodwill, the Company has devoted considerable financial, operational and personnel resources to safeguarding the confidentiality of this information, and requires its employees to acknowledge their personal responsibilities and fiduciary duties in this regard. Therefore, in consideration of my employment with the Company, and in consideration of the rights and benefits afforded to me in connection therewith, including but not limited to my compensation, I hereby agree as follows:

- **Preservation of Confidential and Proprietary Information.**

  As an employee of the Company, I understand that I may obtain or have access to confidential, privileged or proprietary information of the Company and its clients or customers, which is not otherwise known to the general public. Such information includes, without limitation non-public information concerning: [i] the Company's current or potential clients or customers; [ii] current or prospective business plans, strategies or products; [iii] computer programs, systems or databases; [iv] methods of operation; [v] financial models; [vi] investments or other business transactions; [vii] policies; [viii] procedures; and/or [ix] personnel information (collectively referred to as "Confidential Information"). Such Confidential Information also includes any non-public information disclosed to the Company by a client, customer or other third party which the Company has agreed or is otherwise obligated to treat as confidential. As used in this Agreement, the term "Confidential Information" does not include the information that I can demonstrate: [i] was already in my possession or made known to me without confidentiality restriction prior to the commencement of my employment with the Company; [ii] is or has become part of the public domain or otherwise generally available to the public through means other than an improper disclosure by me; [iii] is or has become available to me from sources other than the Company with the legal right to disclose and authorize the use of such information; [iv] has been independently developed by me without use of Company "Confidential Information"; and/or [v] I am required to disclose pursuant the order or requirement of a court, administrative agency, regulatory authority or other governmental body, in respect of which I shall make my best effort to notify the Company of the pendancy of such order or requirement so that the Company has a reasonable opportunity to move for a protective order in advance of any such disclosure, unless such notice is expressly prohibited.

  I understand that Confidential Information is a valuable and unique asset of the Company, and provides the Company with a competitive advantage specifically because it is not known to the general public. I also understand that the Company has fiduciary obligations, as well as obligations under state and federal law, to protect the confidentiality of this information and that those obligations extend to me personally as an employee. I further acknowledge and agree that improper use or disclosure of such information would cause immediate and irreparable damage to the business of the Company.

Bank of America

I therefore agree that I will hold all such Confidential Information in strictest confidence and will use it only as necessary in the performance of my duties as an employee of the Company and only for the purposes intended by the Company. I further agree that I will not directly or indirectly, use, publish or otherwise disclose any aspect of such Confidential Information to any person or entity outside the Company without prior written permission by an authorized Company representative, and that my obligations with respect to such Confidential Information are continuing, even after my employment ends.

- **Preservation of Property (Business Records).**

I specifically understand and agree that all documents (including, without limitation, all files, reports, manuals, books and records, account information, customer names, addresses and account numbers, planners, holding book or customer book pages, financial statements, or any models, spreadsheets, computer programs, databases or customer lists created or modified for the Company's business purposes by an employee of the Company) related to the businesses of the Company and in my possession or to which I may have access as a result of my employment with the Company, (whether in written or electronic form), are and will remain the sole and exclusive property of the Company. I will not reproduce or appropriate for my own use, or for the use of others, any property of the Company. I further agree that upon my termination from the Company (for any reason whatsoever) and/or at any other time as the Company shall request, I will deliver to the custody of whatever person the Company shall designate, all originals or copies of such documents or other tangible property in my possession, including any electronic files which have come into my possession as a result of my employment with the Company, whether contained on Company owned electronic devices or equipment, or devices or equipment owned by me personally, and the Company has the right to inspect and remove from such devices or equipment any Company owned information.

- **Preservation of Employment Relationships.**

To the fullest extent permitted by applicable law, during my employment with the Company, and for six (6) months after my termination (for whatever reason) I agree I will not directly or indirectly, on behalf of myself or any other person or entity, solicit or recruit any person employed by the Company to leave the employ of the Company, or otherwise interfere with the relationship between the Company and any of its employees. (This restriction shall not prohibit the hiring of any person who responds to a general advertisement or headhunter solicitation, or otherwise prohibit any subsequent employer of mine from hiring a Bank of America employee provided I have not participated, directly or indirectly, in the identification, evaluation or recruitment of such employee or the decision to hire this employee.)

- **Preservation of Customer Relationships.**

To the fullest extent permitted by applicable law, during my employment with the Company and for six (6) months after my voluntary resignation or termination for "Cause", I will not directly or indirectly solicit any client or customer of the Company to whom I was introduced by the Company and for whom I worked, provided service or

---

Notification of termination for "Cause" (as defined in the Company's plans and policies) shall be delivered in writing. Notwithstanding the use of this term for purpose of my continuing obligations to the Company as set forth in this Agreement, employment at Bank of America is at will and either I or the Company may end that employment relationship at any time, with or without notice or Cause.

Bank of America

transacted business in the course and scope of my employment with the Company for the purpose of: [i] obtaining that client or customer's business for myself or any other person or entity; or [ii] causing such client or customer to discontinue doing business with the Company. I similarly shall not attempt to interfere with any ongoing or prospective business relationship between the Company and its clients or customers. (This restriction shall not prohibit me from accepting business (on my own behalf or on behalf of a subsequent employer) where I can demonstrate that the client or customer has affirmatively requested my services, provided I have not attempted to invite or solicit such request and provided I have not otherwise violated any of my continuing obligations with respect to Confidential Information as described in this Agreement.)

- **Interpretation and Enforcement.**

Because my services are personal and unique and because I have access to and am or will be acquainted with Company Confidential Information, to the fullest extent permitted by law, the provisions of this Confidentiality Agreement shall be enforceable by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights or remedies that the Company may have for breach of this Confidentiality Agreement. If any portion of this Confidentiality Agreement is adjudged to be unreasonable or unenforceable in any court or administrative forum of competent jurisdiction, both I and the Company specifically agree that the time period, or scope of any limitation set forth herein shall be modified so that the provision is construed to be reasonable and enforceable and achieves the intent expressed. In the event of any dispute regarding this Agreement, it will be interpreted and enforced to the extent permitted by law under the laws of the State of North Carolina.

By signing below I acknowledged and/or agree to abide by the terms and conditions set forth in this Confidentiality Agreement. I further acknowledge that this Confidentiality Agreement shall be effective as of the date signed and will supersede any inconsistent representations or promises I have been made (whether verbal or in writing) regarding the subject matters addressed herein. This Confidentiality Agreement can only be modified in a writing signed by an authorized representative of the Company.

READ, UNDERSTOOD AND AGREED:

Date: 10/05/2012

Signed Electronically
Signature