| Title | Type | Credit | Credit2 | Status | Date | | Credit3 | Code | Flag |
|---|---|---|---|---|---|---|---|---|---|
| Need to Know - 04.25.17 | Online Class | 0.25 | 0.25 | Completed | 4/26/2017 | Select | 0.25 | SELF-0057076 | No |
| 2017 Protecting Against Wire Stripping | Online Class | 0.25 | 0.25 | Completed | 5/6/2017 | Select | 0.25 | WBT-0056719 | No |
| May 2017 System Enhancements Training | Online Class | 0.25 | 0.25 | Completed | 5/6/2017 | Select | 0.25 | SELF-0056772 | No |
| Need to Know - 04.17.17 | Online Class | 1 | 1 | Completed | 4/17/2017 | Select | 0.25 | SELF-0056036 | No |
| Proficiency Check Assessment Quoting Interest Rates Final | Online Class | 0.25 | 0.25 | Completed | 4/24/2017 | Select | 0.25 | WBT-0056722 | No |
| Proficiency Check Sales Engagement (CET and Emails) | Online Class | 0.25 | 0.25 | Completed | 4/24/2017 | Select | 0.25 | WBT-0056717 | No |
| Need to Know - 04.11.2017 | Online Class | 0.25 | 0.25 | Completed | 4/13/2017 | Select | 0.25 | SELF-0056686 | No |
| Rented Safe Deposit Box Vendor Inspection | Online Class | 0.25 | 0.25 | Completed | 4/20/2017 | Select | 0.25 | SELF-0056486 | No |
| Need to Know - 04.04.17 | Online Class | 0.25 | 0.25 | Completed | 4/5/2017 | Select | 0.25 | SELF-0056684 | No |
| Business Advantage Term Loan for Financial Center | Online Class | 0.5 | 0.5 | Completed | 4/13/2017 | Select | 0.5 | WBT-0053889 | No |
| 2017 Compliance in Credit Card and Auto Loan Applications | Online Class | 0.75 | 0.75 | Completed | 5/6/2017 | Select | 0.75 | WBT-0056060 | Yes |
| 2017 Enterprise Information Protection | Online Class | 0.5 | 0.5 | Completed | 5/11/2017 | Select | 0.5 | WBT-0055077 | Yes |
| Need to Know - 03.28.17 | Online Class | 0.25 | 0.25 | Completed | 4/1/2017 | Select | 0.25 | SELF-0056502 | No |
| Client Treatment Commitments | Online Class | 0.25 | 0.25 | Completed | 4/13/2017 | Select | 0.25 | SELF-0056025 | No |
| Quality Account Review Reinforcement | Online Class | 0.25 | 0.25 | Completed | 4/13/2017 | Select | 0.25 | SELF-0056026 | No |
| Need to Know - 03.21.17 | Online Class | 0.25 | 0.25 | Completed | 3/22/2017 | Select | 0.25 | SELF-0056534 | No |
| LGBTQ+ Pride: Ally 101 | Session | 1.5 | 1 | Completed | 3/21/2017 | Select | | | Select |
| Proficiency Check Discover Tool Free Form Comments | Online Class | 0.2 | 0.2 | Completed | 3/13/2017 | Select | 0.2 | WBT-0056323 | No |
| Proficiency Check Referrals and Disclosures | Online Class | 0.25 | 0.25 | Completed | 3/13/2017 | Select | 0.25 | WBT-0056296 | No |
| Need to Know - 03.14.17 | Online Class | 0.25 | 0.25 | Completed | 3/13/2017 | Select | 0.25 | SELF-0056359 | No |
| Financial Center Emergency Preparedness 2017 | Online Class | 0.5 | 0.5 | Completed | 4/5/2017 | Select | 0.5 | SELF-0056089 | No |
| Need to Know - 03.07.17 | Online Class | 0.25 | 0.25 | Completed | 3/10/2017 | Select | 0.25 | SELF-0056358 | No |
| Financial Center Workplace Violence Prevention | Online Class | 0.5 | 0.5 | Completed | 4/4/2017 | Select | 0.5 | WBT-0056124 | No |
| FC Security and Safety 2017 | Online Class | 0.5 | 0.5 | Completed | 4/1/2017 | Select | 0.5 | WBT-0056125 | No |
| Need to Know - 02.28.17 | Online Class | 0.25 | 0.25 | Completed | 2/28/2017 | Select | 0.25 | SELF-0056094 | No |
| Quarterly Focus: Spring Into Home Buying Season | Online Class | 0.25 | 0.25 | Completed | 3/22/2017 | Select | 0.25 | SELF-0056040 | No |
| Q1 Quarterly Focus: Winning in Convenient Banking Adoption - Leader/Platform | Online Class | 0.25 | 0.25 | Completed | 3/22/2017 | Select | 0.25 | SELF-0056039 | No |
| LGBTQ+ Pride: Ally 101 | Event | 1 | 1 | Completed | 3/28/2017 | Select | 1 | VILT-0045391 | No |
| Regulatory Knowledge Reinforcement | Online Class | 0.25 | 0.25 | Completed | 3/13/2017 | Select | 0.25 | SELF-0055874 | No |
| Need to Know - 02.14.17 | Online Class | 0.25 | 0.25 | Completed | 2/15/2017 | Select | 0.25 | SELF-0056022 | No |
| Proficiency Check Retirement Season | Online Class | 0.25 | 0.25 | Completed | 2/28/2017 | Select | 0.25 | SELF-0051214 | No |
| Need to Know - 02.07.17 | Online Class | 0.25 | 0.25 | Completed | 2/11/2017 | Select | 0.25 | SELF-0055731 | No |
| Offsite Event Training | Online Class | 0.25 | 0.25 | Completed | 2/28/2017 | Select | 0.25 | SELF-0055516 | No |
| 2017 Financial Crimes Compliance for Financial Centers | Online Class | 0.5 | 0.5 | Completed | 3/29/2017 | Select | 0.5 | WBT-0055536 | Yes |
