# EXHIBIT 50



# The Work Number®
## Employment Data Report

02/06/2026

Dear Julio,

Your Employment Data Report includes all employment and income data in your file and a list of all verifiers who have requested your data in the past 36 months. An important document titled "A Summary of Your Rights Under the Fair Credit Reporting Act" is included below. Great care has been taken to report this information correctly. If you would like to dispute your data, please visit https://theworknumber.com/solutions/consumers/employee-data-dispute.

The information provided in this document is an unofficial report, intended for personal use by the employee-recipient only. Using this document for consumer verification purposes is not an authorized use of this document and does not meet industry verification standards. If someone is asking you to provide verification of employment or income, please direct them to www.theworknumber.com. If you need further assistance or wish to dispute any information in your Employment Data Report, please contact our Client Service Center at 866-222-5880 Monday through Friday 8am-7pm CT or go to https://theworknumber.com/solutions/consumers/employee-data-dispute. Please reference case number 968052107024. If you wish, you may also contact your employer(s) at the address indicated in each employment record. Certain fields within The Work Number verifications may be unavailable if the employer did not report the information; if the information provided by the employer was determined to be inaccurate, incomplete or unverifiable; or if applicable laws or regulations prevent the disclosure of the information.

Sincerely,
The Work Number Service Team

Attachment
MM, MS

968052107024                                                                Page 1 of 17

**Verifiers who have procured or attempted to procure your data in the past 36 months**

| | |
|---|---|
| Date of Request: | 06/13/2025 |
| Organization Name | PNC Bank, National Association |

| | |
|---|---|
| Date of Request: | 12/18/2024 |
| Organization Name | PNC Bank, National Association |

| | |
|---|---|
| Date of Request: | 03/10/2023 |
| Organization Name | Oportun, Inc - TWN SELECT |

# List of Employers

Additional information for each employer is included below.

| Bank of America Corporation | Section 1 |
|---|---|

| | |
|---|---|
| **Employment Status:** | Separated |
| **Original Hire Date:** | 03/31/2006 |
| **Date of Termination:** | 06/20/2025 |

Unofficial Report Employee Personal Use Only.

**Section 1**

**Employer Information for Bank of America Corporation**

## 👤 Employee Information

| | |
|---|---|
| **Employee Name** | ▮ |
| **Date of Birth** | |
| **SSN** | ▮ |
| **Employee Address** | 2275 E Belding Dr , Palm Springs , CA , 92262 |
| **Employee Phone Number** | |

## 💼 Employer Information

| | |
|---|---|
| **Employer Name** | Bank of America Corporation |
| **Employment Status** | Separated |
| **Information Current as of** | 07/15/2025 |
| **Employer Code** | 10375 |
| **Employer Address** | 100 N. Tryon St. , 18th Floor , Charlotte , NC , 28202 |
| **Job Title** | Testing Specialist I |
| **Total Time with Employer** | |
| **FEIN** | 941687665 |
| **Division** | CA0151 |
| **Work Location (Job Site)** | |
| **Union Affiliation** | |
| **Rate of Pay** | $▮ |

Unofficial Report Employee Personal Use Only.

| Average Hours per Pay Period | |
| --- | --- |
| Original Hire Date | 03/31/2006 |
| Most Recent Start Date | 03/31/2006 |
| Date of Termination | 06/20/2025 |
| Reason for Termination | |

## Yearly Income Summary



| | 2025 | 2024 | 2023 | 2022 |
| --- | --- | --- | --- | --- |
| Base Pay | | | | |
| Overtime | | | | |
| Commission | | | | |
| Bonuses | | | | |
| Other | | | | |
| Holiday | | | | |
| Pension | | | | |
| Shift Differential | | | | |
| Severance | | | | |
| Stock (Vested) | | | | |
| Sick | | | | |
| Vacation | | | | |

968052107024

| | Tips | | | |
|---|---|---|---|---|
| **Total Pay** | ███████ | ███████ | ███████ | ███████ |

| | **2021** | **2020** | **2019** | **2018** |
|---|---|---|---|---|
| **Base Pay** | | | | |
| **Overtime** | | | | |
| **Commission** | | | | |
| **Bonuses** | | | | |
| **Other** | | | | |
| **Holiday** | | | | |
| **Pension** | | | | |
| **Shift Differential** | | | | |
| **Severance** | | | | |
| **Stock (Vested)** | | | | |
| **Sick** | | | | |
| **Vacation** | | | | |
| **Tips** | | | | |
| **Total Pay** | ███████ | ███████ | ███████ | ███████ |



