EXHIBIT 51

English

# CALIFORNIA CIVIL RIGHTS DEPARTMENT
# Right to Sue

This document is not your proof of submission. Complete the submission process within 30 days to initiate CRD review. After 30 days, all information provided will be erased from the CRD website.

## D'Sol / Bank of America et al.

## COMPLAINANT INFORMATION

Name: **Luna D'Sol**
Address: **2275 E Belding Dr**
City/State/Zip: **Palm Springs, CA 92262**
Telephone:
Mobile
Email: **jravada@icloud.com**

## COMPLAINANT DEMOGRAPHIC INFORMATION

THIS INFORMATION IS OPTIONAL AND IS ONLY USED FOR STATISTICAL PURPOSES
Birthdate: **11/20/1984**
Disability: **AIDS or HIV;Mental Health/Psychiatric**
Ethnicity: **Hispanic or Latino**
Gender: **Transgender Female**
Language: **English**
Marital status: **Single**
National Origin: **Other**
Race: **Other**
Religion: **Catholicism**
Sexual Orientation: **Other**

## RESPONDENT AND CO-RESPONDENT(S)

| Name | Address | Telephone | Mobile | Email |
|---|---|---|---|---|
| **Bank of America** | **100 N Tyron St Charlotte, NC 28202** | | | |
| **CT Corporation (Registered Server)** | **818 W 7th St Los Angeles, CA 90017** | | | |

## DATES OF HARM

Most Recent Date of Harm: **8/1/2025**
Is the harm continuing?: **Yes**

# I ALLEGE THAT I EXPERIENCED DISCRIMINATION:

**Because of my actual or perceived:**
Sex/Gender
Gender identity or expression
Medical condition (cancer or genetic characteristic)
Family Care and Medical Leave (CFRA) related to serious health condition of employee or family member, child bonding, or military exigencies
Reproductive Health Decisionmaking
**As a result I was:**
Terminated
Forced to quit
Denied equal pay
Denied any employment benefit or privilege
Other
Denied accommodation for a disability
Denied employer paid health care while on Family Care and Medical Leave (CFRA)

# I ALLEGE THAT I EXPERIENCED HARASSMENT:

**Because of my actual or perceived:**
Sex/Gender
Gender identity or expression
Medical condition (cancer or genetic characteristic)
Age (40 and over)
Disability (physical, intellectual/developmental, mental health/psychiatric)
Family Care and Medical Leave (CFRA) related to serious health condition of employee or family member, child bonding, or military exigencies

# I ALLEGE THAT I EXPERIENCED RETALIATION:

**Because I:**
Reported or resisted any form of discrimination or harassment
Requested or used a disability-related accommodation
Requested or used a religious accommodation
**As a result I was:**
Terminated
Denied any employment benefit or privilege
Denied accommodation for a disability

Denied employer paid health care while on Family Care and Medical Leave (CFRA)
Denied Family Care and Medical Leave (CFRA) related to serious health condition of employee or family member, child bonding, or military exigencies

## Briefly describe what you believe to be the reason(s) for the discrimination, harassment, or retaliation. (Optional)

I was employed by Bank of America for over 19 years with a positive performance record. In May 2025, shortly after notifying management of my transgender status and doctor-certified disability (HIV-positive), I was approved for CFRA-protected medical leave for gender-affirming care and related health treatment. While on protected leave, the bank terminated my employment, canceled my health insurance, interfered with my disability and retirement benefits, and closed my business bank account in retaliation. The bank also continued to misgender me in official correspondence and failed to accommodate my medical needs, causing severe financial, emotional, and medical harm. I am currently in the process of securing legal representation, but due to time constraints and the need to preserve my rights, it is critical that I receive a Right-to-Sue letter promptly so I can provide it to my new attorney.

