EXHIBIT 52

**From:** **Cho, Karen Y.** karen.cho@morganlewis.com
**Subject:** BofA/Luna D'Sol - Preservation Demand
**Date:** October 30, 2025 at 21:40
**To:** Luna D'Sol jravada@icloud.com
**Cc:** Antonopoulos, Nicole L. nicole.antonopoulos@morganlewis.com

Hi Luna,

I'm writing to you while my colleague Nikki Antonopoulos is out on medical leave.  We acknowledge receipt of your preservation demand and confirm that we are aware of and will comply with our preservation obligations under the applicable rules. Our client is taking reasonable and proportional steps to preserve unique, relevant materials within its possession, custody or control as required.

We also note that the scope of preservation must remain consistent with those obligations and cannot be unilaterally expanded or broaden by you through these preservation demand communications.

Additionally, we remind you that you have corresponding preservation obligations. We trust that you are likewise taking appropriate measures to ensure that all potentially relevant data and materials within your possession, custody, or control are being preserved.

Thanks,

**Karen Y. Cho**
Pronouns: She/Her/Hers
**Morgan, Lewis & Bockius LLP**
300 South Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.7381 | Main: +1.213.612.2500 | Fax: +1.213.612.2501
Assistant: Victoria Setio | +1.213.612.7277 | victoria.setio@morganlewis.com
karen.cho@morganlewis.com | www.morganlewis.com



mg_info.txt