# EXHIBIT 55

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **luna dsol**<br>**2275 E Belding Dr**<br>**Palm Springs, CA 92262**<br>TELEPHONE NO.:  **(760) 507-5381**    FAX NO. *(Optional):*<br><br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:    **Self Represented** | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE | |
|---|---|
| STREET ADDRESS: 3255 E. Tahquitz Canyon way<br>MAILING ADDRESS: 3255 E. Tahquitz Canyon way<br>CITY AND ZIP CODE: Palm Springs, CA 92262<br>BRANCH NAME: SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE | |

| PLAINTIFF/PETITIONER:  Luna D'Sol<br><br>DEFENDANT/RESPONDENT:  Peter Maxim | CASE NUMBER:<br>CVPS2601396 |
|---|---|
| **PROOF OF SERVICE SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of: *SUMMONS; Complaint; Civil Case Cover Sheet; Certificate of Counsel; ADR Information Packet; Notice of Case Assignment; Notice of Case Management Conference*

3.    a.  Party served *(specify name of party as shown on documents served):* ***Peter Maxim [Nicole L. Antonopoulos, authorized to accept on behalf of Peter C. Maxim]***

   b.    ☒    Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):* **"Jane Doe" (Gender: F Age: 30 Height: 5'4 Weight: 140 Race: Caucasian  Hair: Black Other: ), Receptionist, Authorized to Accept**

4.    Address where the party was served: ***1400 Page MI Rd Palo Alto, CA 94304***

5.    I served the party *(check proper box)*
   a.    ☒    **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: **5/1/2026** (2) at: **04:58 PM**
   b.    ☐    **by substituted service.** On*:  at:* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1)  ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2)  ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3)  ☐  **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4)  ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents:

Page 1 of 3

POS-010 [Rev. January 1, 2007]    **PROOF OF SERVICE OF SUMMONS**

**Invoice # 14671620**

| PLAINTIFF/PETITIONER: Luna D'Sol | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Peter Maxim | CVPS2601396 |

on:                    from:                    **or** ☐ a declaration of mailing is attached.

    (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

6.   c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on:                                        (2) from:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d.  ☐  **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

7.  The "Notice to the Person Served" (on the summons) was completed as follows:
   a.  ☒  as an individual defendant.
   b.  ☐  as the person sued under the fictitious name of *(specify):*
   c.  ☐  as occupant.
   d.  ☐  On behalf of *(specify):*
     under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                             ☐ other:

8.  **Person who served papers**
   a.  Name: **Bret Mazzocco**
   b.  Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
   c.  Telephone number: **650-364-9612**
   d.  **The fee** for service was: **$153.75**
   e.  I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☒ a registered California process server:
      (i) ☐ owner  ☐ employee  ☒ independent contractor.
      (ii) Registration No.: **240**
      (iii) County: **San Mateo**

| POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | **Page 2 of 3** |

**Invoice#: 14671620**

| | |
|---|---|
| PLAINTIFF/PETITIONER:    Luna D'Sol<br>DEFENDANT/RESPONDENT:    Peter Maxim | CASE NUMBER:<br>CVPS2601396 |

8.     **☒**     **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

▶ _____

**Bret Mazzocco**             Date: **05/06/2026**

Case 5:26-cv-03535-JGB-SP    Document 49-8    Filed 07/27/26    Page 4 of 5   Page ID

---

POS-010 [Rev. January 1, 2007]         **PROOF OF SERVICE OF SUMMONS**         **Page 3 of 3**

**Invoice#: 14671620**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>**(760) 507-5381** | FOR COURT USE ONLY |
|---|---|---|
| **luna dsol**<br>**2275 E Belding Dr**<br>**Palm Springs, CA 92262**<br>ATTORNEY FOR   **Self Represented** | | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE<br>3255 E. Tahquitz Canyon way<br>Palm Springs, CA 92262 |
|---|

| SHORT TITLE OF CASE:<br>D'Sol, Luna v. Maxim, Peter |
|---|

| DATE:<br>09/03/2026 | TIME:<br>8:00 AM | DEP./DIV.<br>ps2 | | CASE NUMBER:<br>CVPS2601396 |
|---|---|---|---|---|
| **Proof of Service by Mail** | | | | Ref. No. or File No: |

I am over 18 years of age and **not a party to this action**. I am a resident of or employed in the county where the mailing took place.

On **05/04/2026** after substituted service under section C.C.P. 415.20(a), 415.20(b), or 415.95(a) was made, I served the within:

*SUMMONS; Complaint; Civil Case Cover Sheet; Certificate of Counsel; ADR Information Packet; Notice of Case Assignment; Notice of Case Management Conference*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Redwood City**, California, addressed as follows:

**Peter Maxim [Nicole L. Antonopoulos, authorized to accept on behalf of Peter C. Maxim]    Nicole L. Antonopoulos 1400 Page Ml Rd  Palo Alto, CA 94304**

Person attempting service:

  a. Name: **Jerry Torres**
  b. Address: **500 Allerton Street Suite 105, Redwood City, CA 94063**
  c. Telephone number: **650-364-9612**
  d. **The fee** for this service was: **153.75**
  e. I am:
  (3) [X] a registered California process server:
     (i) [X] **Employee**
     (ii) Registration No.: **#20 Swift Attorney Service**
     (iii) County: **San Mateo**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Swift Legal

Jerry Torres                    Date: **05/06/2026**

| Proof of Service by Mail | Invoice #: 14671620 |
|---|---|