LUNA D'SOL

Plaintiff, In Pro Per

Email Address: jravada@icloud.com

2275 E Belding Dr

Palm Springs CA 92262

Telephone: 213-925-4069

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL<br><br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br><br>Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE ISO PLAINTIFF'S REPLY ISO MOTION TO REMAND**<br>.<br><br>Judge:Hon. Jesus G. Bernal.<br>   United States District Judge<br><br>   Date:   August 3rd, 2026<br>   Time:   8:30 am<br>Courtroom:   1, 2nd floor<br><br>Complaint Filed: March 4th, 2026<br><br>Concurrently filed with: PROPOSED ORDER TO GRAN PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE |

REQUEST FOR JUDICIAL NOTICE
5:26-cv-03535-JGB-SP

**I.        INTRODUCTION**

Plaintiff LUNA D'SOL respectfully requests that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following official publications, public records, and court filings relevant to the issues presently before the Court. The requested materials include official Bank of America publications identifying The Work Number as its designated employment verification service, official employment verification records generated through that system, and court records bearing directly on Defendants' jurisdictional assertions. Plaintiff requests judicial notice only of the existence, publication, filing, and legal effect of these documents, and not of the truth of disputed factual assertions contained therein, except where otherwise permitted by law. The requested materials are relevant to the issues raised by Defendants' Motion to Compel Arbitration, Defendants' assertion that Bank of America Corporation is a sham defendant, and Plaintiff's Motion to Remand.

**II.        REQUEST FOR JUDICIAL NOTICE**

**REQUEST NO 10**. Public record and public access with the Bank of America's website for Employees and Former Employees through its website address at www.bankofamerica.com/associates The webpage directs Bank of America employees to **The Work Number** as Bank of America's designated employment verification service.  A true and correct conformed copy of the Associate's Section Employment Verification is attached hereto as **Exhibit J** and was downloaded by Plaintiff.  and was downloaded by Plaintiff from the above-referenced online access portal website for the United Stated Court. (See D'Sol Decl., ¶3)

**REQUEST NO. 11** Public record on file with the United States Federal District Court – PACER through its website and online public access portal for Case **No. 5:26-cv-03535-JGB-SP.** https://www.uscourts.gov/court-records/find-a-case-pacer A true and correct conformed copy of the **Notice of Electronic Filing ("NEF")** generated by the United States District Court for the Central District of California in **Case No. 5:26-cv-03535-JGB-SP**, attached as **Exhibit K** and was downloaded by Plaintiff from the above-referenced online access portal website for the United Stated Courts**.** The NEF reflects that Defendant **Peter C. Maxim** was the filer of the **Conformed E-Filed Copy of the Answer to Complaint**, identifies the filing date and docket entry, and states that the

2

Answer was originally filed in the Superior Court on **June 3, 2026**. It also includes a line that says that it was filed on 6/25/2025. and submitted as an attachment to the Notice of removal Plaintiff requests judicial notice of this official court record solely for the fact that it was filed and for the information reflected on the docket maintained by the Court. (See D'Sol Decl., ¶4)

     **REQUEST NO. 12:** Public record on file with the Los Angeles County Superior Court accessible through its website and online public access portal for Case No **25VECV04709.**
**https://www.lacourt.ca.gov/pages/lp/access-a-case/tp/find-case-information** True and correct conformed copy of the search results, conducted on **July 24, 2026**, reflects that **"No match found for case number 25VECV04709"** is attached hereto as **Exhibit L** and was downloaded by Plaintiff from the above-referenced online access portal website for the Los Angeles County Superior Court. (See D'Sol Decl., ¶5)

    III.    **DSCUSSION**

    **The Court May Properly Take Judicial Notice Of Records Of Administrative Bodies And Court Records Available Online Through Official Websites.**

    Federal Rule of Evidence 201(b) provides, in pertinent party, that the "court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). This includes the records and reports of administrative bodies. See e.g., Abdullah v. U.S. Security Assocs., Inc., 731 F.3d 952, 959 fn. 10 (9th Cir. 2013) (taking judicial notice of California Department of Labor Standards Enforcement opinion letters); Smith v. Los Angeles Unified School Dist., 830 F.3d 843, 851 fn. 10 (9th Cir. 2016) (taking judicial notice of letters created and sent by the executive director of a school district and taking judicial notice of annual reports issued by an independent monitor of the district). Court orders and case filing may also be properly judicially noticed, especially where directly related to the matter  980, 997 (C.D. Cal. 2024); U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc., 971 F.2d 244, 248-249 (9th Cir. 1992) (courts may take judicial notice  of proceedings on other courts, both within and without the federal judicial system, if those

REQUEST FOR JUDICIAL NOTICE
5:26-cv-03535-JGB-SP

proceedings have direct relation to the matters at issue).  See Gerritsen v. Warner Bros. Entm't Inc., 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) (under "Rule 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies"), citing Daniels–Hall v. Nat'l Educ. Ass'n, 629 F.3d 992, 998–999 (9th Cir. 2010) (taking judicial notice of online information "made publicly available by government entities").

**Requests for Judicial Notice Nos. 10-12** and the document attached as **Exhibits J-L** to this request for judicial notice are publicly available information accessible through websites of government agencies and/or courts, are ascertainable and verifiable records of administrative bodies and/or courts and no party can reasonably dispute the accuracy of these documents. Pursuant to Rule 201(c)(2) of the Federal Rules of Evidence, the Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Accordingly, judicial notice of Exhibits J-N is therefore appropriate and required.

## IV.    CONCLUSION

For the reasons set forth above, Defendant's Requests Nos. 1-11 for judicial notice should be granted and this Court should also take judicial notice of the documents attached hereto as Exhibits LN.

**CERTIFICATE OF COMPLIANCE**
Pursuant to Local Rule 11-6.2, I certify that the foregoing memorandum contains **1087 words**, excluding the items exempted by the Local Rules. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully Submitted

Dated 7/24/2026

By: /s/ Luna D'Sol.

Luna D'Sol, Plaintiff in Pro Per

REQUEST FOR JUDICIAL NOTICE
5:26-cv-03535-JGB-SP