EXHIBIT J

# BANK OF AMERICA

Employee Resources at Home

Search 🔍    Menu ⌄



**New to Bank of America?**
Get to know your benefit options for 2026
Learn more >>

Discover benefits and programs for you and those you love.

Review the Great Place to Work eGuide.

| Welcome | Money | Time | Benefits | Career | **Workplace** | Need Help? |

## Employee information

### Workday
For active employees

**Income and employment**

## Community

Employee networks

Bank of America Community Volunteers

**verification**

The Work
Number

**Emergency
Readiness**

Emergency
preparedness at
home and work

Emergency
message center

Severe weather
and natural
disasters

**Additional
information**

Bank of America
Store

Brand Resource
Center

Opportunity &
Inclusion

Matching gifts

**Important Disclosures and Information**

Some accounts and services, and the fees that apply to them, vary from state to state. Please review the
information for your state in the Personal Schedule of Fees (at www.bankofamerica.com/feesataglance or at
your local Banking Center) and in the Online Banking Service Agreement at
www.bankofamerica.com/serviceagreement.

Locations    |    Contact Us    |    Help & Support    |    Browse with Specialist

Accessible Banking    |    Privacy    |    Children's Privacy    |    Security

Online Banking Service Agreement    |    Advertising Practices    |    Site Map    |    Careers

Share Your Feedback    |    Your Privacy Choices

## Connect with us

     

Bank of America, N.A. Member FDIC. Equal Housing Lender

© 2026 Bank of America Corporation. All Rights Reserved.

Patent: patents.bankofamerica.com