# EXHIBIT K

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:<42984895@cacd.uscourts.gov>
Subject:Activity in Case 5:26-cv-03535-JGB-SP Luna D'Sol v. Bank of America, N.A. et al Answer
to Complaint (Discovery)
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 7/2/2026 at 8:20 AM PDT and filed on 6/25/2026

| | |
|---|---|
| **Case Name:** | Luna D'Sol v. Bank of America, N.A. et al |
| **Case Number:** | 5:26-cv-03535-JGB-SP |
| **Filer:** | Peter C. Maxim |
| **Document Number:** | No document attached |

**Docket Text:**
**CONFORMED E-FILED COPY OF ANSWER TO COMPLAINT filed by Defendant Peter C. Maxim. (FILED IN STATE COURT ON 6/3/2026 SUBMITTED ATTACHED TO NOTICE OF REMOVAL [1] ). (et)**

**5:26-cv-03535-JGB-SP Notice has been electronically mailed to:**

Karen Y Cho    karen.cho@morganlewis.com, victoria.setio@morganlewis.com

Nicole L Antonopoulos    nicole.antonopoulos@morganlewis.com, robin.onaka@morganlewis.com

**5:26-cv-03535-JGB-SP Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Luna D Sol
2275 E Belding Dr
Palm Springs, CA 92262