# EXHIBIT L

Case 5:26-cv-03535-JGB-SP    Document 50-4    Filed 07/27/26    Page 1 of 2    Page ID #:1436

 **Language Access**

English

**No match found for case number 25VECV04709.**

Attorneys, You may also use the Attorney Portal to access your cases.

The Los Angeles Superior Court declares that information provided by and obtained from this site, intended for use on a case-by-case basis and typically by parties of record and participants, does not constitute the official record of the court. Any user of the information is hereby advised that it is being provided as is and that it may be subject to error or omission. The user acknowledges and agrees that the Los Angeles Superior Court is not liable in any way whatsoever for the accuracy or validity of the information provided.

This site includes case information for Civil, Small Claims, Family Law, and Probate.

Limited jurisdiction cases are cases in which the dollar amount or value of property in dispute does not exceed $35,000.00. This includes Small Claims and most Unlawful Detainers. General jurisdiction cases include all other matters.

View important information about unavailability of certain case types and unavailability of some case information.

Your Landlord Tenant (eviction) case may have been relocated. For more information, click here

CASE NUMBER [                    ]

FILING COURTHOUSE :   Select a Courthouse (Optional)

Search    CLEAR