MORGAN, LEWIS & BOCKIUS LLP
Karen Y. Cho, Bar No. 274810
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501
karen.cho@morganlewis.com

Nicole L. Antonopoulos, Bar No. 306882
1400 Page Mill Road
Palo Alto, CA  94304-1124
Tel:    +1.650.843.4000
Fax:   +1.650.843.4001
nicole.antonopoulos@morganlewis.com

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF
AMERICA CORPORATION, TRICIA
SHANKS, and PETER C. MAXIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>         Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual;  and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 5:26-cv-03535-JGB-SP<br><br>**DEFENDANTS' NOTICE OF INTENT TO APPEAR REMOTELY**<br><br>Date:        August 3, 2026<br>Time:       9:00 a.m.<br>Courtroom:  1, 2nd Floor |

**TO THE HONORABLE JESUS G. BERNAL AND ALL PARTIES:**

Pursuant to this Court's Standing Order, Defendants Bank of America, N.A., Bank of America Corporation, Tricia Shanks, and Peter C. Maxim (collectively "Defendants"), through counsel Karen Y. Cho and Nicole L. Antonopoulos, are providing notice of Defendants' counsel's intent to appear remotely at the hearings on Defendants' Motion to Compel Arbitration and Plaintiff Luna D'Sol's Motion to Remand, which are currently set for August 3, 2026, at 9:00 a.m.

Dated:  July 29, 2026                    MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Karen Cho*
Karen Y. Cho
Nicole L. Antonopoulos

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, TRICIA SHANKS, and PETER C. MAXIM

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

1                              Case No. 5:26-cv-03535-JGB-SP

**DEFENDANTS' NOTICE OF INTENT TO APPEAR REMOTELY**