LUNA D'SOL

Plaintiff, In Pro Per

Email Address: jravada@icloud.com

2275 E Belding Dr

Palm Springs CA 92262

Telephone: 213-925-4069

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL<br><br>                          Plaintiff,<br><br>                 VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br><br>                          Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**TABLE INDEX FOR PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUING (1) PLAINTIFF'S MOTION TO REMAND AND (2) DEFENDANTS MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. Jesus G. Bernal.<br>.         United States District Juge<br><br>  Date:   JULY 30rd, 2026<br>Courtroom:   1, 2nd floor<br><br>Complaint Filed: March 4th, 2026<br><br>Concurrently filed with: N PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUING (1) PLAINTIFF'S MOTION TO REMAND AND (2) DEFENDANTS MOTION TO COMPEL; MEMORANDUM; SUPPORTING DECLARATION AND PROPOSED ORDER |

TABLE INDEX
5:26-cv-03535-JGB-SP

**INDEX OF EXHIBITS**

**Application Plaintiff's Ex Parte Application for Order Continuing; and Memorandum of Points an Authorities**

**Declaration of Luna D'Sol in Support of Plaintiff's Ex Parte ………………….…… TAB 1 Application for Order Continuing**

Exhibit 56    June 26, 2026 Email Correspondence Regarding Notice of Removal and Service Issues

Exhibit 57    July 24, 2026 Meet-and-Confer Proposal Regarding Stipulated Continuance of Motion to Remand and Motion to Compel Arbitration

Exhibit58    July 30, 2026 Notice of Ex Parte Application, Meet-and-Confer Correspondence, and Voicemail Memorialization

TABLE INDEX
5:26-cv-03535-JGB-SP