EXHIBIT 56

**From:  Luna D'Sol** jravada@icloud.com
**Subject:**  Re: Meet and Confer Regarding Certificate of Service
**Date:**  July 22, 2026 at 15:20
**To:**  Antonopoulos, Nicole L.  nicole.antonopoulos@morganlewis.com,  Cho, Karen Y.  karen.cho@morganlewis.com



Ms. Nicole and Ms. Karen,

I just called and left a voicemail for each one of you

I am calling to meet and confer regarding the same request from yesterday

Please respond. I am available

# Luna D'Sol

 (213) 925-4069

 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

> On Jul 21, 2026, at 11:02, Luna D'Sol <jravada@icloud.com> wrote:
>
> Ms. Antonopoulos,
>
> I write to initiate a meet and confer regarding the Proof of Service accompanying Defendants' Notice of Removal.
>
> The Proof of Service states, in pertinent part:
>
> "I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit."
>
> According to the USPS tracking history, however, the package containing the Notice of Removal was returned to your office and was subsequently re-mailed. Because the package that was ultimately delivered necessarily bears a different postage meter date than the date represented in the Proof of Service, the declaration appears inconsistent with the actual mailing history.
>
> The language of the Proof of Service itself expressly recognizes that service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit stated in the declaration. Based on the USPS tracking history, it appears that this circumstance may exist here.
>
> Accordingly, I respectfully request that you review the mailing records and advise whether Defendants will file an amended or corrected Proof of Service accurately reflecting the mailing that was ultimately sent to Plaintiff. If you contend that the filed Proof of Service remains accurate, please explain the factual basis for that position.
>
> I am attempting to resolve this issue without Court intervention and look forward to your response.
>
> Sincerely,
>
> # Luna D'Sol
>
>  (213) 925-4069
>
>  jravada@icloud.com
>
> This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.