# EXHIBIT 57

**From:  Luna D'Sol**  jravada@icloud.com
**Subject:**  Meet and Confer Regarding Scheduling
**Date:**  July 24, 2026 at 19:12
**To:**  Antonopoulos, Nicole L.  nicole.antonopoulos@morganlewis.com,  Cho, Karen Y.  karen.cho@morganlewis.com



Nothing in this correspondence, including Plaintiff's proposal to stipulate to a continuance or coordinate the hearing dates, shall be construed as a waiver of any procedural, jurisdictional, substantive, evidentiary, or other rights, claims, objections, or remedies available to Plaintiff. Plaintiff expressly reserves all rights, including objections to the propriety of removal, service, jurisdiction, arbitration, and all other matters presently pending before the Court. This proposal is made solely as a good-faith effort to facilitate an orderly and efficient resolution of the pending motions and shall not be construed as an admission or concession on any issue.

Ms. Antonopoulos and Ms. Cho,

This email constitutes a meet and confer regarding the scheduling of the pending motions.

I have read Defendants' position expressing feelings that they were not afforded sufficient time to respond to my Motion to Remand. I found that position somewhat surprising given that, when Defendants removed this action to federal court, Plaintiff was expected to respond simultaneously, before she was served, to the Notice of Removal, the Motion to Compel Arbitration, and the accompanying filings within the applicable deadlines.

Nevertheless, in the interest of good faith and to avoid any claim of prejudice, I am willing to stipulate to continue the hearing on my Motion to Remand so that it is heard on the same date as my Motion for Sanctions. For purposes of efficiency, the Motion to Compel Arbitration will also have to be heard on that same date.

This would provide Defendants with additional time to address any issues they believe were omitted from their opposition to remand and, if appropriate, incorporate those matters into their opposition to the Motion for Sanctions as well. It would also allow the parties and the Court to address the related issues in a single hearing rather than through piecemeal proceedings.

If Defendants are agreeable to this proposal, please let me know at your earliest convenience. Otherwise, I will proceed accordingly.

Sincerely,

## Luna D'Sol

 (213) 925-4069
 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.