# EXHIBIT 58



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Re: Settlement Discussions
**Date:** July 30, 2026 at 07:05
**To:** Antonopoulos, Nicole L. nicole.antonopoulos@morganlewis.com, Cho, Karen Y. karen.cho@morganlewis.com

Ni Nicole,'

I just called again and left a voicemail. I wanted to discuss the same items I've been trying to talk to you about and submitting an ex parte application

> On Jul 29, 2026, at 13:33, Luna D'Sol <jravada@icloud.com> wrote:
>
> Dear Nicole,
>
> For settlement purposes only, I have been considering whether the parties may be better served if I were represented by independent counsel during settlement negotiations.
>
> Would your clients be willing to fund the reasonable fees necessary for me to retain an attorney of my choosing for the limited purpose of representing me in settlement negotiations?
>
> I believe that doing so could facilitate more efficient and productive discussions and provide your clients with the assurance that any settlement proposal has been reviewed by independent counsel before execution.
>
> This proposal is made solely for settlement purposes and without prejudice to, or waiver of, any claims, defenses, rights, or remedies of any party.
>
> I look forward to your response.
>
> Sincerely,
>
> ## Luna D'Sol
>
>  (213) 925-4069
>  jravada@icloud.com
>
> This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

## Luna D'Sol

 (213) 925-4069
 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.