LUNA D'SOL

Plaintiff, In Pro Per

Email Address: jravada@icloud.com

2275 E Belding Dr

Palm Springs CA 92262

Telephone: 213-925-4069

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL<br><br>                                     Plaintiff,<br><br>              VS.<br><br><br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br><br>                              Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR MOTION TO CONTINUE (1) PLAINTIFF'S MOTION TO REMAND; AND (2) DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br><br>Judge: Hon. Jesus G. Bernal.<br>.           United States District Juge<br><br><br>  Date:   July 30th, 2026<br>Courtroom:   1, 2nd floor<br><br><br>Complaint Filed: March 4th, 2026<br><br><br>Concurrently filed with: Plaintiff's Ex Parte Application for Motion to Continue (1) Plaintiff's Motion to Remand and (2) Defendant's Motion to Compel Arbitration; Memorandum; and Supporting Declaration. |

[PROPOSE] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION

On July 30th, 2026, Plaintiff Luna D'Sol ("Plaintiff") filed an Ex Parte Application requesting that this Court issue an order shortening time for hearing on Plaintiff's Motion to Continue the hearing dates of: (1) Plaintiff's Motion to Remand (currently scheduled for August 3, 2026); and (2) Defendants' Motion to Compel Arbitration (also currently scheduled for August 3, 2026) ("Motion to Continue").

The Ex Parte Application and Motion to Continue are based upon Defendants' assertion that they were not afforded sufficient time to prepare and file an opposition to Plaintiff's Motion to Remand due to the parties' dispute regarding service of the Notice of Removal and Defendants' Motion to Compel Arbitration. Plaintiff therefore requests that both motions be continued to August 24, 2026, the date currently set for Plaintiff's Motion for Sanctions, or as soon thereafter as is convenient for the Court. Defendants have not yet filed an opposition to the Motion for Sanctions, and that motion addresses many of the same service-related practices, factual issues, and litigation conduct that are also relevant to the Motion to Remand and Motion to Compel Arbitration. Aligning the hearing dates would afford Defendants a full opportunity to respond to those overlapping issues in a single, comprehensive opposition, promote judicial economy, reduce duplicative briefing, and permit the Court to consider the parties' positions on the shared factual record at the same time.

The Court, having considered Plaintiff's Ex Parte Application, any opposition or response thereto, the pleadings and papers on file, and finding good cause therefor, **HEREBY GRANTS** Plaintiff's Ex Parte Application. The Court further ORDERS that Plaintiff's Motion to Continue is granted, pursuant to the expedited briefing schedule applicable to the Ex Parte Application, and ORDERS as follows:

1. Plaintiff's Motion to Remand is continued to August 24, 2026, at 9:00 a.m.,(*alternatively to* _____) or as soon thereafter as this matter may be heard, in Courtroom 1 of the above-entitled Court, located at 3470 Twelfth Street, Riverside, California 92501.

2. Defendants' Motion to Compel Arbitration shall be heard on the same date as Plaintiff's Motion to Remand, and the hearing on Defendants' Motion to Compel Arbitration is

2

[PROPOSE] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION
5:26-cv-03535-JGB-SP

therefore continued to August 24, 2026, at 9:00 a.m., .,(*alternatively to*

_____) or as soon thereafter as this matter may be heard, in Courtroom 1 of the above-entitled Court, located at 3470 Twelfth Street, Riverside, California 92501.

IT IS SO ORDERED.

Dated: _____, 2026.

_____

HON. JESUS G. BERNAL

UNITED STATES DISTRICT JUDGE

[PROPOSE] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION
5:26-cv-03535-JGB-SP

**Plaintiff's Objections to the Declaration of Karen Y. Cho** ………………………… **Tab 2**

**Plaintiff's Objections to Defendants' Opposition**

**to Plaintiff's Motion to Remand** ……………………………………………………. **Tab 3**

**Plaintiff's Opposition to Defendants' Request for Judicial Notice** …………………. **Tab 4**

**Plaintiff's Request for Judicial Notice in Support of Reply to Defendants'**

- Exhibit J: Bank of America Employee's Website for Employment Verification
- Exhibit K: Peter Maxim Files an Answer
- Exhibit L: No Case Found Results LA Superior Court

4

[PROPOSE] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION