MORGAN, LEWIS & BOCKIUS LLP
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Nicole L. Antonopoulos, Bar No. 306882
nicole.antonopoulos@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF
AMERICA CORPORATION, TRICIA
SHANKS, and PETER C. MAXIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>              Plaintiff,<br><br>       vs.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 5:26-cv-03535-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**INDEX OF EVIDENCE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL FOR BAD FAITH PURSUANT TO THE COURT'S INHERENT POWER**<br><br>Date:         August 24, 2026<br>Time:         9:00 a.m.<br>Courtroom: 1, 2nd Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

INDEX OF EVIDENCE ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS
DB2/ 653050982.1

## INDEX

**Declaration of Karen Y. Cho in Support of Defendants' Opposition to Plaintiff's Motion for Sanctions Against Defendants and Their Counsel for Bad Faith Pursuant to the Court's Inherent Power** ................................................................................. **Tab 1**

Exhibit 1: Plaintiff's July 1, 2026 email to Defendants' counsel with threats of perjury charges, computer crimes, and bar sanctions

**Defendants' Request for Judicial Notice in Support of Opposition to Plaintiff's Motion for Sanctions Against Defendants and Their Counsel for Bad Faith Pursuant to the Court's Inherent Power** ............................................................. **Tab 2**

Exhibit 1: Plaintiff's Complaint filed on January 14, 2026 in the action *Luna D'Sol v. Jae H. Kim, et al.* in Los Angeles County Superior Court

Exhibit 2: Prior version of 28 U.S.C. § 1441(b) previously effective January 5, 2012

Dated: August 3, 2026                    MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Karen Y Cho*
        Karen Y. Cho
        Nicole L. Antonopoulos

        Attorneys for Defendants
        BANK OF AMERICA, N.A., BANK
        OF AMERICA CORPORATION,
        TRICIA SHANKS, and PETER C.
        MAXIM

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

2                          Case No. 5:26-cv-03535-JGB-SP

INDEX OF EVIDENCE ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS
DB2/ 653050982.1