# EXHIBIT 1

| | |
|---|---|
| **From:** | Luna D'Sol <jravada@icloud.com> |
| **Sent:** | Wednesday, July 1, 2026 2:22 PM |
| **To:** | Antonopoulos, Nicole L. |
| **Cc:** | Cho, Karen Y. |
| **Subject:** | Re: D'Sol v. Bank of America, N.A. et al - Privileged and Confidential Settlement Communication |

[EXTERNAL EMAIL]
Privileged and Confidential Settlement Communication



Corporate, Criminal, and Professional Exposure:
Let me be entirely clear about the stakes if we proceed to court:

- Perjury Charges: Any corporate executive or HR manager who signs a sworn affidavit or testifies to the validity of this manufactured agreement faces criminal perjury.
- Computer Crimes: Misusing electronic signature platforms, altering digital certificates, or falsifying electronic metadata violates state and federal computer fraud statutes.
- Bar Sanctions: Presenting known fraudulent metadata or forged contracts to a court constitutes a fraud upon the court, carrying immediate risk of disbarment and professional ruin for defense counsel.

1

████████████████████████████████████████

I am proceeding with filing my motions, including the motion for your disqualification.

Govern yourselves accordingly.

## Luna D'Sol

▦ (213) 925-4069

▣ jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

On Jun 30, 2026, at 14:40, Antonopoulos, Nicole L.
<nicole.antonopoulos@morganlewis.com> wrote:

Privileged and Confidential Settlement Communication

████████████████████████████████████████

**Nicole L. Antonopoulos**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304-1124
Direct: +1.650.843.7236 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
nicole.antonopoulos@morganlewis.com | www.morganlewis.com

 <image001.png>  <image002.png>  <image003.png>  <image004.png>  <image005.png>
<mg_info.txt>