# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

              Plaintiff,

      vs.

BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual;  and DOES 1 through 50, inclusive,

            Defendants.

Case No. 5:26-cv-03535-JGB-SP

Hon. Jesus G. Bernal

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL FOR BAD FAITH PURSUANT TO THE COURT'S INHERENT POWER**

Date:        August 24, 2026
Time:        9:00 a.m.
Courtroom:  1, 2nd Floor

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

## [PROPOSED] ORDER

Plaintiff Luna D'Sol's ("Plaintiff") Motion For Sanctions Against Defendants And Their Counsel For Bad Faith Pursuant To The Court's Inherent Power ("Motion") came on regularly for hearing on August 24, 2026 at 9 a.m. before the Honorable Jesus G. Bernal in Courtroom 1, 2nd Floor of the above-entitled Court, located at George E. Brown, Jr. Federal Building and United States Courthouse, Riverside.   The Court, having considered all papers filed in support of and in opposition to the Motion, and arguments of counsel, and for good cause shown, hereby **DENIES** Plaintiff's Motion for Sanctions.

Defendants Bank of America, N.A., Bank of America Corporation, and Tricia Shanks (collectively "Defendants") and their counsel have not engaged in any bad faith. Accordingly, Plaintiff is not entitled to an award of sanctions.

The Court also schedules a conference for _____ with the Parties to discuss limitations on similar filings in the future.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT
JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

2

Case No. 5:26-cv-03535-JGB-SP

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS