MORGAN, LEWIS & BOCKIUS LLP
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Nicole L. Antonopoulos, Bar No. 306882
nicole.antonopoulos@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF
AMERICA CORPORATION, TRICIA
SHANKS, and PETER C. MAXIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:26-cv-03535-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANTS AND THEIR COUNSEL FOR BAD FAITH PURSUANT TO THE COURT'S INHERENT POWER**<br><br>Date: August 24, 2026<br>Time: 9:00 a.m.<br>Courtroom: 1, 2nd Floor |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR SANCTIONS

DB2/ 653047553.1

**TO THE COURT AND PLAINTIFF:**

**PLEASE TAKE NOTICE** that in accordance with Federal Rule of Evidence 201, Defendants Bank of America, National Association ("BANA"), Bank of America Corporation ("BAC"), Tricia Shanks ("Shanks"), and Peter Maxim ("Maxim") (collectively the "Defendants") respectfully request that this Court take judicial notice of the following public documents:

1. Plaintiff's Complaint filed on January 14, 2026 in the action entitled *Luna D'Sol v. Jae H Kim et. al* in Los Angeles County Superior Court, Case No. 26STCV01294, a true and correct copy of which is attached as **Exhibit 1.**

2. A prior version of 28 U.S.C. § 1441(b), previously in effective on January 5, 2012, a true and correct copy of which is attached as **Exhibit 2.**

Federal Rule of Evidence 201 allows courts to take judicial notice of facts that are "not subject to reasonable dispute" because they are either, (1) "generally known within the trial court's territorial jurisdiction," or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

In addition, this Court may take judicial notice of the contents of Exhibit 1 because judicial notice of documents "filed in judicial or administrative proceedings" is proper. *Lopez v. Randstad US, L.P*, 2018 WL 6069509, at *1 (N.D. Cal. Nov. 20, 2018), aff'd sub nom. Martinez Lopez v. Randstad US, L.P*., 822 F. App'x 518 (9th Cir. 2020); *see also Santos v. County of Los Angeles Dep't of Children and Family Servs.*, 299 F. Supp. 2d 1070 (C.D. Cal. 2004) (taking judicial notice of records from a Los Angeles County Superior Court case).

Also, this Court may take judicial notice of the contents of Exhibit 2 because judicial notice of a prior version of a relevant statute at issue is proper. *Roe JB 65 v. Church of Jesus Christ of Latter-Day Saints,* 2025 WL 776634, at *6 (S.D. Cal. Mar. 11, 2025) (granting "judicial notice of a prior version of California Code of Civil

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

2                          Case No. 5:26-cv-03535-JGB-SP

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO
MOTION FOR SANCTIONS
DB2/ 653047553.1

Procedure § 340.1"); *Multiven, Inc. v. Cisco Sys., Inc.,* 725 F. Supp. 2d 887, 891 (N.D. Cal. 2010) (taking "judicial notice of the version of the statute pre-dating the 2008 amendments to the CFAA").

Defendants have furnished this Court with sufficient information to enable it to take judicial notice of the contents of Exhibits 1 – 2.  Accordingly, Defendants respectfully request that this Court take judicial notice of Exhibits 1 – 2.

Dated:  August 3, 2026                    MORGAN, LEWIS & BOCKIUS LLP


By  */s/Karen Cho*
                                    Karen Cho
                                    Nicole L. Antonopoulos

                                    Attorneys for Defendants
                                    BANK OF AMERICA, N.A., BANK
                                    OF AMERICA CORPORATION,
                                    TRICIA SHANKS, and PETER C.
                                    MAXIM

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

3                    Case No. 5:26-cv-03535-JGB-SP

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO
MOTION FOR SANCTIONS
DB2/ 653047553.1