LUNA D'SOL

Plaintiff, In Pro Per

Email Address: jravada@icloud.com

2275 E Belding Dr

Palm Springs CA 92262

Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| LUNA D'SOL<br><br>                                Plaintiff,<br><br>                VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br><br>                                Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**TABLE OF INDEX**<br><br>Judge: Hon. Jesus G. Bernal.<br>.          United States District Juge<br><br><br>  Date:   August 24rd, 2026<br>  Time:   8:30 am<br>Courtroom:   1, 2nd floor<br><br><br>Complaint Filed: March 4th, 2026<br><br><br>Concurrently filed with: Declaration of Luna D'Sol, Supplemental Declaration of Kevin Cohen, Plaintiff's Renewed Objection Motion to Vacate, Proposed Orders |

1

# INDEX OF EVIDENCE

**Tab 1**

Plaintiff's Reply in Support of Plaintiff's Motion for Sanctions

**Tab 2**

Supplemental Declaration of Luna D'Sol in Support of Plaintiff's Reply

- Exhibit 56
- Exhibit 57
- Exhibit 58
- Exhibit 59
- Exhibit 60
- Exhibit 61

**Tab 3**

Supplemental Declaration of Kevin H. Cohen

- Exhibit 1

**Tab 4**

Plaintiff's Renewed Objection to Defendants' Notice of Related Case and Request for Order Vacating Related-Case Designation

**Tab 5**

[Proposed] Order Granting Plaintiff's Request to Vacate Related-Case Designation

**Tab 6**

[Proposed] Order Granting Plaintiff's Request to Admit Defendants' Exhibit 2 Into Evidence and Consider It in Its Entirety

**Tab 7**

[Proposed] Order Granting Plaintiff's Motion for Sanctions

**Tab 8**

[Proposed] Order Granting Plaintiff's Motion to Remand

**Tab 9**

[Proposed] Order DENYING Defendants Motion to Compel Arbitraton