# EXHIBIT 56

