EXHIBIT 57

**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Transmission of Native .EML File Referenced in Plaintiff's Declaration
**Date:** August 9, 2026 at 14:12
**To:** Antonopoulos, Nicole L. nicole.antonopoulos@morganlewis.com, Cho, Karen Y. karen.cho@morganlewis.com

Counsel,

I am transmitting the attached native `.eml` file of the **July 28, 2025 email sent to me by Stephen Bird, Associate General Counsel & SVP for Bank of America**, which included Bank of America's Arbitration Policy as an attachment and stated, among other things, that I had received the policy by email on November 8, 2024 and a follow-up email on November 22, 2024.

This is the electronic file referenced in my declaration concerning my review of the PDF attachment and the document-property information displayed by Adobe Acrobat.

I am providing the native `.eml` file so that Defendants and their counsel possess the same electronic email and attachment that I reviewed and may independently examine them if they choose.

Please preserve the `.eml` file and its attachment in the form received.

## Luna D'Sol

 (213) 925-4069
 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

RE_ Formal Response - Action
Required [ -LT.FID372085].eml