EXHIBIT 58



**BANK OF AMERICA**

**ARBITRATION POLICY**

Bank of America strives to maintain a positive and productive work environment for all of its employees. Bank of America nonetheless recognizes that disagreements may arise between an employee and Bank of America, or between employees in a context that involves Bank of America, that cannot be resolved through internal procedures and processes. In such instances, Bank of America believes that the resolution of such disagreements can be best achieved on an efficient basis through external arbitration. For these reasons, Bank of America has adopted this Arbitration Policy ("Policy"). This Policy makes arbitration the required and exclusive forum for the resolution of all Covered Claims (as defined below), whether initiated by an employee or Bank of America.

For purposes of this Policy, "Bank of America" shall mean Bank of America Corporation, Bank of America, N.A., BofA Securities, Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, and/or any of its and their current, future and former parents, subsidiaries, affiliates, predecessors, successors or assigns.

I.     **Covered Claims**

Except for Excluded Claims (as that term is defined below), and to the maximum extent permitted by law, all disputes, claims, complaints, or controversies that any employee has had, has now, or has at any time in the future against Bank of America and/or any of its current, future and former officers, directors, employees, and/or agents (the "Company"), or that Bank of America has had, has now, or has at any time in the future against any employee, including, but not limited to, claims relating to breach of contract, tort claims, wrongful discharge, discrimination and/or harassment claims, retaliation claims, claims for overtime, wages, leaves, paid time off, sick days, compensation, penalties or restitution, or any other claim under any federal, state, or local statute, constitution, regulation, rule, ordinance, or common law, arising out of and/or directly or indirectly related to the employee's application for employment with the Company, the employee's employment with the Company, the terms and conditions of the employee's employment with the Company, and/or termination of the employee's employment with the Company (collectively