EXHIBIT 59



... for all of its employees. ... employee and Bank of ... not be resolved through ... the resolution of such ... . For these reasons, ... arbitration the required ... whether initiated by an

... ation, Bank of America, ... and/or any of its and their ... or assigns.

... extent permitted by law, ... ow, or has at any time in ... mer officers, directors, ... now, or has at any time ... breach of contract, tort ... ion claims, claims for ... tion, or any other claim ... or common law, arising ... ment with the Company, ... employee's employment with the Company, and/or termination of the employee's employment with the Company (collectively "Covered Claims"), are subject to arbitration pursuant to the terms of this Policy and will be resolved by arbitration and NOT by a court or jury. THE PARTIES HEREBY FOREVER WAIVE AND GIVE UP THE RIGHT TO HAVE A COURT OR A JURY DECIDE ANY COVERED CLAIMS.

II.    **Excluded Claims**

The following claims and disputes are not subject to this Policy ("Excluded Claims"):

A.    For employees registered with the Financial Industry Regulatory Authority ("FINRA"), claims that are required and eligible to be arbitrated under the FINRA