Exhibit 60

