## DECLARATION OF KEVIN COHEN

I, **Kevin Cohen**, declare as follows:

**1.** I am over eighteen years old. I am employed by Data Triage Technologies, LLC, a consulting company for computer forensics and electronic discovery where I have been President since 2001. I have been a Computer Forensic Consultant since 1998. I have personal knowledge of the facts stated herein and if called as a witness can testify thereto:

**2.** On July 1, 2026, I executed a declaration and accompanying Forensic Report concerning my examination of electronic files relevant to this dispute.

**3.** I have since been informed that this action was removed to the United States District Court for the Central District of California and is now pending as Case No. 5:26-cv-03535-JGB-SP.

**4.** Attached hereto as **Exhibit 1** is a true and correct copy of my Declaration in Support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration, executed on July 1, 2026,

**5.** This Supplemental Declaration is submitted solely to authenticate and adopt my previously executed Declaration and accompanying Forensic Report for use in this federal action following removal of this action. It does not alter, amend, supplement, or modify any opinion, finding, methodology, analysis, or conclusion contained therein.

**6.** Together with all exhibits incorporated therein, including Exhibit A (Curriculum Vitae) and Exhibit B (Forensic Report). This Supplemental Declaration authenticates and adopts that declaration and its attached exhibits for use in this federal action.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the state of California and if asked to do so would testify competently thereto. This declaration is signed in Los Angeles, California on August 7, 2026.

Kevin Cohen

2
SUPPLEMENTAL DECLARATION OF KEVIN COHEN
RE DECLARATION OF KEVIN COHEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO
COMPEL ARBITRATION