LUNA D'SOL

Plaintiff, In Pro Per

Email Address: jravada@icloud.com

2275 E Belding Dr

Palm Springs CA 92262

Telephone: 213-925-4069

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LUNA D'SOL | **Case No:** 5:26-cv-03535-JGB-SP |
|---|---|
| Plaintiff, | |
| VS. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S RENEWED OBJECTION TO NOTICE OF RELATED CASE AND VACATING RELATED-CASE DESIGNATION** |
| BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; PETER C MAXIM, an individual; and DOES 1 through 50, inclusive, | Judge: Hon. Jesus G. Bernal. .    United States District Juge |
| Defendant(s). | Date:   August 24th, 2026 Time:   8:30 am Courtroom:   1, 2nd floor |
| | Complaint Filed: March 4th, 2026 |
| | Concurrently filed with: Objection to Defendants' Notice of Related Case and Request to Vacate Related-Case Designation |

1

Having considered Plaintiff's Renewed Objection to Defendants' Notice of Related Case and Request to Vacate Related-Case Designation, the record before the Court, and the applicable authorities, the Court ORDERS as follows:

Plaintiff's request is **GRANTED**.

The related-case designation based upon Los Angeles County Superior Court Case No. 25VECV04709 ("D'Sol I") and Case No. 5:25-cv-03316-SSS-DTBx ("D'Sol II") is **VACATED**.

The Court's ruling is based upon the record identified in Plaintiff's renewed objection, including the Los Angeles Superior Court Clerk's September 15, 2025 Notice of Voiding of Filing concerning D'Sol I (ECF No. 17, Pl.'s RJN No. 8, Ex. H, PageID #:475), and the requirements for related cases under Local Rule 83-1.3.1.

**IT IS SO ORDERED.**

Dated: _____

_____

JESUS G. BERNAL

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF OBJECTION NOTICE OF RELATED CASES

5:26-cv-03535-JGB-SP