LUNA D'SOL

Plaintiff, In Pro Per

Email Address: jravada@icloud.com

2275 E Belding Dr

Palm Springs CA 92262

Telephone: 213-925-4069

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL<br><br>                                    Plaintiff,<br><br>                    VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br><br>                                    Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>[**PROPOSED] ORDER  GRANTING REMAND**<br><br><br>Judge: Hon. Jesus G. Bernal.<br>.          United States District Juge<br><br>  Date:   August 3rd, 2026<br>  Time:   8:30 am<br>Courtroom:   1, 2nd floor<br><br><br>Complaint Filed: March 4th, 2026<br><br><br>Concurrently filed with: Plaintiff's Reply ISO Motion for Sanctions, Supplemental Declarations of Luna D'Sol and Kevin Cohen, Notice to Vacate |

[PROPOSED] ORDER
5:26-cv-03535-JGB-SP

The Court, having considered Plaintiff's Motion to Remand, Defendants' Opposition, Plaintiff's Reply, the declarations, exhibits, requests for judicial notice, and the entire record in this action, hereby ORDERS:

1. **Plaintiff's Motion to Remand is GRANTED.**
2. Defendants, as the removing parties, have not carried their burden of establishing federal subject-matter jurisdiction.
3. Accordingly, pursuant to **28 U.S.C. § 1447(c), this action is REMANDED to the Superior Court of California, County of Riverside**, from which it was removed.
4. The Clerk shall transmit a certified copy of this Order to the Clerk of the Superior Court of California, County of Riverside.
5. Upon transmission of the certified copy of this Order, the Clerk shall close this federal action.

IT IS SO ORDERED.

Dated: _____, 2026

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER
5:26-cv-03535-JGB-SP