# Exhibit 62



RE: Personal Update pe

**Reed, Loren**
To ○ Shanks, Tricia; ○ Ravada, Julio
Cc ○ Maxim, Peter C
Retention Policy  Delete after 1095 days (3 years)          Expires  2/28/2028

Fri 2/28/2025 12:06 PM

Thank you for sharing!
We 100% support you during this transition.  Please let me know if there is anything you need from me or the leadership team.

From: Shanks, Tricia <patricia.a.shanks@bofa.com>
Sent: Thursday, February 27, 2025 12:59 PM
To: Ravada, Julio <julio.r.ravada@bofa.com>
Cc: Maxim, Peter C <peter.maxim@bofa.com>
Subject: RE: Personal Update pe

Hi Julio -  First and Foremost, THANK YOU for letting Peter and I know about your amazing decision to embrace your true self!!  I know this decision takes an immense amount of courage and I am so happy for you!  We will take our cues from you, in what you are comfortable in sharing with us and the team.  Please know we are here for encouragement, support and anything else that we may be able to provide assistance.

Additionally, I am not sure if you have looked/reviewed the resources the bank offers under Life Event Services in HR Connect.  If you have not, I did a quick look and it does look like we offer Life Event Services that may be beneficial to you.

Thank you and Please keep us updated -

Tricia

From: Ravada, Julio <julio.r.ravada@bofa.com>
Sent: Wednesday, February 26, 2025 8:48 PM
To: Shanks, Tricia <patricia.a.shanks@bofa.com>; Maxim, Peter C <peter.maxim@bofa.com>
Subject: Personal Update pe

Hi Tricia and Peter,

I am reaching to you to tell you about a matter that is essentially personal but will result in some changes at work. You will start to notice (or may have already noticed) some changes over the next several months as a I identify as a female and have started the transitioning process with hormone therapy since the beginning of this year. I have had feelings that question my gender identity, but I kept those feelings hidden and did my best to make my life work with my male body as my discomfort grew bigger. For the last 2 years outside of work I have been living as female. My friends call me Luna and last week I decided it was time to take action to start the process to change my name legally and will expect to be referred to as such once formalized which I will keep you and our company posted.