Exhibit 64

**From:** **Reed, Loren** loren.reed@bofa.com
**Subject:** Severance Summary Julio Ravada
**Date:** May 21, 2025 at 12:47
**To:** jravada@icloud.com
**Cc:** Shanks, Tricia patricia.a.shanks@bofa.com

LR

BANK OF AMERICA

This is a secure message.

Click here by 2025-05-28 19:47 UTC to read your message.
After that, open the attachment.

If you require assistance opening this message, please click here.

**Disclaimer**: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2024 Proofpoint, Inc. All rights reserved.

**SecureMessageAtt.html**
43 KB