Exhibit 65

**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Request for Statutory Method of Delivery
**Date:** December 8, 2025 at 18:19
**To:** Robin Onaka robin.onaka@morganlewis.com
**Cc:** Antonopoulos, Nicole L. nicole.antonopoulos@morganlewis.com



Dear Ms. Onaka,

Thank you for your email.

Please note that I do **not** consent to electronic service or to receiving documents through secure-link portals. As I have not provided written consent under FRCP 5(b)(2)(E), electronic delivery is not an authorized method of service in this matter.

Accordingly, please **provide the documents using a method of service authorized under FRCP 5(b)(2), other than electronic means, as I have not consented to electronic**. I will review the materials once they are delivered through a proper method.

Sincerely,
Luna D'Sol

Sent from my iPhone