Type text here

Exhibit 66

# PROFESSIONAL IMAGE STANDARDS

Recognizing that an associate's appearance projects Bank of America's image to the customer, bank associates are expected to dress in a professional manner. In an effort to be consistent throughout our affiliate, the following guidelines will serve as a reminder of the Professional Image Standards established at Bank of America.

It is the responsibility of managers and supervisors to ensure that associates are in compliance with these standards and to counsel associates whenever these standards are not upheld. Associates who report to work in unacceptable attire will be sent home to change and will NOT be paid for time missed. Repeated offenses should be documented under normal disciplinary guidelines.

## *Appropriate Attire*

**WOMEN**

- Dresses
- Hosiery
- Professional Blouse
- Professional Sweater
- Dress Slacks
- Pant Suits
- Conservative Accessories
- Appropriate Undergarments *(i.e. slips, etc.)*
- Skirts
- Dress Shoes
- Conservative Jewelry

**MEN**

- Slacks
- Dress Shoes
- Conservative Jewelry
- Appropriate Undergarments *(i.e. undershirt)*
- Sport Jackets
- Sweaters
- Suits
- Clean, neatly trimmed mustaches / beards
- Dress Shirt with Necktie
- Socks
- Belt
- Conservative Accessories

*Note:*
*As a general rule, the above business dress attire will be expected every day, unless specified by your Management Team. The appropriate attire for Business casual days is generally Bank of America logo wear or other collared shirts with slacks or skirts.*

X ______________________

## *Unacceptable Attire*

**WOMEN**

- No more than two earrings per ear lobe—no other piercings are acceptable
- Make-up that is extreme or distracting

**MEN**

- No earrings permitted—no other piercings are acceptable

**ALL**

- Excessive or distracting accessories / jewelry (thumb rings)
- Fingernails of any length, color or fashion that is distracting, impedes performance or affects safety
- Hair of any color or style that is unprofessional or distracting
- Visible or obvious tattoos
- Casual shoes: Mules, sandals, thongs, tennis, sport, athletic or deck shoes, hiking or construction type shoes / boots, or shoes that may pose a safety hazard
- Clothing with other companies' logos, advertising, writing, pictures, drawings, etc.
- Casual pants, including pedal pushers, knickers, shorts, drawstring waist pants, jeans, corduroys, pants with patch pockets, leg warmers or leggings, jumpsuits or sweats
- Very tight form-fitting, very baggy or very sheer / revealing clothing, which looks unprofessional
- Hats of any kind
- Bolo ties
- Fabrics inappropriate for the work environment would include revealing, sheer and see-through, entire outfit of leather / suede (trims ok), sequins, glitter, clinging knits or denim of any color (unless Bank-issued)
- Pagers or cell phones clipped to the body
- Anything that could be considered offensive, distracting or not in the best interest of our image to our clients will not be permitted

*This list of unacceptable attire is not intended to cover every possible unacceptable item. If you are uncertain about the appropriateness of particular items of clothing, accessory, hairstyle, etc., err on the side of conservatism, or discuss it with your manager prior to wearing it to work.*