Exhibit 67

- If an associate must leave work **before** working half (50%) of their scheduled hours, the absence will be counted as one occurrence.
- If an associate must leave work **after** working more than half (50%) of their scheduled hours, the absence will be tracked as a ½ occurrence.
- A combination of consecutive unscheduled ½ and full-days will count as one occurrence.

***Example:***
- An associate leaves two hours early on Monday due to personal illness. The associate continues to be out sick on Tuesday and Wednesday returning to work on Thursday.

- Two non-consecutive, unscheduled ½ days count as one occurrence.

**LAWS TO BE GIVEN CONSIDERATION:**

- **Family and Medical Leave Act of 1993 (FMLA)** - This law provides unpaid job protected time off for employees meeting the eligibility requirements and need to tend to their own or a family member's needs. All protected time off cannot be counted as occurrences. Time off may be taken on an intermittent basis and certain situations may not require an associate to be on an approved leave of absence. *(Example: Depending on the nature of the absence, some absences of four or more consecutive days but less than seven days may be protected under this law and would not be counted as an occurrence.)*
- **California Kin Care Leave Law - California Labor Code 233** - This law protects employees from discipline for using sick time to attend to the illness of a child, parent, spouse or domestic partner, only as to the number of days they are entitled to receive under the company's sick leave policy. Whenever an associate calls in due to one of these reasons and has occasional illness days available, the Bank **cannot count the absence as an occurrence** or **take disciplinary action** against the associate.
- **Washington Family Care Act** - This Act protects employees from discipline for using available paid time off benefits (occasional illness days, grandfathered sick days, or vacation) to attend to the illness of a child, parent, spouse or domestic partner. Any absence covered by the Act that is paid using available time off benefits **cannot be counted** as an occurrence.
- **The laws referenced above are not all inclusive.** Always contact Advice & Counsel for discussion on these and other state-specific laws which may influence disciplinary action.

**Paying for Absences**

Associates may receive occasional illness pay for their own illness, or to care for an ill spouse or domestic partner, child (including a child of a domestic partner) or parent. Once an associate's occasional illness pay is exhausted, additional absences should be unpaid (docked). However, management has the discretion to allow an associate to use available vacation time to fund an absence. If management allows this practice, the option must be consistently offered to all associates. In addition, the associate must be advised that the absence will still be counted as an occurrence. Management cannot require an associate to fund an absence with vacation time.

**Initiating Disciplinary Actions due to Excessive Occurrences**

Evaluate an associate's absence and tardy record by examining the twelve months proceeding the date of the current occurrence. Considerations, which may affect each individual's case, are:

- Number of occurrences (A *½ occurrence will not progress the associate to the next step of corrective action. Two 1/2 occurrences is equal to one occurrence.)*
- Overall attendance history (including absenteeism and tardiness)
- Length of service relative to overall attendance history
- Types of absences (i.e., absences where law or policy provides certain job protection)
- Pattern of occurrences (Monday/Friday, before/after holiday)