# Exhibit 69

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID D. SAMANI, SB# 280179
E-Mail: David.Samani@lewisbrisbois.com
PATRIK JOHANSSON, SB# 231769
E-Mail: Patrik.Johansson@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants JAE H. KIM, ESQ and JHK LAW, APC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, CENTRAL DISTRICT

LUNA D'SOL

Plaintiff,

vs.

JAE H. KIM, ESQ.; JHK LAW. APC; and DOES 1 THROUGH 25, inclusive,

Defendants.

Case No. 26STCV01294

**DEFENDANTS' NOTICE OF ERRATA TO DEMURRER TO FIRST AMENDED COMPLAINT AND MOTION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT**

Date: July 23, 2026
Time: 10:00 a.m.
Dept.: 34

[Assigned for all purposes to the Hon. Peter Hernandez- Dept. 34]

**Res. ID# 572501604305**

Action Filed: January 14, 2026
Trial Date: None Set

TO THE COURT AND PLAINTIFF *IN PROPRIA PERSONA*:

Defendants JAE H. KIM and JHK LAW, APC ("Defendants") hereby submit this Notice of Errata regarding their Demurrer to, and Motion to Strike Portions of, the First Amended Complaint in this action. At times, those briefs erroneously and inadvertently use masculine-gendered pronouns when referencing Plaintiff. This was an unintentional drafting error.

Defendants' counsel apologize to Plaintiff and the Court for the mistake.

DATED: July 2, 2026 LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ David D. Samani
DAVID D. SAMANI
Attorneys for Defendants JAE H. KIM and JHK LAW, APC

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

**CALIFORNIA STATE COURT PROOF OF SERVICE**
D'Sol v. Kim
Case No. 26STCV01294

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.

On July 2, 2026, I served true copies of the following document(s): DEFENDANTS' NOTICE OF ERRATA TO DEMURRER TO FIRST AMENDED COMPLAINT AND MOTION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Luna D'Sol<br>2275 E. Belding Dr.<br>Palm Springs, CA 92262<br>213.925.4069 Tel.<br>jravada@icloud.com | In Pro Per |

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from e-mail address marcia.cox@lewisbrisbois.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 2, 2026, at Los Angeles, California.

*/s/* Marcia Cox
Marcia Cox