Exhibit 71

**From:** **Antonopoulos, Nicole L.** nicole.antonopoulos@morganlewis.com
**Subject:** RE: RECAP JULY 9TH 2026
**Date:** August 10, 2026 at 15:05
**To:** Luna D'Sol jravada@icloud.com, Cho, Karen Y. karen.cho@morganlewis.com

NA

Hi Luna,

Could you please let us know if you have availability on Wednesday to meet and confer regarding your email below and your August 3, 2026 email regarding your intent to seek sanctions? Thank you.

**Nicole L. Antonopoulos**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304-1124
Direct: +1.650.843.7236 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
nicole.antonopoulos@morganlewis.com | www.morganlewis.com