# Exhibit 72

**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Call
**Date:** August 12, 2026 at 13:46
**To:** Antonopoulos, Nicole L. nicole.antonopoulos@morganlewis.com, Cho, Karen Y. karen.cho@morganlewis.com



Hi Nicole and Karen,

I just called you both and left a voicemail to each

I became avaialbe now for rest of the day, this is about your request from last Monday

Let me know when you;d like to connect

**Luna D'Sol**

📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.