Exhibit 73

Gmail Luna D'Sol <lunadsolts@gmail.com>

# Request of Letter

**Dr. Nick Ryan** <nick@insightchoices.com> Sat, Oct 4, 2025 at 1:38 PM
To: Luna D'Sol <lunadsolts@gmail.com>

Hi Luna,
I reviewed what you are requesting. Because the letter is being requested for a legal proceeding, I can not ethically provide such a letter. It may trigger my testimony in court for which I am not qualified. You require the testimony of a forensic psychologist, which I am not. I am willing to write a brief letter stating that I am seeing you in treatment for the mental health conditions for which you sought treatment. I cannot however provide a medical or psychological opinion.

Below is the letter I wrote. Please let me know if you want me to provide it or not.

Best,
Dr. Ryan

October 4, 2025

To Whom it may concern,

I am a licensed Marriage and Family Therapist in the State of California. I have been providing mental health treatment to Luna Del Sol beginning March 1, 2025. Luna Del Sol has been under my care for symptoms of depression, anxiety, grief, and post-traumatic stress. Symptoms have impact on her daily life including intermittent suicidal thoughts, isolation, crying, poor sleep, and poor appetite.

Sincerely,

Nick Ryan, Psy.D., LMFT, ATR-BC
Licensed Marriage and Family Therapist (37693)
Board Certified Art Therapist
Psychoanalyst

[Quoted text hidden]
--
Nick Ryan, Psy.D., LMFT, ATR-BC
(Pronouns: he/him)
Licensed Marriage & Family Therapist (MFT 37693)
Board Certified Art Therapist
Psychotherapy & Psychoanalysis
**Insight Choices**