Exhibit 74



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Recap of Meet and Confer
**Date:** August 14, 2026 at 08:27
**To:** Antonopoulos, Nicole L. nicole.antonopoulos@morganlewis.com, Cho, Karen Y. karen.cho@morganlewis.com

Nicole and Karen,

I am writing to memorialize my understanding of our August 13, 2026 telephone conference concerning the continued public disclosure of my former legal name.

During the call, I reiterated my request that Defendants remove, redact, or otherwise correct the filings publicly displaying my former legal name. I explained that my prior disclosure of that name in the unrelated state-court action occurred in the context of real-property and title records bearing that historical name and that I do not believe that circumstance establishes a need to republish the name in this action.

My understanding of Defendants' position from our conversation is as follows:

1. Defendants maintain that use of my former legal name was necessary to authenticate the state-court document and avoid confusion concerning my identity.
2. Defendants rely on the fact that my former legal name has previously appeared in public filings, including filings in other actions.
3. Defendants do not believe the circumstances constitute an emergency or provide a basis for ex parte relief.
4. Defendants suggested that I refrain from filing the contemplated ex parte application and instead wait for the Court to address the pending matters and provide guidance concerning how the parties should proceed.
5. Defendants did not agree during our conference to remove, redact, replace, or restrict public access to the challenged disclosures.

I also reiterated that the continued public association of my present legal identity with my former legal name is causing me serious distress and that I regard the matter as requiring immediate corrective action.

Accordingly, my understanding is that we were able to complete the meet-and-confer, but we did not reach agreement concerning the requested removal or redaction. I intend to proceed with my request for Court intervention, including my request that the challenged disclosures be stricken, redacted, or otherwise restricted from public access.

If any portion of the above materially misstates Defendants' position during our August 13 conference, please identify the specific correction in writing.

**Luna D'Sol**

📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.