LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br>Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO STRIKE, RESTRICT PUBLIC ACCESS TO, OR REQUIRE REDACTION OF FILINGS DISCLOSING PLAINTIFF'S FORMER LEGAL NAME; DENY DEFENDANTS' REQUEST FOR REMOTE APPEARANCE; AND FOR NARROWLY TAILORED PROTECTIVE RELIEF**<br><br>Judge: Hon. Jesus G. Bernal.<br>. United States District Juge<br><br>Courtroom: 1, 2nd floor<br><br>Complaint Filed: March 4th, 2026<br><br>Concurrently file: Ex parte application and supporting declaration |

The Court, having considered Plaintiff Luna D'Sol's Ex Parte Application, the Declaration of Luna D'Sol and supporting exhibits, the record in this action, and any opposition or other response submitted by Defendants, hereby ORDERS as follows:

1. PLAINTIFF'S EX PARTE APPLICATION

Plaintiff's Ex Parte Application is GRANTED IN PART as set forth below.

2. ECF NOS. 10-7 AND 61-1

With respect to ECF Nos. 10-7 and 61-1, to the extent those filings publicly disclose Plaintiff's former legal name:

[ ] The challenged portions are STRICKEN from the public record;

OR

[ ] Public access to the unredacted filings is TEMPORARILY RESTRICTED pending the filing of corrected, redacted versions;

AND/OR

[ ] Defendants shall file corrected versions in which Plaintiff's former legal name is replaced with "[Former Name]" or another neutral identifier approved by the Court.

Nothing in this Order prevents the Court from retaining or considering an unredacted version where necessary for adjudication.

3. CORRECTED FILINGS

Defendants shall file any corrected public versions ordered by the Court within ____ court days of entry of this Order.

The corrected versions shall preserve the substance of the filings and shall redact only the identifying information subject to this Order, unless the Court orders otherwise.

4. FUTURE PUBLIC DISCLOSURE

Defendants and their counsel shall refrain from publicly disclosing Plaintiff's former legal name in future filings in this action unless the disclosure is necessary to adjudication, is required by law, or is otherwise authorized by the Court.

Nothing in this paragraph prevents Defendants from presenting relevant evidence or advancing any legal or factual position before the Court using an appropriately redacted public filing or, where authorized, an unredacted filing submitted under seal or other restricted access.

5. SUBSEQUENTLY DEVELOPED RECORD

Nothing in this Order precludes the Court from considering Plaintiff's Declaration and supporting exhibits, including the subsequently developed record concerning the challenged disclosures, to the extent relevant and properly before the Court in resolving other pending matters.

6. DEFENDANTS' REQUEST FOR REMOTE APPEARANCE

Defendants' request for remote appearance at the August 24, 2026 hearing (ECF No. 54) is:

[ ] DENIED. Defendants' counsel shall appear in person.

[ ] GRANTED subject to such conditions as the Court may impose.

[ ] DEFERRED to the Court's determination at or before the hearing.

7. REMAINING RELIEF

Except as expressly provided above, the Court does not by this Order determine the merits of the parties' underlying claims, defenses, the pending Motion to Compel Arbitration, or the applicability of the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act.

IT IS SO ORDERED.

DATED: ____________________

______________________________

HON. JESUS G. BERNAL

UNITED STATES DISTRICT JUDGE