**MORGAN, LEWIS & BOCKIUS LLP**
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

**MORGAN, LEWIS & BOCKIUS LLP**
Nicole L. Antonopoulos, Bar No. 306882
nicole.antonopoulos@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, TRICIA SHANKS, and PETER C. MAXIM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL,<br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:26-cv-03535-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION**<br><br>Date: August 24, 2026<br>Time: 8:30 a.m.<br>Courtroom: 1, 2nd Floor |

# [PROPOSED] ORDER

The Court has considered Plaintiff Luna D'Sol's August 14, 2026 Ex Parte Application (ECF No. 65) ("Application"), Defendants' opposition, the record in this action, and the applicable law. For the reasons stated below, the Court ORDERS as follows:

1. The Court DENIES Plaintiff's Application.
2. The Court schedules a conference with the Parties to discuss and establish appropriate limitations on similar filings in the future for ________________________________.

**IT IS SO ORDERED.**

Dated:

______________________________________

**HON. JESUS G. BERNAL**
**UNITED STATES DISTRICT JUDGE**