LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br>Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**INEX OF EVIDENCE**<br><br>Judge: Hon. Jesus G. Bernal.<br>. United States District Juge<br><br>Courtroom: 1, 2nd floor<br><br>Complaint Filed: March 4th, 2026<br><br>Concurrently filed with: PLAINTIFF'S EX PARTE APPLICATION TO STRIKE ECF DOC 26, 26-1 THROUGH 26-10, NOTICE AND MEMORANDUM, SUPPORTING DECLARATION AND PROPOSED ORDER |

DECLARATION OF LUNA D'SOL IN SUPPORT OF ……………………………….TAB1
PLAINTIFF'S EX PARTE APPLICATION TO STRIKE
ECF DOC 26, 26-1 THROUGH 26-10

| Exhibit | Description |
|---|---|
| **75** | August 12, 2026 email from Plaintiff to Defendants' counsel requesting meet and confer and correction of docket associations |
| **76** | August 17, 2026 communication from Plaintiff to Defendants' counsel concerning the Ex Parte Application |
| **77** | USPS Tracking Record, Tracking No. 9534613159926197273985 |
| **78** | Photograph of envelope received from Defendants' counsel showing mailing label and postage information |
| **79** | Selected pages from December 5, 2025 payroll production, including BANK/LUNA0001–0002 and BANK/LUNA0159–0167, and accompanying production correspondence |
| **80** | December 9, 2025 email from Plaintiff to Nicole Antonopoulos concerning missing payroll records |
| **81** | December 15, 2025 correspondence from Nicole Antonopoulos accompanying supplemental production |
| **82** | Bank of America GHR Ticket No. 13911680 |
| **83** | July 17, 2025 email from Sack & Sack LLP transmitting agreement |
| **84** | Agreement transmitted July 17, 2025, with confidential or protected information redacted |
| **85** | July 18, 2025 email from Sack & Sack LLP transmitting replacement agreement |
| **86** | Replacement agreement transmitted July 18, 2025, with confidential or protected information redacted |

| Exhibit | Description |
|---|---|
| **87** | Comparison of relevant differences between the July 17 and July 18 agreement versions |
| **88** | July 18, 2025 email from Jonathan Sack |
| **89** | July 24, 2025, 7:35 a.m. email from Stephen D. Bird, with confidential or protected information redacted |
| **90** | July 24, 2025, 2:54 p.m. email from Stephen D. Bird, with confidential or protected information redacted |
| **91** | August 6, 2025 email from Grant MacQueen, with confidential or protected information redacted |
| **92** | August 19, 2025 email from Grant MacQueen |
| **93** | August 26, 2025 letter from Dr. Jason Halperin |

PROPOSED ORDER GRANTING PLAINTIFF'S EX PARTETAB..................... Tab2
APPLICATION TO STRIKE ECF DOC 26, 26-1
THROUGH 26-10

Respectfully submitted

Dated August 18, 2026

Luna D'Sol
LUNA D'SOL
Plaintiff, In Pro Per