EXHIBIT 77

ALERT: HURRICANE LALA IN HAWAII, SEVERE WEATHER IN THE UPPER MIDWEST AND OHIO ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9534613159926197273985

Copy Add to Informed Delivery

### Latest Update

Your item was delivered in or at the mailbox at 11:44 am on July 18, 2026 in PALM SPRINGS, CA 92262.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, In/At Mailbox**

PALM SPRINGS, CA 92262
July 18, 2026 11:44 AM

**Out for Delivery**

PALM SPRINGS, CA 92262
July 18, 2026 6:14 AM

**Arrived at Post Office**

PALM SPRINGS, CA 92262
July 18, 2026 6:03 AM

**Arrived at USPS Facility**

PALM SPRINGS, CA 92262
July 18, 2026 5:43 AM

**Departed USPS Facility**

SAN BERNARDINO CA DISTRIBUTION CENTER

Feedback

July 18, 2026 4:44 AM

**Arrived at USPS Facility**
SAN BERNARDINO CA DISTRIBUTION CENTER
July 17, 2026 3:41 PM

**Departed USPS Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
July 17, 2026 12:26 PM

**Arrived at USPS Facility**
SANTA CLARITA CA DISTRIBUTION CENTER
July 17, 2026 12:04 PM

**In Transit to Next Facility**
July 17, 2026 5:36 AM

**In Transit to Next Facility**
July 17, 2026 5:06 AM

**Departed USPS Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
July 17, 2026 5:05 AM

**Arrived at USPS Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
July 17, 2026 1:03 AM

**Departed USPS Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
July 17, 2026 12:25 AM

**Arrived at USPS Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
July 16, 2026 10:24 PM

**USPS in possession of item**
SAN FRANCISCO, CA 94188
July 16, 2026 6:01 PM

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates

## USPS Tracking Plus®

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until November 14, 2026. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

6 Months
**$2.50**

1 Year
**$3.00**

3 Years
**$3.75**

5 Years
**$4.75**

7 Years
**$5.80**

10 Years
**$7.00**

☐ I have read, understand, and agree to the **Terms and Conditions.**

**Confirm Selection**

## Product Information

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**