Exhibit 78


GND ADV
US POSTAGE PITNEY BOWES
ZIP 94111
02 7H
0006261121
$ 014.85⁰
JUL 16 2026
600 Montgomery Street, Suite 2300
San Francisco, CA 94111
Morgan Lewis
TO:
Luna D'Sol
2275 E Belding Drive
Palm Springs, CA 92262
UNITED STATES POSTAL SERVICE.
Retail
G
US POSTAGE PAID
$0.00
Origin: 94188
07/16/26
0568290008-32
USPS GROUND ADVANTAGE®
3 Lb 0.30 Oz
RDC 01
C020
SHIP TO:
2275 E BELDING DR
PALM SPRINGS CA 92262-6515
USPS TRACKING® #
9534 6131 5992 6197 2739 85