Exhibit 79

Morgan Lewis

**Nicole L. Antonopoulos**
Associate
+1.650.843.7236
nicole.antonopoulos@morganlewis.com

December 5, 2025

**VIA E-MAIL AND US MAIL**

Luna D'Sol
2275 E Belding Dr.
Palm Springs, CA 92262
jravada@icloud.com

Re: Luna D'Sol - Request for Payroll and Personnel Records

Dear Ms. D'Sol:

As discussed, please direct all future correspondence regarding this matter to myself and Karen Cho (karen.cho@morganlewis.com). In response to your request, I have enclosed your payroll records dating back three years (bates-stamped BANK/LUNA000001 - BANK/LUNA000167). Your personnel records will follow.

Sincerely,

N Antonopoulos

Nicole Antonopoulos

NLA

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 20143187 |
| Name | [redacted] |
| Home Address | 2275 E Belding Dr<br>Palm Springs, CA 92262 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - CA - Granada Hills - 16944 SAN FERNANDO MISSION BLVD - 16944 SANFERNANDO MISSIONBLVD (CA7118) |
| State Business ID# | |
| Cost Center | 0001121189 |
| GL Company | 2001 |
| Pay Rate | [redacted] |

| Payroll Details | |
|---|---|
| Pay Frequency | Semi-monthly |
| Pay Begin Date | 11/01/2022 |
| Pay End Date | 11/15/2022 |
| Advice # | N/A |
| Pay Date | 11/15/2022 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Single or Married filing separately |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | |
| W-4 - Deduction | |
| Tax Marital Status | Single or Married (with two or more incomes) |
| Allowances | 0 |
| Addl Withholding | $0.00 |

| Hours and Earnings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | | | | | [redacted] |
| [redacted] | | | | | | [redacted] | [redacted] |
| [redacted] | | | | | | [redacted] | [redacted] |
| [redacted] | | | | | | | [redacted] |
| [redacted] | | | | | | | [redacted] |
| [redacted] | | | [redacted] | 8 | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | | | [redacted] |
| [redacted] | | | | | | | [redacted] |
| [redacted] | [redacted] | [redacted] | | | | [redacted] | |
| [redacted] | [redacted] | [redacted] | | | | [redacted] | |
| [redacted] | [redacted] | [redacted] | [redacted] | 8 | [redacted] | [redacted] | |
| [redacted] | | | | | | [redacted] | [redacted] |

[redacted]

| | | | | |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] |

[redacted]

| | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| | | | [redacted] |

[redacted]

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

[redacted]

| | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] |

[redacted]

| | | | | | equals [redacted] |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted] the Global HR Service Center at 800.558.6044

# Payslip Details

| | | | | |
|---|---|---|---|---|
| [redacted] | | | | |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted]0 |
| [redacted] | | 0 | 0 | 80 |

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 20143187 |
| Name | [redacted] |
| Home Address | 2275 E Belding Dr<br>Palm Springs, CA 92262 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - CA - Palm Springs - 588 S Palm Canyon Dr - Palm Springs Main (CA0151) |
| State Business ID# | |
| Cost Center | 0001502501 |
| GL Company | 2001 |
| Pay Rate | [redacted] |

| Payroll Details | |
|---|---|
| Pay Frequency | Semi-monthly |
| Pay Begin Date | 05/16/2025 |
| Pay End Date | 05/31/2025 |
| Advice # | N/A |
| Pay Date | 05/30/2025 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Single or Married filing separately |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | |
| W-4 - Deduction | |
| Tax Marital Status | Single or Married (with two or more incomes) |
| Allowances | 0 |
| Addl Withholding | $0.00 |

| Hours and Earnings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Description | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | | [redacted] | [redacted] |
| [redacted] | | | [redacted] | 40 | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | | [redacted] | [redacted] |
| [redacted] | | | | | | [redacted] | [redacted] |

| [redacted] | | | | |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] |

| [redacted] | | | |
|---|---|---|---|
| [redacted] | [redacted] | Type | [redacted] |

| [redacted] | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

| [redacted] | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

| [redacted] | | | | | |
|---|---|---|---|---|---|
| | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

[redacted]LUNA000156

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| Description | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | 0 | 0 | 0 |

[redacted]

