Exhibit 80

**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Incomplete Payroll Record – Discrepancy Between Final Payslip and 2025 W-2
**Date:** December 9, 2025 at 11:47
**To:** Antonopoulos, Nicole L. nicole.antonopoulos@morganlewis.com, Onaka, Robin robin.onaka@morganlewis.com

Nicole and Onaka,,

I am confirming receipt of the payroll documents you provided. After reviewing the packet, I noted that the **last payslip included in your production** is located at **BANK/LUNA0158–0159**, reflecting the pay period **June 1–15, 2025**.

I also noted that the 2025 W-2 is located at **BANK/LUNA0166**.

There is a material inconsistency:

- The **YTD wage and tax amounts** in the final payslip you produced (June 1–15, 2025)

**do not match**

- The **wage and tax amounts reported on the W-2**.

This suggests that either:

1. **Payroll records after June 15, 2025 were not included**, or
2. **There were additional earnings, adjustments, or coding entries processed by the Bank that are not reflected in the documents produced.**

Please confirm whether:

(a) the June 1–15, 2025 payslip is truly the **final** 2025 pay record in the Bank's system, or
(b) additional 2025 payroll entries exist that were not included in your production.

This communication is limited to ensuring the accuracy and completeness of the documents the Bank has provided. It is not a settlement discussion.

Regards,

**Luna D'Sol**

📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.