# Exhibit 82

# My help requests

Have a question or concern? Open a help request and our Customer Support Team will get back to you as soon as possible.

Start a request

Check your help request status, send messages, or upload attachments.

Filter your requests:
◯ All ◯ Open ◯ Closed

**Request ID**
14092318

**Last Update**
Oct 13, 2025 8:23 PM

**Topic**
"Personnel File Requests

**Status**
Open - In Progress

**Request ID**
14002051

**Last Update**
Oct 3, 2025 6:15 AM

**Topic**
Response to Severance Over Payment

**Status**
Open - In Progress

Details
Please see attached letter

Current Agent
To be assigned

Created Date
Sep 23, 2025 1:58 PM

## Messages and Attachments

Add Message Add Attachment

Agent
Sep 23, 2025 1:58 PM

Letter in response to incorrect over payment ticket closure

Letter in Response to Ove...

Agent
Sep 23, 2025 1:58 PM

Dear JULIO,

Thank you for contacting us.

We have received your request and created TICKETID:14002051 for Response to Severance Over Payment for your reference.

To access this request, please log into My Benefits Resources, select "Your help requests" on the left border. You will then be directed to the "Your help requests" home page where you can review the response.

We're happy to chat with you about the completion of your Ticket. You can use Live Chat by accessing the Contact Us page. Representatives are available Monday through Friday (excluding certain holidays) between 8 a.m. and 8 p.m. Eastern.

Thank you,
Bank of America GHR Service Center

*** This is an automated email. Please do not reply to this email.***

---

**Request ID**
13911680

**Last Update**
Sep 25, 2025 1:11 PM

**Topic**
Possible Severance Overpayment

**Status**
Closed

Details
ppt is calling because he is insisting the last 2 payement he received which are June 30th and Jul 1st are overpayments . Please can help ppt look into this and can we start overpayment repayment process if the payments were overpayments

Agent | Created Date
My | Sep 12, 2025 10:09 AM

## Messages and Attachments

Agent

Sep 22, 2025 1:02 PM

Dear JULIO,

This message is to inform you that your issue has been resolved and this ticket has been closed. You may be able to verify the resolution or update(s) online.
The Corporate Severance Program immediately begins paying severance upon an employee's Severance Start Date (Termination Date +1) and continues severance installment payments until an employee's Form Due Date, at which time payments cease if the Corporate Severance Agreement has not been signed & returned. The payments you received on June 30th and July 15th were correct in accordance with the plan, as your Form Due Date in Workday was not until July 15, 2025.

If you need additional assistance, you may contact us as noted below.

To access this request, please log into My Benefits Resources, select “Your help requests” on the left border. You will then be directed to the “Your help requests” home page where you can review the response.

We’re happy to chat with you about the completion of your Ticket. You can use Live Chat by accessing the Contact Us page. Representatives are available Monday through Friday (excluding certain holidays) between 8 a.m. and 8 p.m. Eastern.

Thank you,
Bank of America GHR Service Center

***This is an automated email. Please do not reply to this email.***

Agent

Sep 22, 2025 1:02 PM

Dear JULIO,

This message is to inform you that your ticket for Possible Severance Overpayment has been resolved.

If you need additional assistance, you may contact us as noted below.

To access this request, please log into My Benefits Resources, select "Your help requests" on the left border. You will then be directed to the "Your help requests" home page where you can review the response.

We're happy to chat with you about the completion of your Ticket. You can use Live Chat by accessing the Contact Us page. Representatives are available Monday through Friday (excluding certain holidays) between 8 a.m. and 8 p.m. Eastern.

Thank you,
Bank of America GHR Service Center

***This is an automated email. Please do not reply to this email.***

---

**Request ID**
13823417

**Last Update**
Sep 16, 2025 5:21 AM

**Topic**
Retirement - Julio Ravada 20143187

**Status**
Closed

**Request ID**
13312168

**Last Update**
Jul 18, 2025 8:21 AM

**Topic**
Name and gender cjange

**Status**
Closed

# Need more help?

Contact Us

If you need help finding your request, you can contact us.