# Exhibit 83

**From:** **Sasha Pemberton** spemberton@sackandsack.com
**Subject:** Re: Updated Demand Breakdown – Physical Illness and Emotional Distress Allocation
**Date:** July 17, 2025 at 16:37
**To:** Julio Ravada jravada@icloud.com, Jonathan Sack jsack@sackandsack.com, Jonathan Sack jsack1@gmail.com, Queenie Paniagua qpaniagua@sackandsack.com

SP

Luna,

We just received the attached secure message and addendum. The new deadline to sign is tomorrow and it appears that they are unwilling to make any additional changes.

--
Sasha M. Pemberton, Esq.

Sack & Sack, LLP
70 E. 55th Street, 10th Floor
New York, NY 10022
Main: (212) 702-9000
Direct: (212) 224-0663
Email: SPemberton@sackandsack.com

BANK OF AMERICA

Logout

Reply | Reply All | Save As... | Help

## RE: Updated Demand Breakdown – Physical Illness and Emotional Distress Allocation

Digital Signature is VALID ✔

From: Bird, Stephen - Legal
To: jsack@sackandsack.com, Sasha Pemberton, gpaniagua@sackandsack.com
Cc:
Sent: 7/17/2025 7:08:21 PM
Attachments: Addendum - Ravada 7.10.25 FINAL (updated 7.17.25)(4383771.1).pdf

[redacted]

Stephen D. Bird
Associate General Counsel & SVP
Global Human Resources Legal
Legal Department
Bank of America
NY8-114-07-01, 114 West 47th Street
New York, NY 10036
T 212.852.3660 M 646.901.1864
stephen.bird@bofa.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and immediately permanently delete without reading further or forwarding to others*

**Addendum - Ravada 7.10.25 FINAL (updated 7.17.25)(4383771.1).pdf**