Exhibit 84

BANK OF AMERICA

**<u>Personal and Confidential</u>**
July 10, 2025

**Luna D'Sol**
**Person Number 20143187**

This addendum ("Addendum") [redacted]

1. **<u>Supplemental</u>** [redacted]

   a. [redacted]

   [redacted]

   c. [redacted] your attorneys' fees in the amount of One Hundred Seventy-Five Thousand Dollars and Zero Cents (**<u>$175,000.00</u>**). [redacted]

BANK OF AMERICA

- [redacted].

2. **Tax Indemnification Related to Supplemental Payment**. [redacted].

3. **No Admission of Liability.** [redacted]

4. **Review Period**. [redacted]

5. **Confidentiality of Terms**. [redacted]

BANK OF AMERICA

[redacted].

6. **<u>Entire Agreement.</u>** Paragraph 3.c of the CSP Agreement entitled "Entire Agreement" is hereby modified to include and incorporate by reference this Addendum. This Addendum supersedes and replaces all prior versions of this Addendum.

[redacted]

[redacted]

You acknowledge and agree that there are no other changes to the CSP Agreement besides those set forth above and that all other terms and conditions of the CSP Agreement remain the same. You acknowledge and agree that the terms and conditions outlined in the CSP Package govern and control the terms of the offer contained in this Addendum. You further acknowledge and agree that this Addendum is subject to all of the confidentiality provisions and exceptions of the CSP Agreement.

[redacted]

BANK OF AMERICA

[redacted]

ACKNOWLEDGED AND AGREED:

______________________________ __________________

Luna D'Sol Date
Person Number 20143187

On Behalf of Bank of America:

______________________________ __________________

Name: Date
Title: