Exhibit 85

**From:** **Sasha Pemberton** spemberton@sackandsack.com
**Subject:** Urgent: Updated version of separation agreement
**Date:** July 18, 2025 at 13:14
**To:** Luna D'Sol jravada@icloud.com, Jonathan Sack jsack@sackandsack.com
**Cc:** Queenie Paniagua qpaniagua@sackandsack.com, Jonathan Sack jsack1@gmail.com

Luna,

It looks like you signed the wrong version of the agreement. Please sign the version attached to this email.

Thank you,

--
Sasha M. Pemberton, Esq.

Sack & Sack, LLP
70 E. 55th Street, 10th Floor
New York, NY 10022
Main: (212) 702-9000
Direct: (212) 224-0663
Email: SPemberton@sackandsack.com

---

**From:** Luna D'Sol <jravada@icloud.com>
**Date:** Friday, July 18, 2025 at 3:11 PM
**To:** Jonathan Sack <jsack@sackandsack.com>
**Cc:** Queenie Paniagua <qpaniagua@sackandsack.com>, Sasha Pemberton <spemberton@sackandsack.com>, Jonathan Sack <jsack1@gmail.com>
**Subject:** Re: W-9 Tax Form

On Jul 18, 2025, at 11:48 AM, Jonathan Sack <jsack1@gmail.com> wrote:

**Addendum - Ravada 7.10.25 FINAL (updated 7.18.25)(4403011.1).pdf**
131 KB