Exhibit 86

BANK OF AMERICA

**Personal and Confidential**
July 10, 2025

**Luna D'Sol**
**Person Number 20143187**

This addendum ("Addendum") [redacted]

1. **Supplemental Payment.** [redacted]

    [redacted]

    b. [redacted].

    c. [redacted] your attorneys' fees in the amount of One Hundred Seventy-Five Thousand Dollars and Zero Cents (**$175,000.00**). [redacted]

BANK OF AMERICA

[redacted] [redacted].

2. **<u>Tax Indemnification Related to Supplemental Payment</u>**. [redacted]

3. **<u>No Admission of Liability.</u>** [redacted]

4. **<u>Review Period</u>**. [redacted] [redacted].

5. **<u>Confidentiality of Terms</u>**. [redacted]

BANK OF AMERICA

[redacted].

6. **Entire Agreement.** Paragraph 3.c of the CSP Agreement entitled "Entire Agreement" is hereby modified to include and incorporate by reference this Addendum. This Addendum supersedes and replaces all prior versions of this Addendum, including the Addendum sent to your counsel on July 17, 2025 that you conditionally signed on July 18, 2025 (and which you asserted was a conditional acceptance, predicated on the "express condition that the Bank formally reverse[] the denial of [your] medical leave and reinstate[] Sedgwick's prior approval of [your] leave of absence"—a condition Bank of America rejected, thus rendering that Addendum null and void.)

[redacted]

[redacted]

You acknowledge and agree that there are no other changes to the CSP Agreement besides those set forth above and that all other terms and conditions of the CSP Agreement remain the same. You acknowledge and agree that the terms and conditions outlined in the CSP Package govern and control the terms of the offer contained in this Addendum. You further acknowledge and agree that this Addendum is subject to all of the confidentiality provisions and exceptions of the CSP Agreement. As a material term to this Addendum, you acknowledge and agree that by signing the CSP Agreement and this Addendum, you have relinquished and released any and all claims arising out of or related to the denial of your Bank of America Short Term Disability leave claim (Leave number 4H2505NCCLN-0001).

[redacted]

BANK OF AMERICA

[redacted]

ACKNOWLEDGED AND AGREED:

____________________________ __________________

Luna D'Sol Date

Person Number 20143187

On Behalf of Bank of America:

____________________________ __________________

Name: Date

Title: