**Exhibit 87**

July 10, 2025

**Luna D'Sol**
**Person Number 20143187**

This addendum ("Addendum") [redacted]

1. **<u>Supplemental</u>** [redacted]

   a. [redacted]

   [redacted]

   c. [redacted] your attorneys' fees in the amount of One Hundred Seventy-Five Thousand Dollars and Zero Cents (**<u>$175,000.00</u>**). [redacted]

July 10, 2025

**Luna D'Sol**
**Person Number 20143187**

This addendum ("Addendum") [redacted]

1. **<u>Supplemental Payment.</u>** [redacted]

   [redacted].

   b. [redacted].

   c. [redacted] your attorneys' fees in the amount of One Hundred Seventy-Five Thousand Dollars and Zero Cents (**<u>$175,000.00</u>**). [redacted]

— [redacted].

2. __Tax Indemnification Related to Supplemental Payment__. [redacted]

3. __No Admission of Liability.__ [redacted]

4. __Review Period__. [redacted] [redacted].

5. __Confidentiality of Terms__. [redacted]

— [redacted].

2. __Tax Indemnification Related to Supplemental Payment__. [redacted].

3. __No Admission of Liability.__ [redacted]

4. __Review Period__. [redacted] [redacted]

5. __Confidentiality of Terms__. [redacted]

[redacted].

6. **Entire Agreement.** Paragraph 3.c of the CSP Agreement entitled "Entire Agreement" is hereby modified to include and incorporate by reference this Addendum. This Addendum supersedes and replaces all prior versions of this Addendum.

[redacted]

You acknowledge and agree that there are no other changes to the CSP Agreement besides those set forth above and that all other terms and conditions of the CSP Agreement remain the same. You acknowledge and agree that the terms and conditions outlined in the CSP Package govern and control the terms of the offer contained in this Addendum. You further acknowledge and agree that this Addendum is subject to all of the confidentiality provisions and exceptions of the CSP Agreement.

[redacted]

[redacted].

6. **Entire Agreement.** Paragraph 3.c of the CSP Agreement entitled "Entire Agreement" is hereby modified to include and incorporate by reference this Addendum. This Addendum supersedes and replaces all prior versions of this Addendum, including the Addendum sent to your counsel on July 17, 2025 that you conditionally signed on July 18, 2025 (and which you asserted was a conditional acceptance, predicated on the "express condition that the Bank formally reverse[] the denial of [your] medical leave and reinstate[] Sedgwick's prior approval of [your] leave of absence"—a condition Bank of America rejected, thus rendering that Addendum null and void.)

[redacted]

You acknowledge and agree that there are no other changes to the CSP Agreement besides those set forth above and that all other terms and conditions of the CSP Agreement remain the same. You acknowledge and agree that the terms and conditions outlined in the CSP Package govern and control the terms of the offer contained in this Addendum. You further acknowledge and agree that this Addendum is subject to all of the confidentiality provisions and exceptions of the CSP Agreement. As a material term to this Addendum, you acknowledge and agree that by signing the CSP Agreement and this Addendum, you have relinquished and released any and all claims arising out of or related to the denial of your Bank of America Short Term Disability leave claim (Leave number 4H2505NCCLN-0001).

[redacted]

[redacted]

ACKNOWLEDGED AND AGREED:

| | |
|---|---|
| Luna D'Sol | Date |
| Person Number 20143187 | |

On Behalf of Bank of America:

| | |
|---|---|
| Name: | Date |
| Title: | |

[redacted]

ACKNOWLEDGED AND AGREED:

| | |
|---|---|
| Luna D'Sol | Date |
| Person Number 20143187 | |

On Behalf of Bank of America:

| | |
|---|---|
| Name: | Date |
| Title: | |