# Exhibit 89

**From:** **Bird, Stephen - Legal** stephen.bird@bofa.com
**Subject:** RE: Formal Offer and Notice of Counsel Termination
**Date:** July 24, 2025 at 7:35 AM
**To:** jravada@icloud.com

Confidential – For Settlement Purposes Only

Luna,

On July 22, we received a written notification, entitled "Luna D'Sol v. Bank of America - Judiciary Law 475 Notice of Lien" from Jonathan Sack, advising as follows:

> "[P]lease note my firm's Charging Lien in the sum of $197,825. This charging Lien applies not only to proceeds paid in any settlement, but to the cause of actions to be asserted as well."

The issue of whether the lien is valid is between you and Jonathan. However, because the Bank received the above Notice, absent you producing a court order declaring the lien invalid or you resolving the lien issue with Jonathan, the Bank is not in a position to ignore the Notice of Lien as you request.

So, with respect to the Bank's final offer [redacted] $197,825 of that amount would have to be carved out and held pending resolution of your dispute of the lien with Jonathan.

Please let me know if you have any questions.

(This email is being sent without prejudice and with all rights, defenses and claims reserved.)

Stephen D. Bird
Associate General Counsel & Senior Vice President
Global Human Resources Legal
Legal Department
Bank of America
NY8-114-07-01, 114 West 47th Street
New York, NY 10036
T 212.852.3660 M 646.901.1864
stephen.bird@bofa.com

*This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and immediately permanently delete without reading further or forwarding to others.*