Exhibit 90

From: "Bird, Stephen - Legal" <stephen.bird@bofa.com>
Subject: RE: Formal Offer and Notice of Counsel Termination [ -LT.FID372085]
Date: July 24, 2025 at 2:54:23 PM PDT
To: jravada@icloud.com
Reply-To: stephen.bird@bofa.com

Confidential – For Settlement Purposes Only

Luna,

[redacted].

Also, as explained in my previous email of today, the dispute of the lien is between you and Jonathan. You will need to resolve the lien issue with Jonathan.

[redacted]

- [redacted]

[redacted]

- $175,000 for attorney’s fees (1099), as agreed to by Jonathan Sack at the time.

If you want to proceed with this final offer, Jonathan will need to agree with you to the $175,000 fee. As mentioned, given the lien Notice we cannot release amounts covered by the Notice absent a resolution between you and Jonathan.

Please let me know if you have any questions.

[redacted]

Stephen D. Bird
Associate General Counsel & SVP
Global Human Resources Legal
Legal Department
Bank of America
NY8-114-07-01, 114 West 47th Street
New York, NY 10036
T 212.852.3660 M 646.901.1864
stephen.bird@bofa.com

***This e-mail may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and immediately permanently delete without reading further or forwarding to others.***

<logo.png> <lock.gif>

This is a secure message.

Click here by 2025-07-31 14:35 UTC to read your message.
After that, open the attachment.

If you require assistance opening this message, please click here.

**Disclaimer**: This email and its content are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

Secured by Proofpoint Encryption, Copyright © 2009-2025 Proofpoint, Inc. All rights reserved.

<SecureMessageAtt.html>

This message, and any attachment(s), is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/electronic-disclaimer. If you are not the intended recipient, please delete this message. For more information about how Bank of America protects your privacy, including specific rights that may apply, please visit the following pages: https://business.bofa.com/en-us/content/global-privacy-notices.html (which includes global privacy notices) and https://www.bankofamerica.com/security-center/privacy-overview/ (which includes US State specific privacy notices such as the http://www.bankofamerica.com/ccpa-notice).