# Exhibit 91

**From:** **MacQueen, Grant** grant.macqueen@morganlewis.com
**Subject:** RE: Notice of Formal Civil Rights Filing – CRD Case No. 202508-30618706
**Date:** August 6, 2025 at 09:52
**To:** Julio Ravada jravada@icloud.com
**Cc:** Shaulson, Samuel S. sam.shaulson@morganlewis.com, Hale, Ashley J. ashley.hale@morganlewis.com

GM

PRIVILEGED & CONFIDENTIAL: FOR SETTLEMENT PURPOSES ONLY

Ms. D'Sol:

[redacted]

[redacted]

[redacted]

[redacted]

- [redacted]

[redacted]

- [redacted] [redacted]:

[redacted]

[redacted]

- [redacted]
- [redacted].

[redacted]:

- You previously signed the CSP Agreement and CSP Addendum (for a total of [redacted], which included [redacted] under the terms of the CSP and $175,000 paid to Mr. Sack). However, you revoked your acceptance of that settlement.
- You can accept that offer once again by signing the CSP Agreement and CSP Addendum (which will result in healthcare reinstatement at the active employee rate under the terms of the CSP). Under that arrangement, the Bank will place $175,000 in escrow pending the resolution of your dispute with Mr. Sack and assuming you do not breach the CSP Agreement and do not disclose confidential settlement communications.
  - Please let us know if you want to accept the offer and we will send over the CSP Agreement and a revised CSP Addendum for signature.

Thank you,
Grant

**Grant MacQueen**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6214 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Liz Salas | +1.212.309.6323 | liz.salas@morganlewis.com
grant.macqueen@morganlewis.com | www.morganlewis.com

