# Exhibit 92

**From:** **MacQueen, Grant** grant.macqueen@morganlewis.com
**Subject:** RE: Request for Copy of Lien Communication from Sack Law – Urgent
**Date:** August 19, 2025 at 12:00
**To:** Julio Ravada jravada@icloud.com
**Cc:** Shaulson, Samuel S. sam.shaulson@morganlewis.com, Hale, Ashley J. ashley.hale@morganlewis.com

Dear Luna:

Without agreeing to any characterizations in your email, the Bank responds that Jonathan Sack informed the Bank by email that his firm claims a charging lien applicable to your claims against the Bank in the sum of $197,825. Mr. Sack confirmed that he had advised you of the charging lien as well.

Separately, we request again that you provide us with a copy of your draft complaint that was the subject of our exchange last Friday.

Regards,
Grant

**Grant MacQueen**
**Morgan, Lewis & Bockius LLP**
101 Park Avenue | New York, NY 10178-0060
Direct: +1.212.309.6214 | Main: +1.212.309.6000 | Fax: +1.212.309.6001
Assistant: Liz Salas | +1.212.309.6323 | liz.salas@morganlewis.com
grant.macqueen@morganlewis.com | www.morganlewis.com

GLOBAL IMPACT OF THE
US ADMINISTRATION
Visit our resource center