Exhibit 93

mrn 1370248605

DAP Health
Stonewall Medical Center
68555 Ramon Rd
Cathedral City, Ca 92234
760-507-3310 P
858-634-6977 F

August 26, 2025

Patient: **Luna**
Date of Birth: **11/20/1984**
Date of Visit: **8/26/2025**

*To Whom It May Concern:*

I am a licensed physician in the State of California specializing in infectious disease. I am the treating physician for Luna D'Sol. Luna was diagnosed with HIV in March 2025. Due to interruption in treatment, this condition substantially endangers Luna's health. In my professional opinion, it is essential that my patient have access to medical insurance to cover her life saving medication. If you have any questions please don't hesitate to contact me.

Respectfully,

MD

HALPERIN, JASON, MD