LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br>Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO STRIKE ECF Docs 26, 26-1 through 26-10**<br><br>Judge: Hon. Jesus G. Bernal.<br>. United States District Juge<br><br>Courtroom: 1, 2nd floor<br><br>Complaint Filed: March 4th, 2026<br><br>Concurrently filed with: PLAINTIFF'S EX PARTE APPLICATION TO STRIKE ECF Docs 26, 26-1 through 26-10, Memorandum and supporting declaration |

The Court, having considered Plaintiff Luna D'Sol's Ex Parte Application, the Declaration of Luna D'Sol and exhibits thereto, Defendants' response, if any, and the record in this action, hereby ORDERS as follows:

Plaintiff's Ex Parte Application is GRANTED IN PART as set forth below.

| **No.** | **Requested Relief** | **Court's Ruling** |
|---|---|---|
| 1 | Plaintiff's request to strike ECF Nos. 26 and 26-1 through 26-10. | ☐ GRANTED ☐ DENIED |
| 2 | Alternatively, Plaintiff's request that ECF Nos. 26 and 26-1 through 26-10 be disregard or not relied upon beyond the procedural purpose for which they were filed. | ☐ GRANTED ☐ DENIED |
| 3 | Plaintiff's request for a finding that the physical mailing identified in ECF No. 27 did r contain ECF Nos. 26, 26-1, or 26-2. | ☐ GRANTED ☐ DENIED |
| 4 | Plaintiff's request for leave to file a substantive response to ECF No. 26 within a peric established by the Court. | ☐ GRANTED ☐ DENIED |
| 5 | Plaintiff's request that the Court disregard, for purposes of the pending proceedings citation in ECF No. 60 to "ECF No. 26-2 at Page ID 793-797," because PageID 793-797 i contained in ECF No. 26-8 rather than ECF No. 26-2. | ☐ GRANTED ☐ DENIED |
| 6 | Plaintiff's request that her previously filed objections to duplicated materials remair applicable to the same underlying materials notwithstanding their reproduction unc ECF Nos. 26-1 through 26-10. | ☐ GRANTED ☐ DENIED |

To the extent leave to respond is granted, Plaintiff shall file her response to ECF No. 26 no later than ____________, 2026.

Nothing in this Order determines the substantive merits, authenticity, admissibility, or evidentiary weight of any underlying document reproduced within ECF Nos. 26-1 through 26-10, except to the extent expressly stated above.

IT IS SO ORDERED.

Dated: ___________________, 2026

_______________________________

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE