# EXHIBIT 2

**From:** Antonopoulos, Nicole L.
**Sent:** Monday, August 17, 2026 5:08 PM
**To:** 'Luna D'Sol'; Cho, Karen Y.
**Subject:** RE: Identified Discrepancies

Hi Luna,

We don't understand what relief you are seeking. Can you please clarify? Thank you.

**Nicole L. Antonopoulos**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304-1124
Direct: +1.650.843.7236 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
nicole.antonopoulos@morganlewis.com | www.morganlewis.com

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Monday, August 17, 2026 4:00 PM
**To:** Antonopoulos, Nicole L. <nicole.antonopoulos@morganlewis.com>; Cho, Karen Y. <karen.cho@morganlewis.com>
**Subject:** Re: Identified Discrepancies

[EXTERNAL EMAIL]

Hi,,

I am following up on my prior meet-and-confer request concerning ECF No. 26. I also called you today and left a voicemail in an effort to resolve this issue without Court intervention.

As previously explained, I requested that Defendants stipulate to seek correction of the docket concerning ECF No. 26 and its association with my ex parte application. I have not received a response to that request.

Absent a response and agreement to promptly address the issue, I intend to submit an ex parte application requesting appropriate relief from the Court concerning ECF No. 26, its service and docketing, and Defendants' subsequent reliance upon materials filed within ECF No. 26.

If Defendants are willing to stipulate or otherwise resolve the issue without Court intervention, please advise me promptly.

This email is intended to document my continued good-faith effort to meet and confer before seeking relief from the Court.

Regards,

**Luna D'Sol**

(213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

On Aug 12, 2026, at 13:58, Luna D'Sol <jravada@icloud.com> wrote:

Nicole and Karen,

I have completed a reconciliation of the filings associated with the pending motions and identified several apparent inconsistencies in the assignment or association of documents to particular motions. Some involve my own filings, which I intend to correct or clarify by Notice of Errata, while others involve filings submitted by Defendants.

Before filing anything that characterizes Defendants' filings or their intended association, I am providing the attached table for your review. Please let me know whether Defendants agree with the motion associations identified for their filings, or identify any entries with which you disagree.

My objective is limited to ensuring that the docket accurately reflects which existing documents correspond to each motion; I am not proposing any alteration to the substance of either party's briefing.

If we agree on the reconciliation, I would prefer to advise the Court that the relevant associations are undisputed rather than present Defendants' entries unilaterally.

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 5 — Proof of Service | Yes | Yes | |
| 19 — Plaintiff's Response in Opposition to Defendants Notice of Related Cases | No | Yes | ADD. ECF 19's own caption identifies it as the Plaintiff's Response in Opposition to Defendants Notice of Related Cases.. |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 11 — Request for Judicial Notice | Yes | Yes | |
| 13 — Proof of Service | Yes | Yes | |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 26 — Opposition (to Ex Parte Application) | Yes | No | REMOVE. ECF 26's own caption: "Defendants' Opposition to Plaintiff's Ex Parte Application for Order Continuing Defendants' Motion to Compel Arbitration..." It opposes ECF Nos. 32/33, not ECF No. 10 |
| 27 — Proof of Service | Yes | Yes | |
| 35 — Reply | Yes | Yes | |
| 36 — Proof of Service | Yes | Yes | |
| 42 — Declaration | Yes | Yes | |
| 43 — Objection/Opposition | Yes | Yes | |
| 44 — Proof of Service | Yes | Yes | |
| 52 — Plaintiff's Objections to Cho Declaration | No | Yes | ADD. ECF 52's caption: "...in Support of Defendants' Motion to Compel Arbitration and Stay Action" (PageID #:1448). PACER omits it from ECF 10 entirely. |
| 51 – Opposition to RJN | No | Yes | ADD (in addition to ECF 28, below). ECF 51's caption opposes RJNs filed in support of both the Remand Opposition and the Motion to Compel Arbitration (PageID #:1440). PACER lists it only under ECF 28. |
| 56 — Reply (Amended) | Yes | Yes | |
| 57 — Objection/Opposition | Yes | Yes | |
| 58 — Scheduling Notice | Yes | Yes | |
| 59 — Objection/Opposition | Yes | Yes | |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 29 — Memorandum in Support | Yes | Yes | |
| 31 — Declaration | Yes | Yes | |
| 37 — Opposition | Yes | Yes | |
| 38 — Request for Judicial Notice | Yes | Yes | |
| 39 — Proof of Service | Yes | Yes | |
| 49 — Reply | Yes | Yes | |
| 50 — Request for Judicial Notice | Yes | Yes | |
| 51 — Opposition to RJNs | Yes | Yes | |
| 52 — Plaintiff's Objections to Cho Declaration | Yes | No | REMOVE. ECF 52's own caption confirms it was filed in support of Plaintiff's objections to Defendants' Motion to Compel Arbitration (ECF 10) (PageID #:1448) — not the Remand Motion. PACER has it under the wrong motion, not merely missing from the right one. |
| 53 — Objection/Opposition | Yes | Yes | |
| 58 — Scheduling Notice | Yes | Yes | |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 33 — Declaration ISO Ex Parte Application | Yes | Yes | |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 26 — Defendants' Opposition to Ex Parte Application | No | Yes | ADD. ECF 26's own caption identifies it as the opposition to this application. PACER's ECF 32/33 block shows no link to its own opposition. |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 45-1 - Proposed Order | No | Yes | ADD ECF Doc 45-1's own caption is Proposed Order Granting Motions for Sanctions |
| 46 — Declaration | Yes | Yes | |
| 47 — Memo/Declaration | Yes | Yes | |
| 48 — Proof of Service | Yes | Yes | |
| 60 — Response in Opposition to Motionx | Yes | Yes | |
| 61 — Defendants RJN | Yes | Yes | |

**Luna D'Sol**
(213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.