# EXHIBIT 4

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Tuesday, August 18, 2026 9:58 AM
**To:** Antonopoulos, Nicole L.; Cho, Karen Y.
**Subject:** Re: Identified Discrepancies

[EXTERNAL EMAIL]

Nicole and Karen.

I am writing to correct my prior email. I inadvertently stated that Defendants would have 48 hours to respond to the ex parte application. Upon further review, I realized that the applicable response period is 24 hours.

Accordingly, please disregard my prior reference to 48 hours and treat this email as correcting that inadvertent error. I apologize for the confusion.

Luna D'Sol

> On Aug 18, 2026, at 00:05, Luna D'Sol <jravada@icloud.com> wrote:
>
> Nicole,
>
> Let me quote my August 12 2026 which is here below "My objective is limited to ensuring that the docket accurately reflects which existing documents correspond to each motion; I am not proposing any alteration to the substance of either party's briefing.If we agree on the reconciliation, I would prefer to advise the Court that the relevant associations are undisputed rather than present Defendants' entries unilaterally"
>
> Please reply to the motion within 48 hours and, this time, make sure it is uploaded as an opposition to my ex parte application
>
> Ty
>
>> On Aug 12, 2026, at 13:58, Luna D'Sol <jravada@icloud.com> wrote:
>>
>> Nicole and Karen,
>>
>> I have completed a reconciliation of the filings associated with the pending motions and identified several apparent inconsistencies in the assignment

or association of documents to particular motions. Some involve my own filings, which I intend to correct or clarify by Notice of Errata, while others involve filings submitted by Defendants.

Before filing anything that characterizes Defendants' filings or their intended association, I am providing the attached table for your review. Please let me know whether Defendants agree with the motion associations identified for their filings, or identify any entries with which you disagree.

My objective is limited to ensuring that the docket accurately reflects which existing documents correspond to each motion; I am not proposing any alteration to the substance of either party's briefing.

If we agree on the reconciliation, I would prefer to advise the Court that the relevant associations are undisputed rather than present Defendants' entries unilaterally.

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 5 — Proof of Service | Yes | Yes | |
| 19 — Plaintiff's Response in Opposition to Defendants Notice of Related Cases | No | Yes | ADD. ECF 19's own caption identifies it as the Plaintiff's Response in Opposition to Defendants Notice of Related Cases.. |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 11 — Request for Judicial Notice | Yes | Yes | |
| 13 — Proof of Service | Yes | Yes | |
| 26 — Opposition (to Ex Parte Application) | Yes | No | REMOVE. ECF 26's own caption: "Defendants' Opposition to Plaintiff's Ex Parte Application for Order Continuing Defendants' Motion to Compel Arbitration..." It opposes ECF Nos. 32/33, not ECF No. 10 |
| 27 — Proof of Service | Yes | Yes | |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
| --- | --- | --- | --- |
| 35 — Reply | Yes | Yes | |
| 36 — Proof of Service | Yes | Yes | |
| 42 — Declaration | Yes | Yes | |
| 43 — Objection/Opposition | Yes | Yes | |
| 44 — Proof of Service | Yes | Yes | |
| 52 — Plaintiff's Objections to Cho Declaration | No | Yes | ADD. ECF 52's caption: "…in Support of Defendants' Motion to Compel Arbitration and Stay Action" (PageID #:1448). PACER omits it from ECF 10 entirely. |
| 51 – Opposition to RJN | No | Yes | ADD (in addition to ECF 28, below). ECF 51's caption opposes RJNs filed in support of both the Remand Opposition and the Motion to Compel Arbitration (PageID #:1440). PACER lists it only under ECF 28. |
| 56 — Reply (Amended) | Yes | Yes | |
| 57 — Objection/Opposition | Yes | Yes | |
| 58 — Scheduling Notice | Yes | Yes | |
| 59 — Objection/Opposition | Yes | Yes | |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
| --- | --- | --- | --- |
| 29 — Memorandum in Support | Yes | Yes | |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 31 — Declaration | Yes | Yes | |
| 37 — Opposition | Yes | Yes | |
| 38 — Request for Judicial Notice | Yes | Yes | |
| 39 — Proof of Service | Yes | Yes | |
| 49 — Reply | Yes | Yes | |
| 50 — Request for Judicial Notice | Yes | Yes | |
| 51 — Opposition to RJNs | Yes | Yes | |
| 52 — Plaintiff's Objections to Cho Declaration | Yes | No | REMOVE. ECF 52's own caption confirms it was filed in support of Plaintiff's objections to Defendants' Motion to Compel Arbitration (ECF 10) (PageID #:1448) — not the Remand Motion. PACER has it under the wrong motion, not merely missing from the right one. |
| 53 — Objection/Opposition | Yes | Yes | |
| 58 — Scheduling Notice | Yes | Yes | |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 33 — Declaration ISO Ex Parte Application | Yes | Yes | |
| 26 — Defendants' Opposition to Ex Parte Application | No | Yes | ADD. ECF 26's own caption identifies it as the opposition to this application. PACER's ECF 32/33 block shows no link to its own opposition. |

| ECF No. / Document | On PACER's Related List? | Corrected List? | Basis |
|---|---|---|---|
| 45-1 - Proposed Order | No | Yes | ADD ECF Doc 45-1's own caption is Proposed Order Granting Motions for Sanctions |
| 46 — Declaration | Yes | Yes | |
| 47 — Memo/Declaration | Yes | Yes | |
| 48 — Proof of Service | Yes | Yes | |
| 60 — Response in Opposition to Motionx | Yes | Yes | |
| 61 — Defendants RJN | Yes | Yes | |

**Luna D'Sol**
(213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

**Luna D'Sol**
(213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

**Luna D'Sol**
(213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.