**MORGAN, LEWIS & BOCKIUS LLP**
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

**MORGAN, LEWIS & BOCKIUS LLP**
Nicole L. Antonopoulos, Bar No. 306882
nicole.antonopoulos@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, TRICIA SHANKS, and PETER C. MAXIM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUNA D'SOL,

Plaintiff,

vs.

BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:26-cv-03535-JGB-SP

Hon. Jesus G. Bernal

**[PROPOSED] ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER STRIKING, DISREGARDING, OR PRECLUDING RELIANCE ON ECF DOC 26, 26-1 THROUGH 26-10**

# [PROPOSED] ORDER

The Court has considered Plaintiff's Ex Parte Application (ECF No. 67), Defendants' Opposition, the Declaration of Nicole L. Antonopoulos and attached exhibits, and the record in this action.

Plaintiff has not complied with C.D. Cal. Local Rule 7-19 or the Court's Standing Order. Therefore, Plaintiff's ex parte application (ECF No. 67) is **DENIED**.

**IT IS SO ORDERED.**

Dated:

______________________________________

**HON. JESUS G. BERNAL**
**UNITED STATES DISTRICT JUDGE**