LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUNA D'SOL

Plaintiff,

VS.

BANK OF AMERICA, N.A.;
BANK OF AMERICA CORPORATION;
TRICIA SHANKS, an individual;
PETER C MAXIM, an individual;
and DOES 1 through 50, inclusive,

Defendant(s).

**Case No:** 5:26-cv-03535-JGB-SP

**PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S EX PARTE APPLICATION TO STRIKE, RESTRICT PUBLIC ACCESS TO, OR REQUIRE REDACTION OF FILINGS DISCLOSING PLAINTIFF'S FORMER LEGALNAME; AND FOR NARROWLY TAILORED PROTECTIVE RELIEF**

Judge: Hon. Jesus G. Bernal.
. United States District Juge

Courtroom: 1, 2nd floor

Complaint Filed: March 4th, 2026

The Court, having considered Plaintiff Luna D'Sol's Ex Parte Application, Defendants' Opposition, Plaintiff's Reply, and the record before the Court, and good cause appearing, hereby ORDERS:

1. Plaintiff's request to strike the challenged filings containing Plaintiff's former legal name is GRANTED.

2. ECF Nos. 10-7 and 61-1 are STRICKEN from the public docket to the extent permitted by the Court's docketing procedures.

3. Defendants shall, within three (3) court days, file replacement versions of ECF Nos. 10-7 and 61-1 in which Plaintiff's former legal name is fully redacted from public view.

4. The Clerk shall restrict public access to the unredacted versions of ECF Nos. 10-7 and 61-1 pending replacement and thereafter maintain the unredacted versions under restricted access unless otherwise ordered by the Court.

5. This Order does not preclude the parties from relying upon otherwise admissible portions of the underlying documents and does not determine the merits of Plaintiff's pending Motion for Sanctions, Motion to Remand, or Defendants' Motion to Compel Arbitration.

IT IS SO ORDERED.

DATED: ____________________

______________________________________

HON. JESUS G. BERNAL

UNITED STATES DISTRICT JUDGE