LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL<br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br>Defendant(s). | Case No: 5:26-cv-03535-JGB-SP<br><br>**NOTICE REGARDING PLAINTIFF'S MOTION FOR SANCTIONS (ECF 45)**<br><br>Judge: Hon. Jesus G. Bernal. .<br>United States District Judge<br><br>Courtroom: 1, 2nd floor<br><br>Complaint Filed: March 4th, 2026 |

**TO THE HONORABLE JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Luna D'Sol respectfully notifies the Court of her position regarding Plaintiff's pending Motion for Sanctions (ECF Nos. 45, 47, 48), presently set for hearing on August 31, 2026.

Plaintiff offers this position in the interest of judicial economy. Courts in this District have resolved a threshold motion first and thereby mooted a co-pending motion — including a motion to compel arbitration that was filed and fully briefed earlier — without ever reaching that motion's merits. See Haddad v. Circle K Stores, Inc., No. 5:26-cv-00810-KK-DTBx (C.D. Cal.) (defendant's motion to compel arbitration filed and fully briefed before plaintiff's motion to remand was even filed; the Court nonetheless decided the later-filed remand motion first, granted it, and denied the arbitration motion as moot without reaching its merits) (Order, Dkt. 22 (C.D. Cal. May 7, 2026)).

Consistent with that interest in conserving judicial economy, **If the Court grants Plaintiff's pending Motion to Remand (ECF No. 28), Plaintiff is agreeable to the Court denying Plaintiff's Motion for Sanctions as moot, without prejudice to any relief Plaintiff may properly seek following remand**.

If the Court denies Plaintiff's Motion to Remand, Plaintiff does not consent to dismissal or denial of the Motion for Sanctions on mootness grounds and maintains the Motion for determination by the Court.

This Notice is conditional upon the disposition of the Motion to Remand and does not constitute a withdrawal, abandonment, or waiver of Plaintiff's Motion for Sanctions or of the arguments presented therein.

Respectfully submitted,

Dated: August 24, 2026

/s/ Luna D'Sol

Luna D'Sol

Plaintiff in Pro Per