MORGAN, LEWIS & BOCKIUS LLP
Karen Y. Cho, Bar No. 274810
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
karen.cho@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Nicole L. Antonopoulos, Bar No. 306882
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001
nicole.antonopoulos@morganlewis.com

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, TRICIA SHANKS, and PETER C. MAXIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

vs.

BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:26-cv-03535-JGB-SP

**DEFENDANTS BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, TRICIA SHANKS, AND PETER C. MAXIM'S NOTICE OF ERRATA AND REQUEST TO STRIKE THE ENTRY OF ECF DOCKET NO. 74 FROM THE COURT'S DOCKET**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Bank of America, N.A., Bank of America Corporation, Tricia Shanks, and Peter C. Maxim (collectively, "Defendants") inadvertently filed its Notice of Intent to Appear Remotely under the incorrect event as ECF Docket No. 74.

The Notice of Intent to Appear Remotely was subsequently refiled as ECF Docket No. 75. Consequently, Defendants respectfully request that the Court strike from the docket the document filed under ECF Docket No. 74.

Dated: August 26, 2026

MORGAN, LEWIS & BOCKIUS LLP

By *<u>/s/ Karen Y. Cho</u>*
Karen Y. Cho
Nicole L. Antonopoulos

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, TRICIA SHANKS, and PETER C. MAXIM