# EXHIBIT 2

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Monday, August 31, 2026 10:26 AM
**To:** Antonopoulos, Nicole L.
**Cc:** Cho, Karen Y.
**Subject:** Re: Final Meet-and-Confer Notice — Motion for Reconsideration of August 27, 2026 Order

[EXTERNAL EMAIL]

Hi Nicole,

Thank you for responding.

As I previously advised, I may need to undergo surgery tomorrow. That remains a real possibility and was one of the reasons I had considered seeking ex parte relief concerning the timing. I ultimately decided not to pursue an ex parte application.

Given the limited period provided by Local Rule 7-18 and the uncertainty as to whether I will be medically able to prepare or file papers on Wednesday or during the remainder of that period, I intend to proceed with filing the Motion for Reconsideration today while I am able to do so.

To facilitate a substantive meet and confer before filing, I will send you and Karen shortly a concise breakdown of the grounds for reconsideration and my proposed stipulation regarding the briefing schedule. Given the circumstances, I respectfully request Defendants' position by 4:00 p.m. today. I will consider any response or proposed resolution received by that time before filing.

This is not intended as a refusal of your offer to confer on Wednesday. If my medical circumstances permit, I remain willing to continue discussions then regarding any issues that remain unresolved.

For avoidance of doubt, nothing in this correspondence, my participation in the meet-and-confer process, or any proposed stipulation is intended to waive Plaintiff's jurisdictional and remand arguments, her rights and election under the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act, or any other rights, objections, arguments, or appellate remedies. All are expressly reserved.

Regards,

**Luna D'Sol**
(213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

On Aug 31, 2026, at 09:54, Antonopoulos, Nicole L. <nicole.antonopoulos@morganlewis.com> wrote:

Hi Luna,

We have availability for a call on Wednesday before 9 am or after 3 pm to meet and confer regarding your motion for reconsideration and your request for a proposed stipulation regarding the briefing schedule. Could you please let us know if there is a time that works for you? Thank you.

**Nicole L. Antonopoulos**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304-1124
Direct: +1.650.843.7236 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
nicole.antonopoulos@morganlewis.com | www.morganlewis.com

<image001.png> <image002.png> <image003.png> <image004.png> <image005.png>

---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Monday, August 31, 2026 6:48 AM
**To:** Antonopoulos, Nicole L. <nicole.antonopoulos@morganlewis.com>; Cho, Karen Y. <karen.cho@morganlewis.com>
**Subject:** Final Meet-and-Confer Notice — Motion for Reconsideration of August 27, 2026 Order

[EXTERNAL EMAIL]

Counsel:

This email serves as Plaintiff's final good faith meet-and-confer notice regarding Plaintiff's Motion for Reconsideration of the Court's August 27, 2026 Order (ECF No. 78), pursuant to Local Rules 7-3 and 7-18.

As reflected in my prior communications, I have previously attempted to confer with Defendants concerning the matters addressed by the contemplated motion, including by email and telephone/voicemail. I am making this final attempt before filing.

The motion seeks reconsideration of (1) the remand determination under Local Rule 7-18(c), including the Court's characterization of the amount in controversy as undisputed despite ECF No. 25, and material matters contained in ECF No. 17 bearing upon judicial notice, the individual Defendants, administrative exhaustion, and fraudulent joinder; and (2) the arbitration-related portion of the Order, including Plaintiff's EFAA election, the Ninth Circuit's August 19, 2026 decision in *Ding v. Structure Therapeutics, Inc.*, and the Supplemental Declaration of Dineen M. Allen (ECF No. 56-1).

Please advise promptly whether Defendants will oppose the requested reconsideration and whether Defendants are available to confer regarding these issues. Absent a response, Plaintiff intends to proceed with filing the Motion for Reconsideration and will advise the Court of Plaintiff's prior meet-and-confer efforts and this final attempt.

Regards,

**Luna D'Sol**
(213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.