# EXHIBIT 4

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Wednesday, September 2, 2026 2:20 PM
**To:** Antonopoulos, Nicole L.
**Cc:** Cho, Karen Y.
**Subject:** Re: Surgery Rescheduled

[EXTERNAL EMAIL]
Hi,

Thank you for your prompt response

I will take 4:30pm

Thank you

Luna

On Sep 2, 2026, at 14:04, Antonopoulos, Nicole L. <nicole.antonopoulos@morganlewis.com> wrote:

Hi Luna,

We are available today after 4 pm. Please let us know what time works for you, and we will send a meeting invite with a link. Thank you.

**Nicole L. Antonopoulos**
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road | Palo Alto, CA 94304-1124
Direct: +1.650.843.7236 | Main: +1.650.843.4000 | Fax: +1.650.843.4001
nicole.antonopoulos@morganlewis.com | www.morganlewis.com

<image001.png> <image002.png> <image003.png> <image004.png> <image005.png>

---

**From:** Luna D'Sol <jravada@icloud.com>
**Sent:** Wednesday, September 2, 2026 12:47 PM
**To:** Antonopoulos, Nicole L. <nicole.antonopoulos@morganlewis.com>; Cho, Karen Y. <karen.cho@morganlewis.com>
**Subject:** Surgery Rescheduled

[EXTERNAL EMAIL]
Hi,

I just wanted to inform the surgery was scheduled for the end of this month

Are you still able to schedule a conference today? Or what is your available time?

**Luna D'Sol**
(213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

**Luna D'Sol**
(213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.