UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUNA D'SOL,<br>Plaintiff,<br>vs.<br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual; and DOES 1 through 50, inclusive,<br>Defendants. | Case No. 5:26-cv-03535-JGB-SP<br>Hon. Jesus G. Bernal<br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br>Date: September 28, 2026<br>Time: 8:30 a.m.<br>Courtroom: 1, 2nd Floor |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

# [PROPOSED] ORDER

Plaintiff Luna D'Sol's ("Plaintiff") Motion For Reconsideration ("Motion") came on for hearing on September 28, 2026 at 8:30 a.m. before the Honorable Jesus G. Bernal in Courtroom 1, 2nd Floor of the above-entitled Court, located at George E. Brown, Jr. Federal Building and United States Courthouse, Riverside. The Court, having considered all papers filed in support of and in opposition to the Motion, and arguments of counsel, and for good cause shown, hereby **DENIES** Plaintiff's Motion for Reconsideration.

"Motions for reconsideration are disfavored and rarely granted" and are subject to "stringent standards." *Brown v. United States*, 2011 WL 333380, at *2 (C.D. Cal. Jan. 31, 2011). Plaintiff's Motion for Reconsideration is denied on the merits because it lacks any legal basis and does not meet the stringent standard for reconsideration. In addition, Plaintiff's Motion for Reconsideration is procedurally improper because Plaintiff violated Local Rule 6-1 by failing to comply with the requisite notice period and violated Local Rule 7-3 by failing to comply with the meet and confer requirement prior to the filing of the Motion.

**IT IS SO ORDERED.**

Dated: ___________________, 2026

_______________________________________
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT
JUDGE