MORGAN, LEWIS & BOCKIUS LLP
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Nicole L. Antonopoulos, Bar No. 306882
nicole.antonopoulos@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, TRICIA SHANKS, and PETER MAXIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

vs.

BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; PETER C MAXIM, an individual; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:26-cv-03535-JGB-SP

**DEFENDANTS' STATEMENT REGARDING SCOPE AND TIMELINE FOR LIMITED DISCOVERY PURSUANT TO ECF NO. 78**

Judge: Hon. Jesus G. Bernal

Courtroom: 1, 2nd floor

Following a good faith meet and confer conference with Plaintiff Luna D'Sol ("Plaintiff) and multiple attempts to submit a joint statement, Defendants Bank of America, N.A., Bank of America Corporation, Tricia Shanks, and Peter Maxim ("Defendants") were unable to reach an agreement with Plaintiff. Therefore, Defendants submit the following statement on behalf of Defendants only specifying Defendants' position for the scope of and timeline for limited discovery solely on the issue of the existence of an arbitration agreement pursuant to the Court's Order dated August 27, 2026 (ECF No. 78).

**DEFENDANTS' POSITION**

**A. Scope of Limited Discovery**

Defendants propose the following scope for discovery on the issue of the existence of Plaintiff's arbitration agreement:

1. Five (5) Document Requests Per Side
2. Five (5) Requests for Admission Per Side
3. Defendants are permitted to take a videotaped, virtual deposition of Plaintiff for a period not to exceed two hours, focused on formation of Plaintiff's arbitration agreement.
4. Plaintiff is permitted to take videotaped, virtual depositions of Peter Maxim and Tricia Shanks for a period not to exceed two hours total (one hour per deposition), focused on formation of Plaintiff's arbitration agreement.

**B. Timeline for Limited Discovery**

Defendants propose that both Parties serve their written discovery requests within 30 days of the Court's Order on this Statement.

Defendants also propose that the Parties meet and confer to identify a mutually agreeable date for the depositions, and the depositions should take place

within 30 days of the Parties' responses to the discovery requests, unless the Parties mutually agree to extend this deadline.

Dated: September 14, 2026

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Nicole L. Antonopoulos*
Karen Y. Cho
Nicole L. Antonopoulos

Attorneys for Defendants
BANK OF AMERICA, N.A.,
BANK OF AMERICA
CORPORATION, TRICIA
SHANKS, and PETER MAXIM