# Exhibit 102

LOS ANGELES CENTER FOR
EAR, NOSE, THROAT AND ALLERGY

# General Consent

Please complete the following information to provide your consent for the surgical procedure(s) described below.

## Patient Information

First Name *

Luna

Last Name *

D'Sol

Date of Birth *

11/20/1984

Today's Date *

08/27/2026

Mobile Phone Number *

(219) 250-4069

## Surgical Procedure Authorization

I hereby authorize my doctor to perform the following surgical procedures:

Surgical Procedures to be Performed *

[redacted]

## Consent Acknowledgements

The benefits, risks, complications and alternatives to the above procedure(s) have been explained to me. I understand that the procedure(s) will be performed under the supervision of my doctor.

My doctor may use the services of other doctors or practitioners, or members of the resident staff as deemed necessary or advisable. I authorize my doctor and his or her associates and assistants to perform such additional procedures that in their judgement are necessary and appropriate for my diagnosis and treatment. I consent to observers in the operating room in accordance with hospital policy. I consent to photography or video taping of my surgical procedure for educational purposes. I agree to be given blood or blood products as deemed advisable during the course of my procedure. The risks, benefits and alternatives to receiving blood or blood products have been explained to me. I consent to the administration of sedation or analgesia during my procedure. The risks, benefits and alternatives to receiving sedation or analgesia have been explained to me. If anesthesia is required, I consent to the administration of anesthesia by members of the Department of Anesthesia. I also consent to the use of non-invasive and invasive monitoring techniques as deemed necessary. I understand that anesthesia involves risks that are in addition to those resulting from the surgery itself.

## Pregnancy Status

Please check one of the following statements:

Pregnancy Status *

To the best of my knowledge I am not pregnant

I believe I am pregnant

N/A

## Certification and Consent

I certify that I have read and understand the above consent statements. I have

been offered the opportunity to ask my doctor any questions I have regarding the procedure(s) to be performed and they have been answered to my satisfaction. I acknowledge that I have been given no guarantee or assurance as to the results that may be obtained from the procedures. (See attached documents)

By checking this box, I confirm that this information is correct to the best of my knowledge *

I confirm

Patient Signature *

Date *

08/27/2026

Continue

LOS ANGELES CENTER FOR
EAR, NOSE, THROAT AND ALLERGY

# General Consent

Please complete the following information to provide your consent for the surgical procedure(s) described below.

## Patient Information

First Name *

Luna

Last Name *

D'Sol

Date of Birth *

11/20/1984

Today's Date *

09/03/2026

Mobile Phone Number *

(760) 507-5381

## Surgical Procedure Authorization

I hereby authorize my doctor to perform the following surgical procedures:

Surgical Procedures to be Performed *

[redacted]

## Consent Acknowledgements

The benefits, risks, complications and alternatives to the above procedure(s) have been explained to me. I understand that the procedure(s) will be performed under the supervision of my doctor.

My doctor may use the services of other doctors or practitioners, or members of the resident staff as deemed necessary or advisable. I authorize my doctor and his or her associates and assistants to perform such additional procedures that in their judgement are necessary and appropriate for my diagnosis and treatment. I consent to observers in the operating room in accordance with hospital policy. I consent to photography or video taping of my surgical procedure for educational purposes. I agree to be given blood or blood products as deemed advisable during the course of my procedure. The risks, benefits and alternatives to receiving blood or blood products have been explained to me. I consent to the administration of sedation or analgesia during my procedure. The risks, benefits and alternatives to receiving sedation or analgesia have been explained to me. If anesthesia is required, I consent to the administration of anesthesia by members of the Department of Anesthesia. I also consent to the use of non-invasive and invasive monitoring techniques as deemed necessary. I understand that anesthesia involves risks that are in addition to those resulting from the surgery itself.

## Pregnancy Status

Please check one of the following statements:

Pregnancy Status *

✓ To the best of my knowledge I am not pregnant

I believe I am pregnant

N/A

## Certification and Consent

I certify that I have read and understand the above consent statements. I have been offered the opportunity to ask my doctor any questions I have regarding the procedure(s) to be performed and they have been answered to my satisfaction. I acknowledge that I have been given no guarantee or assurance as to the results that may be obtained from the procedures. (See attached documents)

**By checking this box, I confirm that this information is correct to the best of my knowledge** *

✓ I confirm

**Patient Signature** *

Signed Sep 3, 2026 · IP 146.75.146.1

**Date** *

09/03/2026

Continue