Cc LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br>Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**NOTICE REGARDING ONE-DAY LATE FILING AND MEET-AND-CONFER EFFORTS**<br><br>Judge: Hon. Jesus G. Bernal. .<br>United States District Judge<br><br>Date: September 28, 2026<br>Time: 9:00 am<br>Courtroom: 1, 2nd floor<br><br>Complaint Filed: March 4th, 2026<br><br>Concurrently filed with: PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION; Objections to Declaration of Karen Cho, Proposed Order Granting Plaintiff's Motion for Declaration |

**NOTICE REGARDING ONE-DAY LATE FILING AND MEET-AND-CONFER EFFORTS**

Plaintiff Luna D'Sol, appearing in pro per, respectfully provides notice that Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Reconsideration is being submitted one day after the applicable filing deadline.

The one-day delay in filing Plaintiff's Reply was inadvertent and resulted, in part, from Plaintiff's temporary inability to maintain internet service because Plaintiff did not have sufficient funds to pay the required internet service bill. The interruption in internet access materially interfered with Plaintiff's ability to complete and electronically file the Reply by the applicable deadline. Plaintiff filed the Reply as soon as reasonably practicable under the circumstances. The delay was for less than one day, was not intended to cause delay, did not prejudice any party because this is the Motion's Reply, and Plaintiff respectfully requests that the Court accept the Reply based upon excusable neglect.

Plaintiff contacted Defendants but no response, most o f my delay was spent waiting for Counsel's resoibse.

Plaintiff submits this Notice without waiving any substantive argument, objection, or right previously asserted or preserved in this action.

Dated: September 15, 2026

/s/ Luna D'Sol

**Luna D'Sol**

Plaintiff, In Pro Per