LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br>Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**APPLICATION FOR LEAVE TO FILE A SUPPLEMENT TO THE JOINT STATEMENT REGARDING SCOPE AND TIMELINE FOR LIMITED DISCOVERY PURSUANT TO ECF NO. 78**<br><br>Judge: Hon. Jesus G. Bernal. .<br>United States District Juge<br><br>Complaint Filed: March 4th, 2026 |

Luna D'Sol ("Plaintiff"), appearing pro se, respectfully applies to this Court for leave to file, as a supplement to the Joint Statement Regarding Scope and Timeline for Limited Discovery Pursuant to ECF No. 78 ("Joint Statement"), filed by Defendants on September 14, 2026 (ECF No. 85), Plaintiff's Position Regarding Scope and Timeline for Limited Discovery ("Plaintiff's Position"), attached hereto as Exhibit A.

Good cause exists for the requested leave because Plaintiff first reached out to Defendants' counsel on September 1, 2026, regarding the scope of the limited formation discovery contemplated by ECF No. 78. Declaration of Luna D'Sol ("D'Sol Decl.") ¶ 3. On September 3, 2026, Plaintiff provided Defendants with her proposed position regarding the scope and timeline for that discovery, eleven days before Defendants filed the Joint Statement. Id. ¶ 4. Plaintiff's proposal specifically sought to determine whether the parties could stipulate to the relevant formation facts reflected in Defendants' existing declarations and records, thereby narrowing or potentially eliminating the need for additional discovery. Id. ¶ 4; Ex. A.

Plaintiff subsequently followed up with Defendants' counsel regarding their position and whether the issue could be resolved without further Court intervention. D'Sol Decl. ¶ 5. Defendants did not engage in resolving the proposed scope of discovery or reach a stipulation with Plaintiff before filing the Joint Statement. Id. Defendants thereafter filed the Joint Statement on September 14, 2026, without including Plaintiff's previously provided position. Id. ¶ 6. Plaintiff therefore seeks leave to place her previously prepared position before the Court so that the Court may consider the parties' respective positions when determining the scope and timeline of the limited discovery it ordered. Id. ¶ 7.

Plaintiff's proposed approach also promotes judicial economy by avoiding discovery that would merely duplicate facts already addressed by Defendants' own evidentiary submissions. The Court has already determined that Defendants' existing evidence was insufficient to establish the existence of an arbitration agreement by a preponderance of the evidence and limited the further proceedings to discovery concerning contract formation. ECF No. 78 at 9–10. Plaintiff's proposed approach is directed at narrowing that discovery to the discrete formation issue identified by the Court rather than requiring unnecessary or duplicative discovery.

Respectfully submitted,

Dated: September 15, 2026

/s/ Luna D'Sol

Luna D'Sol

Plaintiff, In Pro Per