| 2017 Anti Bribery Anti Corruption Consumer | Online Class | 0.5 | 0.5 | Completed | 3/28/2017 | Select | 0.5 | WBT-0055617 | Yes |
| Need to Know 013117 | Online Class | 0.2 | 0.2 | Completed | 2/11/2017 | Select | 0.2 | SELF-0055652 | No |
| Business Advantage Auto Loans for Financial Center | Online Class | 0.5 | 0.5 | Completed | 2/15/2017 | Select | 0.5 | WBT-0053921 | No |
| Deposit Refund Decision and Waiver Decision Tool Training | Online Class | 0.5 | 0.5 | Completed | 2/28/2017 | Select | 0.5 | SELF-0054942 | No |
| Proficiency Check Client Authentication and Servicing Over the Phone | Online Class | 0.2 | 0.2 | Completed | 2/11/2017 | Select | 0.2 | WBT-0055605 | No |
| Need to Know - 01.24.17 | Online Class | 0.25 | 0.25 | Completed | 1/27/2017 | Select | 0.25 | SELF-0055736 | No |
| Meeting Client Needs During Retirement Season | Online Class | 0.25 | 0.25 | Completed | 1/27/2017 | Select | 0.25 | SELF-0055452 | No |
| 2017 Global Privacy Awareness and Personal Information Training | Curriculum | 0.75 | 0 | Completed | 3/13/2017 | Select | | CURR_AP_0015209 | Select |
| 2017 Enterprise Code of Conduct | Online Class | 1 | 1 | Completed | 1/27/2017 | Select | 1 | WBT-0055086 | Yes |
| 2017 Time Tracking Compliance | Online Class | 0.5 | 0.5 | Completed | 3/13/2017 | Select | 0.5 | WBT-0054462 | Yes |
| Need to Know - 01.10.17 | Online Class | 0.5 | 0.5 | Completed | 1/20/2017 | Select | 0.5 | SELF-0055646 | No |
| 2017 FCC Incentive Plan | Online Class | 0.25 | 0.25 | Completed | 12/19/2016 | Select | 15 | Self-0050781 | No |
| Help Your Clients Manage Their Financial Lives with New Digital Banking Features | Online Class | 0.25 | 0.25 | Completed | 12/21/2016 | Select | 15 | SELF-0055303 | No |
| Proficiency Check Debit Card Issuance and Replacement | Online Class | 0.25 | 0.25 | Completed | 12/15/2016 | Select | 0.25 | SELF-0055293 | No |
| Regulatory Knowledge Proficiency Check Servicemember Civil Relief Act SCR Leader Seller | Online Class | 0.25 | 0.25 | Completed | 12/15/2016 | Select | 15 | SELF-0049933 | No |
| Need to Know - 12.13.16 | Online Class | 0.25 | 0.25 | Completed | 12/15/2016 | Select | 0.25 | SELF-0054819 | No |
| Need to Know - 12.07.16 | Online Class | 0.25 | 0.25 | Completed | 12/15/2016 | Select | 0.25 | SELF-0054818 | No |
| Workday: U.S. Time tracking for managers | Online Class | 0.75 | 0.75 | Completed | 12/15/2016 | Select | 45 | WBT-0054342 | No |
| Need to Know - 11.15.16 | Online Class | 0.25 | 0.25 | Completed | 12/5/2016 | Select | | SELF-0054671 | No |
| Need to Know - 11.08.16 | Online Class | 0.25 | 0.25 | Completed | 11/29/2016 | Select | 0.25 | SELF-0054824 | No |
| Meeting Small Business Needs with Convenient Banking Options | Online Class | 0.25 | 0.25 | Completed | 12/10/2016 | Select | | SELF-0054833 | No |
| Safety and Injury Prevention | Online Class | 0.5 | 0.5 | Completed | 12/5/2016 | Select | 30 | WBT-0054778 | No |
| Proficiency Check Convenient Banking Adoption | Online Class | 0.25 | 0.25 | Completed | 12/5/2016 | Select | 0.25 | SELF-0054796 | No |
| Regulatory Knowledge - Americans with Disabilities Act (ADA) Reinforcement | Online Class | 0.25 | 0.25 | Completed | 12/5/2016 | Select | | SELF-0055049 | No |
| MyKeys Update - Integrating ATM and ATA keys into myKeys | Adobe PDF | 0.25 | 0.25 | Completed | 12/5/2016 | Select | 0.25 | SELF-0054831 | No |
| Need to Know - 11.01.16 | Adobe PDF | 0.25 | 0.25 | Completed | 11/29/2016 | Select | 0.25 | SELF-0054817 | No |
| Consumer Credit Card Application Simulation for Financial Centers | Online Class | 0.25 | 0.25 | Completed | 12/5/2016 | Select | 0.25 | SELF-0054795 | No |
| Spanish Education for Financial Centers | Curriculum | 0.25 | 0 | Completed | 12/5/2016 | Select | | WBT-0043914 | Select |
| Financial Center - Bandit Barrier Security Equipment - Quarter 4 - 2016 | Curriculum | 0.25 | N/A | Completed | 12/4/2016 | Select | | SELF-0054837 | Select |
| Need to Know - 10.25.16 | Adobe PDF | 0.25 | 0.25 | Completed | 10/31/2016 | Select | 0.25 | SELF-0054650 | No |
| Need to Know: Timekeeping is your Responsibility Acknowledgement | Online Class | 0.25 | 0.25 | Completed | 11/4/2016 | Select | 0.25 | SELF-0054641 | No |
| Proficiency Check Client Authentication Reconciliation Process | Online Class | 0.25 | 0.25 | Completed | 11/28/2016 | Select | 0.25 | SELF-0054614 | No |
| November System Enhancements | Adobe PDF | 0.25 | 0.25 | Completed | 12/5/2016 | Select | 0.25 | SELF-0054806 | No |