Unofficial Report Employee Personal Us

| | **2017** | **2016** | **2015** | **2014** |
|---|---|---|---|---|



| | 2013 | 2012 | 2011 | 2010 |
|---|---|---|---|---|
| Base Pay | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Overtime | ▮ | ▮ | ▮▮ | ▮▮ |
| Commission | ▮ | ▮ | ▮ | ▮ |
| Bonuses | ▮▮ | ▮▮ | ▮▮ | ▮▮ |

| | | | | |
|---|---|---|---|---|
| Other | ███████████████████████████ | | | |
| Holiday | | | | |
| Pension | | | | |
| Shift Differential | | | | |
| Severance | | | | |
| Stock (Vested) | | | | |
| Sick | | | | |
| Vacation | | | | |
| Tips | | | | |
| Total Pay | ████ | ████ | ████ | ████ |

| | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| Base Pay | ████ | ████ | ████ | ████ |
| Overtime | ████ | ████ | ████ | ████ |
| Commission | ██ | ██ | ██ | ██ |
| Bonuses | ████ | ████ | ████ | ███ |
| Other | ██ | ████ | ████ | ██ |
| Holiday | | | | |
| Pension | | | | |

Personal Use Only. Unofficial Report Employ

968052107024

| | |
|---|---|
| **Shift Differential** | |
| **Severance** | |
| **Stock (Vested)** | |
| **Sick** | |
| **Vacation** | |
| **Tips** | |
| **Total Pay** | ██████████████████████ |

## Historical Pay Period Summary

| Pay Period Begin Date | Pay Period End Date | Pay Date | Hours Worked | Gross Earnings | Net |
|---|---|---|---|---|---|
| 07/01/2025 | 07/15/2025 | 07/15/2025 | ████ | | |
| 06/21/2025 | 06/30/2025 | 06/30/2025 | ████ | | |
| 06/16/2025 | 06/20/2025 | 06/30/2025 | ████ | | |
| 06/01/2025 | 06/15/2025 | 06/13/2025 | ████ | | |
| 05/16/2025 | 05/31/2025 | 05/30/2025 | ████ | | |
| 05/01/2025 | 05/15/2025 | 05/15/2025 | ████ | | |
| 04/16/2025 | 04/30/2025 | 04/30/2025 | ████ | | |
| 04/01/2025 | 04/15/2025 | 04/15/2025 | ████ | | |
| 03/16/2025 | 03/31/2025 | 03/31/2025 | ████ | | |
| 03/01/2025 | 03/15/2025 | 03/14/2025 | ████ | | |

Unofficial Report Employee Personal Use Only.

| | | |
|---|---|---|
| 02/16/2025 | 02/28/2025 | 02/28/2025 |
| 02/01/2025 | 02/15/2025 | 02/14/2025 |
| 01/16/2025 | 01/31/2025 | 01/31/2025 |
| 01/01/2025 | 01/15/2025 | 01/15/2025 |
| 12/16/2024 | 12/31/2024 | 12/31/2024 |
| 12/01/2024 | 12/15/2024 | 12/13/2024 |
| 11/16/2024 | 11/30/2024 | 11/29/2024 |
| 11/01/2024 | 11/15/2024 | 11/15/2024 |
| 10/16/2024 | 10/31/2024 | 10/31/2024 |
| 10/01/2024 | 10/15/2024 | 10/15/2024 |
| 09/16/2024 | 09/30/2024 | 09/30/2024 |
| 09/01/2024 | 09/15/2024 | 09/13/2024 |
| 08/16/2024 | 08/31/2024 | 08/30/2024 |
| 08/01/2024 | 08/15/2024 | 08/15/2024 |
| 07/16/2024 | 07/31/2024 | 07/31/2024 |
| 07/01/2024 | 07/15/2024 | 07/15/2024 |
| 06/16/2024 | 06/30/2024 | 06/28/2024 |
| 06/01/2024 | 06/15/2024 | 06/14/2024 |
| 05/16/2024 | 05/31/2024 | 05/31/2024 |
| 05/01/2024 | 05/15/2024 | 05/15/2024 |
| 04/16/2024 | 04/30/2024 | 04/30/2024 |