## Following is a list of uploaded document(s)

| Document Name | Update Date/Time |
|---|---|
| 2025 - 06 - 09 - Formal Sedgwick Letter Lproved | 8/11/2025 22:48 PM |
| 2025 - 06 - 25 -Bank degenders me - Sex:Gender Discrimination | 8/11/2025 22:47 PM |
| 2025 - 02- 26 - Luna shares transgender status and upcoming surgeries with manager - Sex:Gender Identity | 8/11/2025 22:50 PM |
| 2025 - 08 -15 - Disability Extension Doctor Signed Form - FMLA | 8/11/2025 22:48 PM |
| May 21 2025 12:47pm From BOA Email Received 1st hearing severance intention | 8/11/2025 22:46 PM |
| 2025 - 02- 26 - Luna shares transgender status and upcoming surgeries with manager - Sex:Gender Identity | 8/11/2025 22:45 PM |
| March 26 2025 - HIV Results 1st time positive | 8/11/2025 22:48 PM |
| 2025 - 05 - 20 to 2025 - 08-07 - Sedgwick Claim Notes Denial Per Banks Inteference - FMLA Interference | 8/11/2025 22:48 PM |

NOT A LEGALLY BINDING DOCUMENT. This document does not constitute proof of filing of a Right to Sue form with the CRD. For additional information, please visit calcivilrights.ca.gov or contact the CRD at 800-884-1684.





**Personal Update pe** - Message (HTML)

Ravada, Julio
To  Shanks, Tricia; Maxim, Peter C

Wed 2/26/2025 5:48 PM

Hi Tricia and Peter,

I am reaching to you to tell you about a matter that is essentially personal but will result in some changes at work. You will start to notice (or may have already noticed) some changes over the next several months as a I identify as a female and have started the transitioning process with hormone therapy since the beginning of this year. I have had feelings that question my gender identity, but I kept those feelings hidden and did my best to make my life work with my male body as my discomfort grew bigger. For the last 2 years outside of work I have been living as female. My friends call me Luna and last week I decided it was time to take action to start the process to change my name legally and will expect to be referred to as such once formalized which I will keep you and our company posted.

This transition process may include therapy, increased hormonal treatment and / or various surgeries and more. Accordingly, I have been working with my therapist and doctors following the standard of care that set out treatment guidelines for transgender individuals. I am very pleased to take this step towards personal wholeness while staying at the job I have found very rewarding. This change will not affect my ability to do my job. In fact, I may be less distracted when I no longer will have to deal with hiding my true identity here at work. Also, as I embrace my true self you may find me more enjoyable to be around and work with.

Some of you may not understand the life changes that I am undertaking, I would be very happy to answer your questions or direct you to additional information. Some of you may not approve of what I am doing which I believe it is your right, however, I expect that everyone will still treat me with basic human respect.  Trust me, I am aware how our country's current political doctrines should have helped me decide that this is not a good time for me to feel free, and because of this I pray that I never regret to have chosen putting my fears aside in order to stand up firm with loud pride knowing with confidence that the company we work for is committed to protect me.

I know that this will take a little time to get used to, and I expect that people will make mistakes at first. All I ask is that you try your best to get it right.

Thank you,

Julio R



**Personal Update pe** - Message (HTML)

Personal Update pe

Ravada, Julio
To  Shanks, Tricia;  Maxim, Peter C

Wed 2/26/2025 5:48 PM

Hi Tricia and Peter,

I am reaching to you to tell you about a matter that is essentially personal but will result in some changes at work. You will start to notice (or may have already noticed) some changes over the next several months as a I identify as a female and have started the transitioning process with hormone therapy since the beginning of this year. I have had feelings that question my gender identity, but I kept those feelings hidden and did my best to make my life work with my male body as my discomfort grew bigger. For the last 2 years outside of work I have been living as female. My friends call me Luna and last week I decided it was time to take action to start the process to change my name legally and will expect to be referred to as such once formalized which I will keep you and our company posted.

This transition process may include therapy, increased hormonal treatment and / or various surgeries and more. Accordingly, I have been working with my therapist and doctors following the standard of care that set out treatment guidelines for transgender individuals. I am very pleased to take this step towards personal wholeness while staying at the job I have found very rewarding. This change will not affect my ability to do my job. In fact, I may be less distracted when I no longer will have to deal with hiding my true identity here at work. Also, as I embrace my true self you may find me more enjoyable to be around and work with.

Some of you may not understand the life changes that I am undertaking, I would be very happy to answer your questions or direct you to additional information. Some of you may not approve of what I am doing which I believe it is your right, however, I expect that everyone will still treat me with basic human respect.  Trust me, I am aware how our country's current political doctrines should have helped me decide that this is not a good time for me to feel free, and because of this I pray that I never regret to have chosen putting my fears aside in order to stand up firm with loud pride knowing with confidence that the company we work for is committed to protect me.

I know that this will take a little time to get used to, and I expect that people will make mistakes at first. All I ask is that you try your best to get it right.

Thank you,

Julio R