# Payslip Details

| Employee Details | |
|---|---|
| Person Number | 20143187 |
| Name | [redacted] |
| Home Address | 2275 E Belding Dr<br>Palm Springs, CA 92262 |
| Company | Bank of America, National Association<br>100 North Tryon Street<br>Suite 170<br>Charlotte, NC 28202 |
| Work Location | US - CA - Palm Springs - 588 S Palm Canyon Dr - Palm Springs Main (CA0151) |
| State Business ID# | |
| Cost Center | 0001502501 |
| GL Company | 2001 |
| Pay Rate | [redacted] |

| Payroll Details | |
|---|---|
| Pay Frequency | Semi-monthly |
| Pay Begin Date | 06/01/2025 |
| Pay End Date | 06/15/2025 |
| Advice # | N/A |
| Pay Date | 06/13/2025 |

| Tax Details | |
|---|---|
| Federal Tax Marital Status | Single or Married filing separately |
| Federal Allowances | 0 |
| Federal Addl Withholding | $0.00 |
| W-4 - Total Dependent Amount | |
| W-4 – Multiple Jobs or Spouse Work | No |
| W-4 – Other Income | |
| W-4 - Deduction | |
| Tax Marital Status | Single or Married (with two or more incomes) |
| Allowances | 0 |
| Addl Withholding | $0.00 |

## Hours and Earnings

| Description | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | |
|---|---|---|---|---|---|---|---|
| [redacted] | | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | | [redacted] | [redacted] |
| [redacted] | | | | | | [redacted] | [redacted] |
| [redacted] | | | | | | | [redacted] |
| [redacted] | | | | | | | [redacted] |
| [redacted] | | | | | | | [redacted] |
| [redacted] | | | | | | [redacted] | [redacted] |

| [redacted] | | | | |
|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | [redacted] | [redacted] |

| [redacted] | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| | | | [redacted] |

| [redacted] | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

| [redacted] | | |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| 401(k) Plan Loan (010) | [redacted] | [redacted] |
| 401(k) Plan Loan (011) | [redacted] | [redacted] |
| Pre-Paid Legal Plan (Regular) | [redacted] | [redacted] |
| RSU Vest Net | | [redacted] |
| Total (After-Tax Deductions) | [redacted] | [redacted] |

| [redacted] | | | | | |
|---|---|---|---|---|---|
| | [redacted] | [redacted] | less Taxes | less After-Tax Deductions | [redacted] |
| [redacted] | [redacted] | [redacted] | 95.88 | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

# Payslip Details

| Time Off (Note: If you are a salaried employee, benefit hours taken may not be reflected in the available balance) | | | |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | 0 | [redacted] |
| [redacted] | 0 | 0 | 0 |

[redacted]

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.** [redacted]

a Employee's soc. sec. no. [redacted]

Bank of America, National Association
100 North Tryon Street
Suite 170
Charlotte, NC 28202

d Control number

[redacted]

9

[redacted]

12b Code D [redacted]
12c Code AA [redacted]
12d Code DD [redacted]

X

[redacted]

15 State Employer's state ID number 16 State wages, tips, etc. [redacted] income tax
18 Local wages, tips, etc 19 Local income tax 20 Locality name

[redacted]

---

[redacted]

9

12a Code C [redacted]

[redacted]

17 State income tax
18 Local wages, tips, etc 19 Local income tax 20 Locality name

Form W-2 Wage and Tax Statement 2022 Dept. of the Treasury - IRS

---

[redacted]

C [redacted]

X

[redacted] 3

15 State Emp[redacted]wages [redacted] 17 State income tax
18 Local wages, tips, etc. 19 Local income tax 20 Locality name

Form W-2 Wage and Tax Statement 2022 Dept. of the Treasury - IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

---

**Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return** [redacted]

a Employee's soc. sec. no. [redacted]
1 [redacted]

b Employer ID number (EIN) [redacted]

c Employer's name, address, and ZIP code
Bank of America, National Association
100 North Tryon Street
Suite 170
Charlotte, NC 28202

d Control number

[redacted]

7 Social security tips 8 Allocated tips [redacted]
10 Dependent care benefits 11 Nonqualified pl[redacted] 12a Code [redacted]
13 Statutory employee 14 Other CASDI [redacted]
Retirement plan X
Third-party sick pay

[redacted]

17 State income tax
20 Locality name

[redacted]-2 Wage and Tax Statement BANKOFEUNA000160 Dept. of the Treasury - IRS

BW24UP NH 2585243 2 BW24UP

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.** [redacted]

a Employee's soc. sec. no. [redacted]

b Employer ID number (EIN) [redacted]

[redacted]

Bank of America, National Association
100 North Tryon Street
Suite 170
Charlotte, NC 28202

d Control number

e Employee's name, address, and ZIP code
[redacted]

7 Social security tips [redacted] | 9

10 [redacted]

[redacted]

15 State Employer's state ID number | 16 State wages, tips, etc. [redacted]

18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

Form W-2 Wage and Tax Statement 2023 [redacted]
This information is being furnished to the Internal Revenue Service

[redacted]

[redacted]

d [redacted]

[redacted]

9

12a Code C [redacted]

12b Code [redacted]

[redacted] wages, tips, etc. | 17 State income tax [redacted]

18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

[redacted]