| Name | Type | | | Status | Date | | | Code | |
|---|---|---|---|---|---|---|---|---|---|
| Need to Know - 10.18.16 | Document | 0.25 | 0.25 | Completed | 10/31/2016 | Select | 0.25 | SELF-0054670 | No |
| Proficiency Check-Deceased Customer Notification - Document Submission | Online Class | 0.25 | 0.25 | Completed | 11/29/2016 | Select | 0.25 | SELF-0054669 | No |
| Consumer Credit Card Application System Training | Online Class | 1 | 1 | Completed | 11/29/2016 | Select | 1 | WBT-0052998 | No |
| Bank of America Notary Overview Training 2016 | Online Class | 0.5 | 0.5 | Completed | 11/29/2016 | Select | 0.5 | WBT-0051821 | Yes |
| November Technology Release Training - Economic Sanctions and AML Updates | Adobe PDF | 0.25 | 0.25 | Completed | 11/4/2016 | Select | 0.25 | SELF-0054464 | No |
| Need to Know - 10.04.16 | Adobe PDF | 0.25 | 0.25 | Completed | 10/5/2016 | Select | 0.25 | SELF-0054608 | No |
| Need to Know - 09.27.16 | Adobe PDF | 0.25 | 0.25 | Completed | 10/5/2016 | Select | 0.25 | SELF-0054470 | No |
| Regulatory Reinforcement- Anti-money laundering compliance | Adobe PDF | 0.25 | 0.25 | Completed | 10/5/2016 | Select | 0.25 | SELF-0054390 | No |
| Proficiency Check End of Day Balancing | Online Class | 0.25 | 0.25 | Completed | 10/5/2016 | Select | 0.25 | SELF-0050103 | No |
| Declining Non-Relationship Customer Cash Advances for Credit Cards | Adobe PDF | 0.25 | 0.25 | Completed | 10/5/2016 | Select | 0.25 | SELF-0054324 | No |
| Need to Know - 09.20.16 | Adobe PDF | 0.25 | 0.25 | Completed | 9/22/2016 | Select | 0.25 | SELF-0054328 | No |
| Proficiency Check Client Intercepts | Online Class | 0.25 | 0.25 | Completed | 9/22/2016 | Select | 0.25 | SELF-0054226 | No |
| Small Business Enhancements | Document | 0.25 | 0.25 | Completed | 10/5/2016 | Select | 0.25 | SELF-0054205 | No |
| Driving Convenient Banking Adoption | Adobe PDF | 0.25 | 0.25 | Completed | 10/5/2016 | Select | 0.25 | SELF-0054255 | No |
| Outbound Calling Compliance 2016 | Online Class | 0.5 | 0.5 | Completed | 10/5/2016 | Select | 0.5 | WBT-0054087 | No |
| Need to Know - 09.13.16 | Adobe PDF | 0.25 | 0.25 | Completed | 9/15/2016 | Select | 0.25 | SELF-0054331 | No |
| Medallion Signature Guarantee Expansion | Adobe PDF | 0.25 | 0.25 | Completed | 9/22/2016 | Select | 0.25 | SELF-0054391 | No |
| FCM/FCOM Action Planning Application Session | Online Class | 0.25 | 0.25 | Completed | 9/24/2016 | Select | 0.25 | SELF-0053961 | No |
| 2016 Regulation R and Investment Referrals | Online Class | 0.25 | 0.25 | Completed | 10/5/2016 | Select | 0.25 | WBT-0052436 | Yes |
| 2016 Fair Lending | Online Class | 1 | 1 | Completed | 10/5/2016 | Select | 1 | WBT-0052902 | Yes |
| Managing Labor Relations | Online Class | 0.5 | 0.5 | Completed | 9/22/2016 | Select | 0.5 | WBT-0034526 | No |
| Need to Know - 08.30.16 | Document | 0.25 | 0.25 | Completed | 8/30/2016 | Select | 0.25 | SELF-0054000 | No |
| Foreign Drafts | Online Class | 0.75 | 0.75 | Completed | 8/26/2016 | Select | 0.75 | WBT-0039111 | No |
| Bank Funds Transfer - Foreign Currency Transactions | Online Class | 1 | 1 | Completed | 8/26/2016 | Select | 1 | WBT-0010126 | No |
| Need to Know - 08.23.16 | Document | 0.25 | 0.25 | Completed | 8/23/2016 | Select | 0.25 | SELF-0054057 | No |
| Proficiency Check Pipeline Management in Client Management Center (CMC) | Online Class | 0 | 0.25 | Completed | 9/22/2016 | Select | 0.25 | SELF-0053893 | No |
| Digital Expertise Part 3 | Adobe PDF | 0.25 | 0.25 | Completed | 9/15/2016 | Select | 0.25 | SELF-0053822 | No |
| Need to Know - 08.16.16 | Document | 0.42 | 0.42 | Completed | 8/17/2016 | Select | 0.42 | SELF-0054047 | No |
| Effective Action Planning for FCM/FCOM's | Online Class | 0 | 1 | Completed | 8/22/2016 | Select | 1 | WBT-0053744 | No |
| Need to Know - 08.09.16 | Document | 0.25 | 0.25 | Completed | 8/11/2016 | Select | 0.25 | SELF-0053944 | No |
| FCM Job Shadow Acknowledgement v1.1 | Online Class | 0 | 0 | Completed | 8/17/2016 | Select | | SELF-0053766 | No |
| Need to Know - 08.02.16 | Document | 0.25 | 0.25 | Completed | 8/10/2016 | Select | 0.25 | SELF-0053937 | No |
| 2016 Preventing Workplace Harassment - Manager Standard Version | Online Class | 0.25 | 0.25 | Completed | 9/22/2016 | Select | 0.25 | WBT-0050060 | Yes |
| Proficiency Check Assessment_NRA Foreign Citizenship ID | Online Class | 0 | 0.25 | Completed | 8/10/2016 | Select | 0.25 | SELF-0053655 | No |
| 2016 Americans with Disabilities Act (ADA) | Online Class | 0.5 | 0.5 | Completed | 9/15/2016 | Select | 0.5 | WBT-0053329 | Yes |
| 2016 Unfair, Deceptive, or Abusive Acts or Practices (UDAAP) | Online Class | 0.5 | 0.5 | Completed | 9/22/2016 | Select | 0.5 | WBT-0053357 | Yes |
| 2016 Retail Sale of Non - Deposit Investment Products (RSNIP) | Online Class | 0.25 | 0.25 | Completed | 9/22/2016 | Select | 0.25 | WBT-0052905 | Yes |
| Financial Center - Bandit Barrier Security Equipment - Quarter 3 - 2016 | Curriculum | 0.25 | N/A | Completed | 8/26/2016 | Select | | SELF-0053945 | Select |
| Need to Know - 07.26.16 | Document | 0.25 | 0.25 | Completed | 8/10/2016 | Select | 0.25 | SELF-0053537 | No |
| Proficiency Check BankAmericard Cash Rewards? Enhancements | Online Class | 0 | 0 | Completed | 8/10/2016 | Select | | SELF-0053606 | No |
| Client Authentication | Online Class | 0.5 | 0.5 | Completed | 8/10/2016 | Select | 0.5 | WBT-0053454 | No |
| August System Enhancements | Adobe PDF | 0.25 | 0.25 | Completed | 7/27/2016 | Select | 0.25 | SELF-0053684 | No |
| Need to Know - 07.19.16 | Document | 0.25 | 0.25 | Completed | 7/27/2016 | Select | 0.25 | SELF-0053535 | No |
| ADP® Payroll and Viewpost® Payments and Invoicing Introduction | Adobe PDF | 0.25 | 0.25 | Completed | 8/10/2016 | Select | 0.25 | SELF-0053501 | No |
| ATM Client Engagement | Adobe PDF | 0.25 | 0.25 | Completed | 8/10/2016 | Select | 0.25 | SELF-0053508 | No |
| Need to Know - 07.12.16 | Online Class | 0 | 0.25 | Completed | 7/27/2016 | Select | 0.25 | SELF-0053345 | No |
| If you don't know refer to PRO | Adobe PDF | 0.25 | 0.25 | Completed | 8/10/2016 | Select | 0.25 | SELF-0053378 | No |
| Proficiency Check ATM Audio Jack | Online Class | 0.25 | 0.25 | Completed | 7/11/2016 | Select | 0.25 | SELF-0052856 | No |
| 2016 Compliance in Credit Card Accounts and Auto Loans for Financial Center Sales Associates | Online Class | 0.75 | 0.75 | Completed | 8/23/2016 | Select | 0.75 | WBT-0052578 | Yes |
| Proficiency Check Customer Indicators | Online Class | 0.25 | 0.25 | Completed | 7/11/2016 | Select | 0.25 | SELF-0049017 | No |
| 2016 Compliance in Deposit Accounts for Financial Center Sales Associates | Online Class | 0.75 | 0.75 | Completed | 8/17/2016 | Select | 0.75 | WBT-0052588 | Yes |
| 2016 Complaints Overview | Online Class | 0.5 | 0.5 | Completed | 8/17/2016 | Select | 0.5 | WBT-0040642 | Yes |
| 2016 MyMobility Device Training | Online Class | 0.5 | 0.5 | Completed | 8/17/2016 | Select | 0.5 | WBT-0051441 | Yes |
| 2016 Reporting Suspected Abuse of Elders and Other At Risk Persons for Financial Centers | Curriculum | 0.25 | 0 | Completed | 8/22/2016 | Select | | SELF-0053082 | Select |
| Need to Know - 06.28.16 | Document | 0.25 | 0.25 | Completed | 7/6/2016 | Select | 0.25 | SELF-0053343 | No |
| Proficiency Check Account Maintenance Forms | Online Class | 0.25 | 0.25 | Completed | 7/6/2016 | Select | 0.25 | SELF-0053355 | No |
| Digital Expertise Part 2 | Adobe PDF | 0.25 | 0.25 | Completed | 7/11/2016 | Select | 0.25 | SELF-0053093 | No |
| Need to Know - 06.21.16 | Document | 0.25 | 0.25 | Completed | 7/1/2016 | Select | 0.25 | SELF-0053267 | No |
| 2016 Proficiency Check Information Protection | Online Class | 0.25 | 0.25 | Completed | 7/6/2016 | Select | 0.25 | SELF-0053154 | No |
| Manager Employee Relations Essentials | Curriculum | 0.75 | 0 | Completed | 12/3/2016 | Select | | CURR_0003249 | Select |
| 2016 Telemarketing & Privacy Regulations | Online Class | 0.5 | 0.5 | Completed | 9/11/2016 | Select | 0.5 | WBT-0051780 | Yes |
| Financial Center Workplace Violence Prevention 2016 | Online Class | 0.5 | 0.5 | Completed | 8/10/2016 | Select | 0.5 | WBT-0052938 | No |
| Client Management Center (CMC) Coaching Session | Session | 1 | 0 | Completed | 6/15/2016 | Select | | | Select |
| Client Management Center (CMC) Coaching Session | Event | 1 | 1 | Completed | 6/15/2016 | Select | 1 | VILT-0052931 | No |
| Regulatory Knowledge: Vehicle Lending Reinforcement | Adobe PDF | 0.25 | 0.25 | Completed | 6/15/2016 | Select | 0.25 | SELF-0053250 | No |
| 2016 Risk Framework and Risk Appetite Training | Online Class | 1 | 1 | Completed | 6/8/2016 | Select | 1 | WBT-0051267 | Yes |