Unofficial Report Employee

| | | | |
|---|---|---|---|
| 04/01/2024 | 04/15/2024 | 04/15/2024 | |
| 03/16/2024 | 03/31/2024 | 03/29/2024 | |
| 03/01/2024 | 03/15/2024 | 03/15/2024 | |
| 02/16/2024 | 02/29/2024 | 02/29/2024 | |
| 02/01/2024 | 02/15/2024 | 02/15/2024 | |
| 01/16/2024 | 01/31/2024 | 01/31/2024 | |
| 01/01/2024 | 01/15/2024 | 01/12/2024 | |
| 12/16/2023 | 12/31/2023 | 12/29/2023 | |
| 12/01/2023 | 12/15/2023 | 12/15/2023 | |
| 11/16/2023 | 11/30/2023 | 11/30/2023 | |
| 11/01/2023 | 11/15/2023 | 11/15/2023 | |
| 10/16/2023 | 10/31/2023 | 10/31/2023 | |
| 10/01/2023 | 10/15/2023 | 10/13/2023 | |
| 09/16/2023 | 09/30/2023 | 09/29/2023 | |
| 09/01/2023 | 09/15/2023 | 09/15/2023 | |
| 08/16/2023 | 08/31/2023 | 08/31/2023 | |
| 08/01/2023 | 08/15/2023 | 08/15/2023 | |
| 07/16/2023 | 07/31/2023 | 07/31/2023 | |
| 06/16/2023 | 06/30/2023 | 06/30/2023 | |
| 06/01/2023 | 06/15/2023 | 06/15/2023 | |

Unofficial Report Employee

968052107024

| | | |
|---|---|---|
| 05/16/2023 | 05/31/2023 | 05/31/2023 |
| 05/01/2023 | 05/15/2023 | 05/15/2023 |
| 02/01/2023 | 02/15/2023 | 02/15/2023 |
| 01/16/2023 | 01/31/2023 | 01/31/2023 |
| 01/01/2023 | 01/15/2023 | 01/13/2023 |
| 12/16/2022 | 12/31/2022 | 12/30/2022 |
| 12/01/2022 | 12/15/2022 | 12/15/2022 |
| 11/16/2022 | 11/30/2022 | 11/30/2022 |
| 11/01/2022 | 11/15/2022 | 11/15/2022 |
| 10/16/2022 | 10/31/2022 | 10/31/2022 |
| 10/01/2022 | 10/15/2022 | 10/14/2022 |
| 09/16/2022 | 09/30/2022 | 09/30/2022 |
| 09/01/2022 | 09/15/2022 | 09/15/2022 |
| 08/16/2022 | 08/31/2022 | 08/31/2022 |
| 08/01/2022 | 08/15/2022 | 08/15/2022 |
| 07/16/2022 | 07/31/2022 | 07/29/2022 |
| 07/01/2022 | 07/15/2022 | 07/15/2022 |
| 06/16/2022 | 06/30/2022 | 06/30/2022 |
| 06/01/2022 | 06/15/2022 | 06/15/2022 |
| 05/16/2022 | 05/31/2022 | 05/31/2022 |
| 05/01/2022 | 05/15/2022 | 05/13/2022 |

Unofficial Report Employee

968052107024

| | | |
|---|---|---|
| 04/16/2022 | 04/30/2022 | 04/29/2022 |
| 04/01/2022 | 04/15/2022 | 04/15/2022 |
| 03/16/2022 | 03/31/2022 | 03/31/2022 |
| 03/01/2022 | 03/15/2022 | 03/15/2022 |
| 02/16/2022 | 02/28/2022 | 02/28/2022 |
| 02/01/2022 | 02/15/2022 | 02/15/2022 |
| 01/16/2022 | 01/31/2022 | 01/31/2022 |
| 01/01/2022 | 01/15/2022 | 01/14/2022 |
| 12/16/2021 | 12/31/2021 | 12/31/2021 |
| 12/01/2021 | 12/15/2021 | 12/15/2021 |
| 11/16/2021 | 11/30/2021 | 11/30/2021 |
| 11/01/2021 | 11/15/2021 | 11/15/2021 |
| 10/16/2021 | 10/31/2021 | 10/29/2021 |
| 10/01/2021 | 10/15/2021 | 10/15/2021 |
| 09/16/2021 | 09/30/2021 | 09/30/2021 |
| 09/01/2021 | 09/15/2021 | 09/15/2021 |
| 08/16/2021 | 08/31/2021 | 08/31/2021 |
| 08/01/2021 | 08/15/2021 | 08/13/2021 |
| 07/16/2021 | 07/31/2021 | 07/30/2021 |
| 07/01/2021 | 07/15/2021 | 07/15/2021 |
| 06/16/2021 | 06/30/2021 | 06/30/2021 |