**Copy C—For EMPLOYEE'S RECORDS** (See *Notice to Employee* on the back of Copy B.) [redacted]

a Employee's soc. sec. no. [redacted] | 1 Wages, [redacted]

[redacted]

c Employer's name, address, and ZIP code
Bank of America, National Association
100 North Tryon Street
Suite 170
Charlotte, NC 28202

d Control number

e [redacted]

7 Social security tips | 8 Allocated tips | 9

10 Dependent care benefits | 11 Nonqualified plans | [redacted] C [redacted]

13 Statutory employee | 14 Other CASDI [redacted]

Retirement plan X

Third-party sick pay

[redacted]

CA 022-2000-2 [redacted]

[redacted] state ID number | 16 State wages, tips, etc. | 17 State income tax

18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name

Form W-2 Wage and Tax Statement 2023 Dept. of the Treasury - IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return** [redacted]

a Employee's soc. sec. no. [redacted] | 1 Wages, tips, other comp. [redacted]

b Employer ID number (EIN) [redacted]

[redacted] ZIP code
Bank of America, National Association
100 North Tryon Street
Suite 170
Charlotte, NC 28202

d Control number

e [redacted]

7 Social security tips | 8 Allocated tips | 9

10 Dependent care benefits | 11 Nonqualified plans | [redacted] C [redacted]

13 Statutory employee | 14 [redacted]

Retirement plan X

Third-party sick pay

[redacted]

CA 022-2000-2 [redacted]

[redacted] | 17 State income tax

[redacted] | 20 Locality name

Form W-2 Wage and Tax Statement Dept. of the Treasury - IRS

BW24UP NTF 2585808 3 BW24UP

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.** OMB No. 1545-0029

a Employee's soc. sec. no. [redacted]
1 Wages [redacted]
2 Federal income tax withheld [redacted]
3 Social [redacted]
4 Social security tax withheld [redacted]
b Employer ID number (EIN) [redacted]
5 Medicare wages and tips [redacted]
6 Medicare tax [redacted]

c Employer's name, address, and ZIP code
Bank of America, National Association
100 North Tryon Street
Suite 170
Charlotte, NC 28202

d Control number

e Employee's name, address, and ZIP code
Luna D'Sol
2275 E Belding Dr
Palm Springs, CA 92262

7 Social security tips [redacted]
9
10 Dependent care benefits [redacted]
13 Statutory employee
14 Other
CASDI [redacted]
Retirement plan X
Third-party sick pay [redacted]

CA | 022-2000-2 [redacted]
15 State Employer's state ID number 16 State wages, tips, etc. [redacted]
18 Local wages, tips, etc. 19 Local income tax [redacted]

Form W-2 Wage and Tax Statement 2025 [redacted]
This information is being furnished to the Internal Revenue Service

**Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return** OMB No. 1545-0029

a Employee's soc. sec. no. [redacted]
1 Wages, tips, other comp. [redacted]
2 Federal income tax withheld [redacted]
3 Social security wages [redacted]
4 Social security tax withheld [redacted]
b Employer ID number (EIN) [redacted]
5 Medicare wages and tips [redacted]
6 Medicare tax withheld [redacted]

c Employer's name, address, and ZIP code
Bank of America, National Association
100 North Tryon Street
Suite 170
Charlotte, NC 28202

d Control number

e Employee's name, address, and ZIP code
Luna D'Sol
2275 E Belding Dr
Palm Springs, CA 92262

7 Social security tips
8 Allocated tips
9
10 Dependent care benefits
11 Nonqualified plans [redacted]
13 Statutory employee
14 Other
CASDI [redacted]
Retirement plan X
Third-party sick pay [redacted]

CA | 022-2000-2 [redacted]

[redacted]

**Copy C—For EMPLOYEE'S RECORDS** (See *Notice to Employee* on the back of Copy B.) [redacted]

a Employee's soc. sec. no. [redacted]
1 Wages [redacted]
b Employer ID number (EIN)
94-1687665
[redacted]
61042.59
6 Medicare [redacted]
885.12

c Employer's name, address, and ZIP code
Bank of America, National Association
100 North Tryon Street
Suite 170
Charlotte, NC 28202

d Control number

[redacted]

7 Social security tips
8 Allocated tips
9
10 Dependent care benefits
11 Nonqualified plans
12a [redacted]
C [redacted]
13 Statutory employee
14 Other [redacted]
Retirement plan X
Third-party sick pay [redacted]

CA | 022-2000-2 [redacted]

[redacted]

Form W-2 Wage and Tax Statement 2025 Dept. of the Treasury - IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return** OMB No. 1545-0029

a Employee's soc. sec. no. [redacted]
1 Wages, tips, other comp. [redacted]
2 [redacted]
3 Social security wages [redacted]
4 Social security tax withheld [redacted]
b Employer ID number (EIN) [redacted]

c Employer's name, address, and ZIP code
Bank of America, National Association
100 North Tryon Street
Suite 170
Charlotte, NC 28202

d Control number

e Employee's name, address, and ZIP code
Luna D'Sol
2275 E Belding Dr
Palm Springs, CA 92262