| Proficiency Check Account Closure | Online Class | 0.25 | 0.25 | Completed | 6/8/2016 | Select | 0.25 | SELF-0052885 | No |
|---|---|---|---|---|---|---|---|---|---|
| Proficiency Check Unsecured Line of Credit | Online Class | 0.25 | 0.25 | Completed | 6/8/2016 | Select | 0.25 | SELF-0052886 | No |
| Financial Center Emergency Preparedness 2016 | Online Class | 0.5 | 0.5 | Completed | 5/12/2016 | Select | 0.5 | WBT-0052249 | No |
| Banking Center Remote Capture (BCRC) Processes and Tasks | Online Class | 1 | 1 | Completed | 5/11/2016 | Select | 1 | WBT-0034045 | No |
| Proficiency Check Relationship Calling TCPA Requirements | Online Class | 0.25 | 0.25 | Completed | 5/10/2016 | Select | 0.25 | SELF-0052406 | No |
| Regulatory Knowledge Proficiency Check Privacy Choice Opt Out Requests | Online Class | 0.25 | 0.25 | Completed | 5/6/2016 | Select | 0.25 | SELF-0050671 | No |
| Understanding MORS | Adobe PDF | 0.25 | 0.25 | Completed | 5/10/2016 | Select | 0.25 | SELF-0052481 | No |
| Proficiency Check Refund Decision Tool - Deposit Fee Refunds | Online Class | 0.25 | 0.25 | Completed | 4/29/2016 | Select | 0.25 | SELF-0052322 | No |
| May System Enhancements | Online Class | 0 | 0.5 | Completed | 5/10/2016 | Select | 0.5 | SELF-0052496 | No |
| Financial Center Loss Prevention | Online Class | 0.5 | 0.5 | Completed | 5/10/2016 | Select | 0.5 | WBT-0051841 | No |
| 2016 Servicemembers Civil Relief Act (SCRA) Enterprise Awareness - Leadership & Referral | Online Class | 0.5 | 0.5 | Completed | 4/18/2016 | Select | 0.5 | WBT-0049664 | Yes |
| Regulatory Knowledge Proficiency Check Community Reinvestment Act (CRA) | Online Class | 0.25 | 0.25 | Completed | 4/18/2016 | Select | 0.25 | SELF-0052320 | No |
| 2016 Code of Conduct | Online Class | 1 | 1 | Completed | 4/18/2016 | Select | 1 | WBT-0050279 | Yes |
| Financial Center Security and Safety 2016 | Online Class | 0.5 | 0.5 | Completed | 4/18/2016 | Select | 0.5 | WBT-0051349 | No |
| 2016 Timekeeping Compliance | Online Class | 0.5 | 0.5 | Completed | 4/18/2016 | Select | 0.5 | WBT-0049862 | Yes |
| Regulatory Disclosure Requirements Associate Acknowledgement | Online Class | 0.25 | 0.25 | Completed | 4/18/2016 | Select | 0.25 | SELF-0052279 | No |
| Compliance Risk Management (CRM) Program for Front Line Units and Control Functions | Online Class | 0.25 | 0.25 | Completed | 4/12/2016 | Select | 0.25 | WBT-0051082 | No |
| Life Priorities Seasons: Spring is about home | Document | 0.25 | 0.25 | Completed | 4/18/2016 | Select | 0.25 | SELF-0052417 | No |
| FCM Job Shadow Acknowledgement | Online Class | 0.5 | 0.5 | Completed | 4/11/2016 | Select | 0.5 | SELF-0052192 | No |
| Understanding and Explaining Overdraft Settings to Clients | Adobe PDF | 0.25 | 0.25 | Completed | 4/18/2016 | Select | 0.25 | SELF-0048025 | No |
| Proficiency Check Identifying Life Priorities | Online Class | 0.25 | 0.25 | Completed | 4/11/2016 | Select | 0.25 | SELF-0052218 | No |
| Winning With Small Business | Adobe PDF | 0.25 | 0.25 | Completed | 4/18/2016 | Select | 0.25 | SELF-0052308 | No |
| Proficiency Check Regular Savings Account | Online Class | 0.25 | 0.25 | Completed | 4/4/2016 | Select | 0.25 | SELF-0052132 | No |
| 2016 Enterprise Information Protection | Online Class | 1 | 1 | Completed | 3/30/2016 | Select | 1 | WBT-0050439 | Yes |
| 2016 Financial Crimes Compliance_Financial Center | Online Class | 1 | 1 | Completed | 3/30/2016 | Select | 1 | WBT-0050288 | Yes |
| Using ?Special Plays? to Drive Convenient Banking Adoption | Adobe PDF | 0.25 | 0.25 | Completed | 4/6/2016 | Select | 0.25 | SELF-0052021 | No |
| Leveraging CMP to drive a client focused approach: Tips for Success (Prepare Phase) | Audio / Video | 0.25 | 0.25 | Completed | 4/6/2016 | Select | 0.25 | SELF-0052267 | No |
| Proficiency Check Identifying Home Loans Purchase Mortgage | Online Class | 0.25 | 0.25 | Completed | 4/4/2016 | Select | 0.25 | SELF-0052029 | No |
| Proficiency Check MerlinTeller Electronic Transfers | Online Class | 0.25 | 0.25 | Completed | 4/2/2016 | Select | 0.25 | SELF-0052025 | No |
| Proficiency Check Consumer Credit Card - Sales Effectiveness | Online Class | 0.25 | 0.25 | Completed | 4/2/2016 | Select | 0.25 | SELF-0051617 | No |
| Meeting client needs through quality credit card conversations | Audio / Video | 0.25 | 0.25 | Completed | 4/6/2016 | Select | 0.25 | SELF-0052020 | No |
| Savings Withdrawal Limits and Waiver Removal | Online Class | 0 | 0.25 | Completed | 4/4/2016 | Select | 0.25 | SELF-0051765 | No |
| Proficiency Check Quick Business Deposits Processing | Online Class | 0.25 | 0.25 | Completed | 3/22/2016 | Select | 0.25 | SELF-0051770 | No |
| Proficiency Check AntiMoney Laundering Platform | Online Class | 0.25 | 0.25 | Completed | 3/22/2016 | Select | 0.25 | SELF-0051211 | No |
| Proficiency Check Wire Transfers | Online Class | 0.25 | 0.25 | Completed | 3/15/2016 | Select | 0.25 | SELF-0050238 | No |
| Phone Authentication Associate Acknowledgement | Online Class | 0.25 | 0.25 | Completed | 3/7/2016 | Select | 0.25 | SELF-0051942 | No |
| Explore the Value of Mobile Banking | Online Class | 0 | 0.25 | Completed | 3/22/2016 | Select | 0.25 | SELF-0051261 | No |
| Protecting Client Confidential Information Acknowledgment | Online Class | 0.5 | 0.5 | Completed | 3/2/2016 | Select | 0.5 | SELF-0051423_ACK2 | No |
| 2016 Enterprise Privacy and CBDM for Consumer and Enterprise Audience | Online Class | 1 | 1 | Completed | 2/9/2016 | Select | 1 | WBT-0050299 | Yes |
| Safety and Injury Prevention 2015 | Online Class | 0.5 | 0.5 | Completed | 2/9/2016 | Select | 0.5 | WBT-0050880 | No |
| Financial Center - Bandit Barrier Security Equipment - Quarter 1 - 2016 | Curriculum | 0.25 | N/A | Completed | 3/22/2016 | Select | | SELF-0051412 | Select |
| Proficiency Check Privacy Event Identification and Escalation | Online Class | 0.25 | 0.25 | Completed | 2/9/2016 | Select | 0.25 | SELF-0051213 | No |
| February System Enhancements | Online Class | 0 | 0.5 | Completed | 2/9/2016 | Select | 0.5 | SELF-0051226 | No |