Unofficial Report Employee

968052107024

| | | |
|---|---|---|
| 06/01/2021 | 06/15/2021 | 06/15/2021 |
| 05/16/2021 | 05/31/2021 | 05/28/2021 |
| 05/01/2021 | 05/15/2021 | 05/14/2021 |
| 04/16/2021 | 04/30/2021 | 04/30/2021 |
| 04/01/2021 | 04/15/2021 | 04/15/2021 |
| 03/16/2021 | 03/31/2021 | 03/31/2021 |
| 03/01/2021 | 03/15/2021 | 03/15/2021 |
| 02/16/2021 | 02/28/2021 | 02/26/2021 |
| 02/01/2021 | 02/15/2021 | 02/12/2021 |
| 01/16/2021 | 01/31/2021 | 01/29/2021 |
| 01/01/2021 | 01/15/2021 | 01/15/2021 |
| 12/16/2020 | 12/31/2020 | 12/31/2020 |
| 12/01/2020 | 12/15/2020 | 12/15/2020 |
| 11/16/2020 | 11/30/2020 | 11/30/2020 |
| 11/01/2020 | 11/15/2020 | 11/13/2020 |
| 10/16/2020 | 10/31/2020 | 10/30/2020 |
| 10/01/2020 | 10/15/2020 | 10/15/2020 |
| 09/16/2020 | 09/30/2020 | 09/30/2020 |
| 09/01/2020 | 09/15/2020 | 09/15/2020 |
| 08/16/2020 | 08/31/2020 | 08/31/2020 |

Unofficial Report Employee

968052107024

| | | |
|---|---|---|
| 08/01/2020 | 08/15/2020 | 08/14/2020 |
| 07/16/2020 | 07/31/2020 | 07/31/2020 |
| 07/01/2020 | 07/15/2020 | 07/15/2020 |
| 06/16/2020 | 06/30/2020 | 06/30/2020 |
| 06/01/2020 | 06/15/2020 | 06/15/2020 |
| 05/16/2020 | 05/31/2020 | 05/29/2020 |
| 05/01/2020 | 05/15/2020 | 05/15/2020 |
| 04/16/2020 | 04/30/2020 | 04/30/2020 |
| 04/01/2020 | 04/15/2020 | 04/15/2020 |
| 03/01/2020 | 03/15/2020 | 03/13/2020 |
| 02/16/2020 | 02/29/2020 | 02/28/2020 |
| 02/01/2020 | 02/15/2020 | 02/14/2020 |
| 01/16/2020 | 01/31/2020 | 01/31/2020 |
| 01/01/2020 | 01/15/2020 | 01/15/2020 |
| 12/16/2019 | 12/31/2019 | 12/31/2019 |
| 12/01/2019 | 12/15/2019 | 12/13/2019 |
| 11/16/2019 | 11/30/2019 | 11/29/2019 |
| 11/01/2019 | 11/15/2019 | 11/15/2019 |
| 10/16/2019 | 10/31/2019 | 10/31/2019 |
| 10/01/2019 | 10/15/2019 | 10/15/2019 |
| 09/16/2019 | 09/30/2019 | 09/30/2019 |