7 Social security tips
8 Allocated tips
9
10 Dependent care benefits
11 Nonqualified plans
12a Code C [redacted]
12b Code D [redacted]
12c Code
12d Code
13 Statutory employee
14 Other [redacted]
Retirement plan X
Third-party sick pay

CA | 022-2000-2 [redacted]
17 State income tax
20 Locality name
[redacted]

Dept. of the Treasury - IRS

5 BW24UP

In order for the information on this form to be effectively keypunched, it must be read upright. Therefore, attach this W-2 to your state, city, or local tax return as follows:







**NOTE: THIS W-2 IS ACCEPTABLE FOR FILING WITH YOUR FEDERAL, STATE, AND LOCAL/CITY INCOME TAX RETURNS.**

**Future developments.** For the latest information about developments related to Form W-2, such as legislation enacted after it was published, go to *www.irs.gov/FormW2*.

## Notice to Employee

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income tax credit (EITC).** You may be able to take the EITC for 2025 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EITC if your investment income is more than the specified amount for 2025 or if income is earned for services provided while you were an inmate at a penal institution. For 2025 income limits and more information, visit www.irs.gov/EITC. See also Pub. 596. Any EITC that is more than your tax liability is refunded to you, but only if you file a tax return.

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and the Social Security Administration (SSA).

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the SSA to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. The amount reported with code DD is not taxable.

**Credit for excess taxes.** If you had more than one employer in 2025 and more than $10,918.20 in social security and/or Tier 1 railroad retirement (RRTA) taxes were withheld, you may be able to claim a credit for the excess against your federal income tax. See the Form 1040 instructions. If you had more than one railroad employer and more than $6,409.20 in Tier 2 RRTA tax was withheld, you may be able to claim a refund on Form 843. See the Instructions for Form 843.

*(See also Instructions for Employee.)*

## Instructions for Employee

*(See also Notice to Employee.)*

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is not included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see the Form 1040 instructions.

You must file Form 4137 with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. (By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).)

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your tax return. *Elective deferrals* (codes D, E, F, and S) and designated Roth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $23,500 ($16,500 if you only have SIMPLE plans; $26,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $23,500. Deferrals under code H are limited to $7,000.

In order for the information on this form to be effectively keypunched, it must be read upright. Therefore, attach this W-2 to your state, city, or local tax return as follows:







**NOTE: THIS W-2 IS ACCEPTABLE FOR FILING WITH YOUR FEDERAL, STATE, AND LOCAL/CITY INCOME TAX RETURNS.**

## Instructions for Employee *(continued)*

**Box 12** *(continued)*

However, if you were at least age 50 in 2025, your employer may have allowed an additional elective deferral or designated Roth contribution (catch-up contribution) to your plan. For information about the limits on these catch-up contributions, including the higher limit if you were age 60 through 63 as of December 31, 2025, see Pub. 525. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Form 1040 instructions.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A**—Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Form 1040 instructions.

**B**—Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Form 1040 instructions.

**C**—Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5)

**D**—Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E**—Elective deferrals under a section 403(b) salary reduction agreement

**F**—Elective deferrals under a section 408(k)(6) salary reduction SEP (this includes elective deferrals made to a Roth SEP IRA)

**G**—Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H**—Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J**—Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K**—20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L**—Substantiated employee business expense reimbursements (nontaxable)

**M**—Uncollected social security or RRTA tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N**—Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P**—Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q**—Nontaxable combat pay. See the Form 1040 instructions for details on reporting this amount.

**R**—Employer contributions to your Archer MSA. Report on Form 8853.

**S**—Employee salary reduction contributions under a section 408(p) SIMPLE plan (this includes salary reduction contributions made to a Roth SIMPLE IRA)

**T**—Adoption benefits (not included in box 1). Complete Form 8839 to figure any taxable and nontaxable amounts.

**V**—Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525 for reporting requirements.

**W**—Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889.

**Y**—Deferrals under a section 409A nonqualified deferred compensation plan

**Z**—Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA**—Designated Roth contributions under a section 401(k) plan

**BB**—Designated Roth contributions under a section 403(b) plan

**DD**—Cost of employer-sponsored health coverage. The amount reported with code DD is not taxable.

**EE**—Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a tax-exempt organization section 457(b) plan.

**FF**—Permitted benefits under a qualified small employer health reimbursement arrangement

**GG**—Income from qualified equity grants under section 83(i)

**HH**—Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**II**—Medicaid waiver payments excluded from gross income under Notice 2014-7

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A.

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep Copy C of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.