| Retirement Solutions Training | Online Class | 0 | 0.25 | Completed | 2/9/2016 | Select | 0.25 | SELF-0051201 | No |
| Business Advantage Credit Line - Financial Center | Online Class | 0.75 | 0.75 | Completed | 2/9/2016 | Select | 0.75 | WBT-0049228 | No |
| Over the Counter Migration Role Plays - Leader Version | Online Class | 0 | 0.25 | Completed | 2/9/2016 | Select | 0.25 | SELF-0051091 | No |
| Utilizing Relationship Emails to Effectively Connect with Clients | Curriculum | 10.25 | N/A | Completed | 2/9/2016 | Select | | SELF-0051204 | Select |
| Proficiency Check Signature and Endorsement Guarantees | Online Class | 0.25 | 0.25 | Completed | 1/22/2016 | Select | 0.25 | SELF-0050904 | No |
| Reg. Knowledge Proficiency Check Retail Sales of Non-Deposit Investment Products (RSNIP) Awareness | Online Class | 0.25 | 0.25 | Completed | 1/22/2016 | Select | 0.25 | SELF-0050876 | No |
| Financial Center - Bandit Barrier Security Equipment - Quarter 4 - 2015 | Online Class | 0 | 0.25 | Completed | 1/12/2016 | Select | 0.25 | SELF-0049886 | No |
| 2015 Fair Lending Training - Test Out | Online Class | 1 | 1 | Completed | 11/25/2015 | Select | 1 | WBT-0046143 | Yes |
| Annual Relationship Calling for New Hires: Regulations and Requirements | Online Class | 0 | 0.5 | Completed | 11/3/2015 | Select | 0.5 | WBT-0050075 | No |
| Modeling the Art of Language and Behavior (Banking Center) | Adobe PDF | 0.25 | 0.25 | Completed | 10/17/2015 | Select | 0.25 | SELF-0042890 | No |
| Getting it Right: Deposit Account Opening Video | Simulation | 0.1 | 0.1 | Completed | 11/3/2015 | Select | 0.1 | SELF-0049806 | No |
| Getting it Right: Credit Card Account Opening | Audio / Video | 0.25 | 0.25 | Completed | 9/17/2015 | Select | 0.25 | SELF-0049307 | No |
| Convenient Banking Options Scavenger Hunt Activity | Adobe PDF | 1.5 | 1.5 | Completed | 10/13/2015 | Select | 1.5 | SELF-0046683 | No |
| Deceased Customer Notification for Financial Centers | Online Class | 0.5 | 0.5 | Completed | 6/15/2015 | Select | 0.5 | WBT-0047923 | No |
| Convenient Banking Foundations | Online Class | 0.5 | 0.5 | Completed | 6/8/2015 | Select | 0.5 | WBT-0035532 | No |
| TEST - ONLY | Document | 1 | 1 | Completed | 7/1/2015 | Select | 1 | TEST-0047667 | No |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mobile First Deposit Demonstration | Adobe PDF | 0.25 | 0.25 | Completed | 4/15/2015 | Select | | 0.25 | SELF-0047770 | No |
| Discover Tool | Simulation | 0.25 | 0.25 | Completed | 3/16/2015 | Select | | 0.25 | SELF-0047350 | No |
| Marketing Application | Online Class | 0.25 | 0.25 | Completed | 3/16/2015 | Select | | 0.25 | WBT-0047036 | No |
| Performance Losses | Online Class | 0.25 | 0.25 | Completed | 11/18/2014 | Select | | 0.25 | SELF-0045201 | No |
| Preferred Rewards - Having the Conversation | Audio / Video | 0.25 | 0.25 | Completed | 10/30/2014 | Select | | 0.25 | SELF-0045390 | No |
| Sales and Service Application - Opportunities and Referrals Scenarios | Online Class | 0.25 | 0.25 | Completed | 10/30/2014 | Select | | 0.25 | WBT-0045729 | No |
| Sales and Service Application Scenarios | Online Class | 0.25 | 0.25 | Completed | 8/5/2014 | Select | | 0.25 | WBT-0044161 | No |
| Bank of America Preferred Rewards Group B | Online Class | 1 | 1 | Completed | 7/14/2014 | Select | | 1 | WBT-0039444 | No |
| Lobby Customer Engagement | Online Class | 0.5 | 0.5 | Completed | 4/30/2014 | Select | | 0.5 | WBT-0042926 | No |
| Interview Expert | Online Class | 2 | 2 | Completed | 8/30/2013 | Select | | 2 | WBT-0040231 | No |
| Financial Center Wire Processing_ASMT | Online Class | 0.25 | 0.25 | Completed | 8/16/2013 | Select | | 0.25 | SELF-0039110_ASMT1 | No |
| International Wire Remittance Transfers Overview - Consumer Banking | Online Class | 0.15 | 0.15 | Completed | 8/14/2013 | Select | | 0.15 | WBT-0039528 | No |
| Appointment Scheduling | Online Class | 1 | 1 | Completed | 1/23/2013 | Select | | 1 | WBT-0034513 | No |
| myTasks - For Leaders | Online Class | 0.25 | 0.25 | Completed | 12/7/2012 | Select | | 0.25 | WBT-0035235 | No |
| myTasks | Online Class | 0.5 | 0.5 | Completed | 12/7/2012 | Select | | 0.5 | WBT-0035209 | No |
| Customer and Account Maintenance - Assessment | Online Class | 0.5 | 0.5 | Completed | 3/1/2012 | Select | | 0.5 | WBT-0004616_ASMT1 | No |
| Interact Consumer Accounts and Services Opening - Assessment | Online Class | 0.75 | 0.75 | Completed | 3/9/2012 | Select | | 0.75 | WBT-0011189_ASMT | No |
| Interact Opportunities Management - Assessment | Online Class | 0.5 | 0.5 | Completed | 3/19/2012 | Select | | 0.5 | WBT-0006298_WBT2 | No |
| Interact Estate and Trust Account Opening | Online Class | 0.75 | 0.75 | Completed | 3/16/2012 | Select | | 0.75 | WBT-0007656 | No |
| Interact 501-WBT-CD-IRA Setup and Maintenance | Online Class | 0.5 | 0.5 | Completed | 3/22/2012 | Select | | 0.5 | WBT-0011305 | No |
| Interact Performance Assessment - Consumer Account Opening | Online Class | 0.25 | 0.25 | Completed | 3/9/2012 | Select | 0 | 0.25 | WBT-0007678_ASMT1 | No |
| Interact CD/IRA Setup and Maintenance - Skill - WBT | Online Class | 0.17 | 0.17 | Completed | 3/22/2012 | Select | | 0.17 | WBT-0003981_WBT1 | No |
| Interact 101 - WBT - Basic Navigation and Account Inquiry | Online Class | 0.75 | 0.75 | Completed | 2/11/2012 | Select | | 0.75 | WBT-0007952 | No |
| Building a Culture of Diversity and Inclusion | Online Class | 1.5 | 1.5 | Completed | 10/31/2011 | Select | | 1.5 | WBT-0026881 | No |
| Timekeeping for Timesheet Approvers | Online Class | 0.5 | 0.5 | Completed | 6/18/2011 | Select | | 0.5 | WBT-0028904 | No |
| Leader Exception | Online Class | 0 | 1 | Completed | 5/9/2011 | Select | | 1 | SELF-0026970 | No |
| California Injury and Illness Prevention Program Web based Training | Online Class | 0 | 0.5 | Completed | 1/2/2011 | Select | 0 | 0.5 | WBT-0013932 | No |
| FCC - Foundational Skills - WBT | Online Class | 1 | 1 | Completed | 7/22/2010 | Select | | 1 | WBT-0010144 | No |
| | | 671.28 | 731.5 | | | | | | | |