968052107024

| | | |
|---|---|---|
| 09/01/2019 | 09/15/2019 | 09/13/2019 |
| 08/16/2019 | 08/31/2019 | 08/30/2019 |
| 08/01/2019 | 08/15/2019 | 08/15/2019 |
| 07/16/2019 | 07/31/2019 | 07/31/2019 |
| 07/01/2019 | 07/15/2019 | 07/15/2019 |
| 06/16/2019 | 06/30/2019 | 06/28/2019 |
| 06/01/2019 | 06/15/2019 | 06/14/2019 |
| 05/16/2019 | 05/31/2019 | 05/31/2019 |
| 05/01/2019 | 05/15/2019 | 05/15/2019 |
| 04/16/2019 | 04/30/2019 | 04/30/2019 |
| 04/01/2019 | 04/15/2019 | 04/15/2019 |
| 03/16/2019 | 03/31/2019 | 03/29/2019 |
| 03/01/2019 | 03/15/2019 | 03/15/2019 |
| 02/16/2019 | 02/28/2019 | 02/28/2019 |
| 02/04/2019 | 02/15/2019 | 02/15/2019 |
| 02/01/2019 | 02/03/2019 | 02/15/2019 |
| 01/16/2019 | 01/31/2019 | 01/31/2019 |
| 01/02/2019 | 01/15/2019 | 01/15/2019 |
| 01/01/2019 | 01/01/2019 | 01/15/2019 |
| 12/16/2018 | 12/31/2018 | 12/31/2018 |
| 12/01/2018 | 12/15/2018 | 12/14/2018 |

Unofficial Report Employee

968052107024

| 11/16/2018 | 11/30/2018 | 11/30/2018 | 0.00 | $1796.02 | $1134.92 |

## Pay Period Income Detail - 07/15/2025

| Total Gross Earnings | ███████ |
| Pension | |
| Other Income | |

## Pay Period Withholding Detail - 07/15/2025

| Federal Tax | |
| State Tax | |
| Local Tax | |
| Social Security | |
| Medicare | |
| Retirement/401k | |
| Cafeteria Plan | |
| Garnishments | |
| Other Withholding | |

Unofficial Report Employee Personal Use Only.

## Pay Increase Information

| Next Projected Date of Pay Increase | |
| Next Projected Amount of Pay Increase | |
| Last Date of Pay Increase | |
| Last Amount of Pay Increase | |

968052107024

## 💲 Income & Deductions

| | |
|---|---|
| **Average Hours Per Pay Period** | |
| **Pay Cycle** | Semi-monthly |
| **Payroll Deduction for All Insurance Coverage** | |

## 💼🕐 Workers' Compensation

| | |
|---|---|
| **Receiving Workers' Compensation** | |
| **Carrier** | |
| **Date of Injury** | |
| **Date of Award** | |
| **Claim Number** | |
| **Claim Pending** | |

Unofficial Report Employee Personal Use Only.

## Employer Level Disclaimer

**VOE:** This information is provided in response to your request, and for the sole purpose of providing verification of employment. If there are discrepancies between the information provided herein and Bank of America governing plans or policies, the governing plans or policies will always control. Bank of America retains the right to modify the plans or policies at any time.

**VOI:** This information is provided in response to your request, and for the sole purpose of providing verification of employment. If there are discrepancies between the information provided herein and Bank of America governing plans or policies, the governing plans or policies will always control. Bank of America retains the right to modify the plans or policies at any time.

**STATE OF CALIFORNIA**

**Notice to Consumer under Consumer Credit Reporting Agencies Act**

Equifax Workforce Solutions (EWS) is the provider of The Work Number® and certain other consumer report data solutions. EWS provides consumer report data to credentialed verifiers who have a permissible purpose, as defined by the Fair Credit Reporting Act ("FCRA"). Under the FCRA and/or applicable state law, consumers have several rights including the ability to request a consumer disclosure, dispute their data, and freeze their data.

The terms "consumer report", "credit report" and "credit file" as may be used in this notice may include The Work Number verifications, your Employment Data Report issued by EWS, or other consumer report data and disclosures made available by EWS.The term "consumer reporting agency" or similar terms in this notice may refer to EWS.  Please note that The Work Number does not provide traditional credit information, but state law may include the employment and income data provided by The Work Number within its definition of a consumer report or credit report.

**California Summary of Rights**

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars ($8.00).  There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit report within the preceding 60 days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. Under the Federal Fair Credit Reporting Act, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old. Bankruptcy information can be reported for 10 years.

If you have notified a consumer credit reporting agency in writing that you dispute the accuracy of information in your file, the consumer credit reporting agency must then, within 30 business days, reinvestigate and modify or remove inaccurate information. The consumer credit reporting agency may not charge a fee for this service.   Any pertinent information and copies of all documents you have concerning an error should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a brief statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about disputed information in a report it issues about you.

You have a right to receive a record of all inquiries relating to a credit transaction initiated in 12 months preceding your request. This record shall include the recipients of any consumer credit report.

You may request in writing that the information contained in your file not be provided to a third party for marketing purposes.