> **NOTE TO MANAGERS**
>
> **TEMPLATES SHOULD BE USED ONLY AS A GUIDE. PLEASE TAILOR THE DOCUMENT TO ADDRESS THE SPECIFIC SITUATION AND REMEMBER TO FORWARD SIGNED DOCUMENTS TO CORPORATE PERSONNEL RECORDS AT KY1-500-01-30.**
>
> **NOTE:** All documents submitted to Corporate Personnel Records **must include** a Personnel File Retention Cover Form. You can download the form by going to Payroll Forms under the Support Tab on eWorkplace.



**Written Warning – Failure to Meet Performance Expectations**

This is a written warning to address your failure to meet performance expectations *by* failure to comply with departmental policy / procedures in the position of TOS. Previously you have been counseled verbal on 10/30/2008 for your performance. However, you continue to demonstrate performance problems and have not performed at a level expected to be successful in your job. Your failure to meet expectations is as follows:

On Nov. 29, 2008 Vault door was left open.

* 
* 

You must also comply with all Bank of America policies, procedures, guidelines and conditions of employment, including but not limited to those set forth in the Associate Handbook and Bank of America Corporation Code of Ethics.

You are expected to demonstrate immediate and sustained improvement in the areas specifically addressed concerning your performance, and to comply with the policies, procedures, guidelines and conditions of employment set forth above. Failure to meet expectations may result in further disciplinary action up to and including termination.

*Refused to Sign*                    *witness/* ~~Mary~~    *Darlene Martin*
(Associate Signature)

*12/11/08*
(Date)

**Associate Comments:**

*Roxxand Rendon (Sr. teller) and I deculy remember seting up clocks inside vault door, spining the wheel and ~~toot~~ making sure vault door, stayed locked and close. Corporate security said a person, who found there was a mal-function with the door, for which the door could not be locked ~~a most business days.~~*

June 10, 2009

Dear Diana Lucia Beltran,

Congratulations on the addition to your team!  As the hiring manager of record for a recent
Bank of America new ███████████████ it is your responsibility to ensure that the
associate information, including salary, has been recorded correctly; this is the
information that will be captured in eWorkplace for this new associate.

**Note:** If your new hire is a Merrill Lynch associate, he or she will remain on the Merrill Lynch
payroll system and will require unique processing steps. These steps are described in the *How
Do I* Guide click here.

**ACTION REQUIRED:** Please review the below Hire Details for accuracy and report any
inaccuracies to your Recruiter within 48 hours of receipt of this message.



**Employment Eligibility Verification (I-9):**

- The Immigration Reform and Control Act of 1986 requires companies to validate the
  employment eligibility of associates when they are hired and, in some cases, to re-verify
  their eligibility periodically during their employment.  It is critical that as a manager
  you adhere to the official start date established for your new associate in partnership with
  Staffing.  The Staffing team is responsible for multiple pre-hire processes, including
  having your new associate complete the Employment Eligibility Verification (I-9) form
  PRIOR to his/her start date with Bank of America.  Please ensure your new associate
  receives instructions from Staffing on who will be partnering with them to complete these
  important pre-hire steps.

**Resources to Assist with On-boarding:** This section will provide the high level items that
most new teammates require.  A Security Point of Contact (SPOC) can assist you with
questions regarding system and line of business application access. Click here for more
information and to identify your SPOC.


- **Access Review** - If your new associate is a current Bank of America associate - You
  **must** complete an access review within 30 days of the start date listed above.

- Access Review Tool:  http://accessreview.bankofamerica.com
- Quick Reference Card for Managers completing the Access Review:
  http://discoveryll.il.nbgfn.com/Discovery/livelink/53336085/Managers_Access_func=doc.Fetch&nodeid=53336085','external'

**IMPORTANT**: Before following the below instructions to obtain technology provisions and systems access, read the following important exception:

You may be part of a hierarchy that has been rolled into the new <u>Associate Technology Onboarding Program</u> to assist with centralized technology and systems access for your U.S.-based external new hires, contractors and consultants.  If so, you will receive a follow up e-mail from the Associate Onboarding team within 24-48 hours.  This e-mail will provide alternate instructions for obtaining systems access and technology provision for B3-9 new hires. To determine if you are part of a hierarchy rolled into this process or to view the roll-out schedule, please click <u>here</u>. **If you are within a hierarchy currently participating in this program, you should disregard the below instructions for systems access and technology provisioning and follow the Associate Onboarding e-mail instead.**

**Note:** If you are hiring an external new hire in Band levels 0-2, you will **not** receive an e-mail from the Associate Technology Onboarding team, as this program should follow the below systems access guidelines instead.

..............................................................................................................................................................

- **Person Number/Standard ID (NBK)** – The Person Number and Standard ID (NBK) are automatically generated for a new associate prior to his or her start date once the record is created in eWorkplace, but no sooner than 14 days before the start date.  We have provided the Person Number above for you to begin requesting access.  However, since the Standard ID (NBK) is generated at a later date than the Person Number, there are instructions below on how to obtain the Standard ID (NBK).

- **Standard ID (NBK)** - In order to obtain the Standard ID (NBK), visit the link below and check the box for Standard ID/LANWAN Access.

  - http://winonlinerequestsystem.bankofamerica.com Click on the link for "Enter a New Request
  - Select "New Bank Associate" as the Request Type
  - Click on "Search for Standard ID"

- **Network and Systems Access**: Order **Network, Shared Data Access** from Information Security and application access through designated line of business security point of contact (SPOC).

- **LAN/WAN Access** – Click on the link below and "Enter a New Request":
  http://winonlinerequestsystem.bankofamerica.com

    Select "New Bank Associate" as the Request Type
    Bypass the "Login ID" field unless you have the new

hire's NB ID
- Select LOB Affiliation
- Click on "Next"
- Proceed to update w/ as much information as is known, such as name, mailcode and Co/Cost Center, NB ID

- **Mainframe / Midrange Access Request** - iRequestAccess System

- **Email Account Request** - http://MyDesk.bankofamerica.com

- **Notes:**

  - Technology products & services must be ordered & approved at least 10 days in advance of start date in order to have them available by new hire's "day one".
  - Network Access is a pre-requisite and must be provisioned prior to new hire computer installation.
  - **Service Levels:** WAN Access: 3-5 bus days;  Email: Same day

- **Technology Provisioning-** Order or obtain new hire technology products or services, as applicable.

  - Personal Computer and Software. http://techdirect.bankofamerica.com **Service Level** (post-approval): 5-8 bus days
  - Phone Services. http://techdirect.bankofamerica.com **Service Level** (post-approval): 5-8 bus days
  - Mobile Access & Internet Services. http://remoteaccess.bankofamerica.com (*Note: Must be requested by new associate)
  - Mobility Devices. http://erequest.bankofamerica.com **Service Level** (post-approval): 2-3 bus days
  - Network Services.  http://techdirect.bankofamerica.com **Service Level** (post-approval): 3 bus days
  - Special Services (Conference calling, Audio-conferencing, etc.). http://techdirect.bankofamerica.com **Service Level** (post-approval): 3 bus days

  - Use the My Work Technology Products & Services link for a comprehensive list of tools, products and ordering instructions for My Work Associates.

  - **Notes:**

    - Most Technology Products and Services require New Associate's NBK (Standard Id), Person # and Email Address
    - Blackberry purchase requires Band 3 level manager approval as well as a Corporate Credit Card (requested through eRequest)

· Transfer of equipment may be needed for existing associate transfer: (http://TechDirect.bankofamerica.com)
· Corporate Workplace space assignment and approval is a pre-requisite for technology new hire set-up

- **Timekeeping Training** - Prior to your new associate's start date, please confirm whether he/she is overtime-eligible, by completing the following steps:

  - Click on the following link or copy and paste it into your web browser to access the Job Family Search Tool on Flagscape.

    http://flagscape.bankofamerica.com/portal/site/flagscape/menuitem.5f0519c31 vgnextoid=a984b7ff360c8010VgnVCM200000597ab1abRCRD&mname=flags

  - In the appropriate field, type in the job code (only) for your new associate.
  - Click "Search"
  - The "Job Family Listing" will appear, showing the job code, job title, and band level (ex: H#) associated with the code that you entered. If the job code you entered is overtime-eligible (i.e. Non-exempt), you will see "U.S. Overtime Elig." to the right of the band level. If the job code you entered is not overtime-eligible (i.e. Exempt), you will see a blank space beside the band level.