You have a right to place a "security alert" in your credit report, which will warn anyone who receives information in your credit report that your identity may have been used without your consent. Recipients of your credit report are required to take reasonable steps, including contacting you at the telephone number you may provide with your security alert, to verify your identity prior to lending money, extending credit, or completing the purchase, lease, or rental of goods or services. The security alert may prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that taking advantage of this right may delay or interfere with the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or cellular phone or other new account, including an extension of credit at point of sale. If you place a security alert on your credit report, you have a right to obtain a free copy of your credit report at the time the 90-day security alert period expires. A security alert may be requested by calling the following toll-free telephone number provided below.

You have a right to place a "security freeze" on your credit report, which will prohibit a consumer credit reporting agency from releasing any information in your credit report without your express authorization. A security freeze must be requested in writing by mail. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or cellular phone or other new account, including an extension of credit at point of sale.  When you place a security freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report or authorize the release of your credit report for a specific party or period of time after the freeze is in place. To provide that authorization you must contact the consumer credit reporting agency and provide all of the following:

(1) The personal identification number or password.
(2) Proper identification to verify your identity.
(3) The proper information regarding the third party who is to receive the credit report or the period of time for which the report shall be available to users of the credit report.

A consumer credit reporting agency must authorize the release of your credit report no later than three business days after receiving the above information.

A security freeze does not apply when you have an existing account and a copy of your report is requested by your existing creditor or its agents or affiliates for certain types of account review, collection, fraud control, or similar activities.

If you are actively seeking credit, you should understand that the procedures involved in lifting a security freeze may slow your application for credit. You should plan ahead and lift a freeze, either completely if you are shopping around, or specifically for a certain creditor, before applying for new credit.

A consumer credit reporting agency may not charge a fee to a consumer for placing or removing a security freeze if the consumer is a victim of Identity theft and submits a copy of a valid police report or valid Department of Motor Vehicles investigative report. A person 65 years of age or older with proper identification shall not be charged a fee for placing an initial security freeze, but may be charged a fee of no more than five dollars ($5.00) for lifting, removing, or replacing a security freeze. All other consumers may be charged a fee of no more than ten dollars ($10.00) for each of these steps.

You have a right to bring civil action against anyone, including a consumer credit reporting agency, who improperly obtains access to a file, knowingly or willfully misuses file data, or fails to correct inaccurate file data.

If you are a victim of identity theft and provide to a consumer credit reporting agency a copy of a valid police report or a valid investigative report made by a Department of Motor Vehicles investigator with peace officer status describing your circumstances, the following shall apply:

You have a right to have any information you list on the report as allegedly fraudulent promptly blocked so that the information cannot be reported. The information will be unblocked only if (A) the information you provide is a material misrepresentation of the facts, (B) you agree that the information is blocked in error, or (C) you knowingly obtained possession of goods, services, or moneys as result of the blocked transactions. If blocked information is unblocked, you will be promptly notified.

You have a right to receive, free of charge and upon request, one copy of your credit report each month for up to 12 consecutive months.

## How to Freeze Your Report

A security freeze request may be sent via mail to:

Equifax Workforce Solutions
Attn: Employment Data Freeze
3470 Rider Trail South
Earth City, MO 63045

You may also submit a freeze request by:

Email: TWNFreeze@equifax.com
Phone: 1-866-222-5880
TTY-hearing impaired: 1-800-424-0253
Mon–Fri; 9:00 a.m. – 8:00 p.m. ET


We will provide you with confirmation of the placement of your freeze.  Please note that although some state laws may allow us to charge a fee, Equifax Workforce Solutions never charges any fees to place or remove a security freeze.

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies.  There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA.  **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.**

- **You must be told if information in your file has been used against you.**  Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.**  You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure").  You will be required to provide proper identification, which may include your Social Security number.  In many cases, the disclosure will be free.  You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies.  See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.**  Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus.  You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it.  In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.**  If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous.  See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

1

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.**  Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days.  However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.**  In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.**  A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business.  The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.**  A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer.  Written consent generally is not required in the trucking industry.  For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.**  Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on.  You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies**:**

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.**  The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent.  However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.  An initial fraud alert is a 1-year alert that is placed on a consumer's credit file.  Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit.  If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

2

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account.  Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.**  If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.**  For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law.  For more information, contact your state or local consumer protection agency or your state Attorney General.  For information about your federal rights, contact:**

3

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street, SW<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |

4