  **PLEASE NOTE:** If your new associate is overtime eligible, he/she should enroll in and complete "Timekeeping - Time Entry for Overtime Eligible Associates" (ENT 100112) through the Associate Learning Portal. If you are a first-time manager of an overtime-eligible associate, you are required to enroll in and complete "Timekeeping -Approving Timesheets" (ENT100116) through eWorkplace/ Learning Management. More information on the Timekeeping Training as well as links to the courses can be found on Flagscape under the Benefits tab under Timekeeping.

- Compliance Training – Please remind your new hire that he/she will be prompted and required to complete online compliance training for which the completion is reported out to upper management. Please do not defer the training as it is best to complete it as soon as prompted.

- Business Card/Letterhead Order Form – Order stationary items for your new associate, if applicable.
  http://digitalasset.bankofamerica.com/Procurement/dal/dalibrary.nsf/lookupFN/00-19-0203NSBW/$file/00-19-0203NSBW.doc

- Corporate Card Request Form – Request a corporate card account for your new associate, if applicable.
  http://digitalasset.bankofamerica.com/Procurement/dal/dalibrary.nsf/lookupFN/00-19-0617NSBW/$file/00-19-0617NSBW.doc

- If your new hire will not have bank email access, please print and share the U.S. Associate Privacy Policy and related FAQs with him/her for awareness. New hires with email will receive a communication about the U.S. Associate Privacy Policy after they begin work. These documents can be found on Flagscape at the following link: http://flagscape.bankofamerica.com/portal/site/flagscape/menuitem.12631521325b932a5 vgnextoid=31b0e39602818110VgnVCM2000003cccc5abRCRD&mname=flagscape_b01(

Congratulations again on the addition to your team! Your new associate will arrive eager to learn and to be a part of a winning team. You are in the best position to ensure your new team member feels welcome, so take the time to do something special and make their first day with your team a positive one.

As a manager you are key to your associate's success. Your time and commitment to your new teammate will make a difference! Please let me know if I can be of further assistance in helping you make your new associate's transition a smooth one.

Sincerely,

Kesha Alexander

*Replies to this message are undeliverable and will not reach the Staffing Department. Please do not reply.*

**BANK of AMERICA - CONFIDENTIAL**
*Important - this message (including any attachments) is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you should delete this message immediately and you are hereby notified that any review, dissemination, distribution or copying of this message, or the taking of any action based on it is strictly prohibited.*



Congratulations on your new position! This letter will confirm our offer and your acceptance to join our **Sepulveda Devonshire** Team as a **Teller Operations Specialist**, reporting to **Diana Lucia Beltran.** The details of our offer are outlined below.

You will receive an annual base salary of $36,505.00, paid on a bi–weekly basis for hours worked in a two week period in accordance with the Company's normal payroll practices. Your employment will be non–exempt, meaning you will be paid in accordance with applicable law and Company policy for overtime work. Please be aware that all overtime must be pre–approved in accordance with Company timekeeping rules.

Your anticipated start date is July 4, 2009.

In your new role with the Bank, you will still be expected to adhere to all policies and procedures, including but not limited to the Code of Ethics and all confidentiality requirements as a Bank associate. Please be aware that confidential information concerning Bank of America, its products, customers, prospective customers, methods of operation, pricing, suppliers, shareholders, and employees, acquired in the course of your employment, including all financial information and customer lists, is to be used solely for Bank purposes and never to be discussed with or divulged to unauthorized individuals or entities. Your obligation to maintain the confidentiality of such information and to use it only for authorized Bank purposes continues after your employment ends. Similarly, we expect you to honor your former employer's privacy policy as it relates to information, inclusive of customer information obtained in your prior position.

**This letter does not constitute an employment contract, and nothing contained in this letter or in any other communications you have had with Bank of America representatives should be construed in any way as a guarantee of continued employment for any period of time, but rather your employment is on an at–will basis. That is, you or Bank of America may end the employment relationship with or without notice or cause. No officer or representative of Bank of America has any authority to make any agreement, express or implied, which is contrary to the foregoing.**

Should you need additional information regarding benefits or other associate programs, feel free to contact the Personnel Center at 1.800.556.6044 (TDD 1.800.930.8044).

We wish you the best in the transition to your new role and your ongoing career with Bank of America. If you have any questions or if there is any way I can help you further, please do not hesitate to call.

Sincerely,

Kesba Alexander
AVP
818–849–5347

Please sign the enclosed copy of this letter and return to my attention:

Michelle Valdez
CA9–705–04–64



Date

EXHIBIT 47

**ARC™**

ARC Document Solutions, LLC
345 Clinton St.
Costa Mesa, CA 92626

Federal Tax ID: 74-6036592

# Cashier
**Receipt#    942161**

| CASH# | TY | DATE | CUST# | CUSTOMER | CHECK# | CASH AMT | LI# | INVOICE# | PAY AMT | DISC AMT | CD | APPLY AMT |
|-------|----|----|----|----|----|----|----|----|----|----|----|----|
| 942161 | P | 07-14-26 | 20 | CASH - RIVERSIDE | DISC-2494 | 311.21 | 1 | 13160375 | 311.21 | | | 311.21 |
| | | | | Cashier Totals | | 311.21 | | | 311.21 | 0.00 | | 311.21 |

Effective April 01, 2025, we will impose a surcharge of 3% on this transaction if you pay with a credit card. We do accept Visa, MasterCard, Discover and American Express card brands. Please note the 3% surcharge is not greater than our cost of credit card acceptance that we pay to the card brands. We accept debit cards, checks,and ACH payments without any surcharges.

# ARC

**ARC Document Solutions, LLC**
345 Clinton St.
Costa Mesa, CA 92626
Federal Tax ID: 74-6036592

# COD

| | |
|---|---|
| INVOICE NO. | 13160375 |
| INVOICE DATE | 07/14/26 |
| WORK ORDER# | 26206551 |

**SOLD TO:**
Cust# 20
CASH - RIVERSIDE
2222 Kansas St., Suite L
RIVERSIDE, CA 92507

**SHIP TO:**
ATTN: Judge Jesus G. Bernal
US District Court
3470 12th Street
Riverside, CA 92501

JOB DUE:  07/14/26 at 12:00PM          Our Vehicle

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| Luna D'Sol / MeaLuna LLC/CASH - RI | 213-925-4069 | | HOUSE - OC |

| JOB# | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|
| | Exhibit Prints | | Christopher Diaz | 210020 |

| OP CODE | DESCRIPTION | NO. OF ORIGINALS | COPIES | SIZE | TOTAL UNITS | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8522 | Set Up | 1 | 1 | | 1 | EA | | 4.95 |
| 1921 | File Processing Small Format | 377 | 1 | | 377 | EA | | 37.70 |
| 1933 | Tab Prep | 1 | 1 | | 1 | EA | | 8.00 |
| 1963.03 | Typesetting | 11 | 1 | | 11 | EA | | 181.94 |
| 1931 | Tabs Unlaminated | 55 | 1 | | 55 | EA | | 33.00 |
| 1900 | BW Copies 8.5X11 | 377 | 1 | 8.5x11 | 377 | EA | | 49.01 |
| 1929 | Page Insert | 55 | 1 | | 55 | EA | | 6.60 |
| 1936 | 3 Hole Drill | 432 | 1 | | 432 | EA | | 5.62 |
| 1958.04 | Binder 3" | 1 | 1 | | 1 | EA | | 20.22 |

**All items left more than 30 days
after the due date will be recycled.**

Effective April 01, 2025, we will impose a surcharge of 3% on this transaction if you pay with a credit card. We do accept Visa, MasterCard, Discover and American Express card brands. Please note the 3% surcharge is not greater than our cost of credit card acceptance that we pay to the card brands. We accept debit cards, checks,and ACH payments without any surcharges.

**For Billing Inquiries, please contact your local branch at 951-686-0530**
**For Account Inquiries and Payment Information, please call Annette Conzo at 626-541-9967**

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 347.04 | -60.87 | 25.04 | 311.21 | 311.21 | 0.00 |

Invoices undisputed for 45 days are final.

**TERMS:**   C. O. D.
Remit To:  ARC Document Solutions, LLC PO Box 511580 Los Angeles, CA 90051-8135
AC

5990246

**From: CARI.Branch (Riverside, CA Production)** riverside.digiprint@e-arc.com 📎
**Subject:** Re: Print order by [jravada@icloud.com] [Order ID: 26206551]
**Date:** July 14, 2026 at 14:14
**To:** Luna D'Sol jravada@icloud.com

This order was delivered to the Riverside Courthouse at 11:34am and left in the Judges mailbox ( White Binder )

Attached is the paid invoice and the delivery picture.

Thank you!

-Chris

ARC Document Solutions
O (951) 686-0530 I riverside@e-arc.com
2222 Kansas Avenue Suite L, Riverside, CA 92507
e-arc.com I riotcolor.com
**MBE Company-Nationally certified**

Leave us a Google Review



NOTICE: This e-mail and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or disseminate it.  Please immediately notify us by return e-mail and de

---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Tuesday, July 14, 2026 2:03 PM
**To:** CARI.Branch (Riverside, CA Production) <riverside.digiprint@e-arc.com>
**Subject:** Re: Print order by [jravada@icloud.com] [Order ID: 26206551]

**Caution:** **External Email - When in Doubt DON'T CLICK**

Thank you, accepted.

Please make sure this includes its delivery to the court house, hopefully with a tracking number

On Jul 14, 2026, at 14:00, CARI.Branch (Riverside, CA Production) <riverside.digiprint@e-arc.com> wrote:

Hello Luna, see the attached invoice for your order today.

I will send you a paid invoice here in a few minutes.

-Chris

ARC Document Solutions
O (951) 686-0530 I riverside@e-arc.com
2222 Kansas Avenue Suite L, Riverside, CA 92507
e-arc.com I riotcolor.com
**MBE Company-Nationally certified**

Leave us a Google Review

<image.png>

NOTICE: This e-mail and any attachment contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, print, copy, use or dissemin
Please immediately notify us by return e-mail and delete it.

---

**From:** noreply@e-arc.com <noreply@e-arc.com>
Sent: Monday, July 13, 2026 6:01 PM

Sent: Monday, July 13, 2026 6.01 PM

To: CARI.Branch (Riverside, CA Production) <riverside.digiprint@e-arc.com>

Subject: Print order by [jravada@icloud.com] [Order ID: 26206551]

**Caution:** External Email - When in Doubt DON'T CLICK



Hello ARC - Riverside ,

Luna D'Sol has sent a print order #(26206551)

**Source:** ARC
**Delivery option:** Delivery

**Branch details:**                    **Sender details:**

**ARC - Riverside**

Name:        **Luna D'Sol**
Company:     **MeaLuna LLC**
Phone:       **2139254069**
Email:       **jravada@icloud.com**

**Delivery address:**

3470 Twelfth Street, Riverside, California, Riverside, 92501

**Print instructions:**

Due date: 14 Jul 2026, 11:00

Details : Please combine all uploaded PDFs into one coil-bound volume in the uploaded order. Print single-sided on 20# white paper. Insert tab dividers labeled: * Notice of Motion * Memorandum of Points and Authorities * Declaration of Luna D'Sol * Request for Judicial Notice * Objection to Notice of Removal * Notice of Lodging * Opposition to Notice of Related Cases * Proposed Order Within the Declaration and Request for Judicial Notice, keep each exhibit in its existing order and do not separate exhibits from their parent document. Please insert exhibit tabs for each exhibit within the Declaration and Request for Judicial Notice (e.g., Exhibit 1, Exhibit 2... and RJN Exhibit 1, RJN Exhibit 2...). This need to be addressed to Attn: Judge Jesus G. Bernal – Chambers Copy United States District Court George E. Brown, Jr. Federal Building and U.S. Courthouse

**Job details:**

Job name: N/A
Job number: N/A

**Print specifications:**

Type of print: for a b&w print order
Size of print: 8.5 x 11
Paper type: 20# Paper(Documents)
Binding: Coil binding for documents
No of sets: 1

**Files:**

| S.No | File name | File size | File status |
|------|-----------|-----------|-------------|
| 1 | 2 Opposition to Related Cases.pdf | 86 KB | Uploaded |
| 2 | 1 Objections to Notice of Removal.pdf | 257 KB | Uploaded |
| 3 | 1 RJN.pdf | 10.4 MB | Uploaded |
| 4 | 1 Memorandum.pdf | 426 KB | Uploaded |
| 5 | 1. Notice of Lodging.pdf | 140 KB | Uploaded |
| 6 | 1 Proposed Order.pdf | 98 KB | Uploaded |
| 7 | 1 Declaration Motion.pdf | 39.0 MB | Uploaded |



Copyright © 2026 ARC Document Solutions, LLC All rights reserved.

Privacy policy and Terms of use

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.



EXHIBIT 48



5341 Old Redwood Highway Suite 310
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 85-4343705

## Credit Card Sale

| Date | 7/20/2026 |
|---|---|
| Customer | 0192731 |
| Credit Sale | 08617455 |
| Amount Due | $0.00 |

**Bill To**

Luna DSol
2275 E Belding Dr
Palm Springs CA 92262

| | |
|---|---|
| One Legal Order Number | 28787618 |
| Contact | Luna D'Sol |
| Billing Code | 92262 |
| Case Title | LUNA D'SOL vs BANK OF AMERICA CORPORATION, ET AL. |
| Case Number | 5:26-CV-03535-JGB |
| Court | United States Bankruptcy Court, Central District of California |
| Documents | Other,Ex-Parte Application |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| CCD - Page Charge: 250-499 Pages | $50.00 |
| CCD - Urgent Courtesy Copy, Zone 1 | $155.00 |
| Convenience Fee‡ | $7.18 |
| **SUBTOTAL** | **$212.18** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $212.18 |
| Sales Tax | $0.00 |
| **TOTAL CHARGED** | **$212.18** |

Past due balance may be charged a late payment fee and/or a late charge of up to 1.5% per month (18% per annum).
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

# EXHIBIT 49

**From: Employee Communications** employee.communications@bofa.com
**Subject:** Automatic reply: Hi
**Date:** July 6, 2026 at 02:14
**To:** Luna D'Sol jravada@icloud.com



*Thank you for contacting the Employee Communications service mailbox. We will work as quickly as possible to respond to your inquiry. Most requests will receive a response within 1-2 business days, excluding weekends/holidays.*

EXHIBIT 50

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:<42984895@cacd.uscourts.gov>
Subject:Activity in Case 5:26-cv-03535-JGB-SP Luna D'Sol v. Bank of America, N.A. et al Answer
to Complaint (Discovery)
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 7/2/2026 at 8:20 AM PDT and filed on 6/25/2026

**Case Name:**        Luna D'Sol v. Bank of America, N.A. et al
**Case Number:**     5:26-cv-03535-JGB-SP
**Filer:**                 Peter C. Maxim
**Document Number:** No document attached

**Docket Text:**
**CONFORMED E-FILED COPY OF ANSWER TO COMPLAINT filed by Defendant Peter C. Maxim. (FILED IN STATE COURT ON 6/3/2026 SUBMITTED ATTACHED TO NOTICE OF REMOVAL [1] ). (et)**

**5:26-cv-03535-JGB-SP Notice has been electronically mailed to:**

Karen Y Cho     karen.cho@morganlewis.com, victoria.setio@morganlewis.com

Nicole L Antonopoulos     nicole.antonopoulos@morganlewis.com, robin.onaka@morganlewis.com

**5:26-cv-03535-JGB-SP Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Luna D Sol
2275 E Belding Dr
Palm Springs, CA 92262