MORGAN, LEWIS & BOCKIUS LLP
Karen Y. Cho, Bar No. 274810
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501
karen.cho@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Nicole L. Antonopoulos, Bar No. 306882
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001
nicole.antonopoulos@morganlewis.com

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, TRICIA SHANKS, and PETER C. MAXIM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUNA D'SOL,

Plaintiff,

vs.

BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:26-cv-03535-JGB-SP

**DEFENDANTS' NOTICE OF INTENT TO APPEAR REMOTELY**

Date: September 28, 2026
Time: 8:30 a.m.
Courtroom: 1, 2nd Floor

**TO THE HONORABLE JESUS G. BERNAL AND ALL PARTIES:**

Pursuant to this Court's Standing Order, Defendants Bank of America, N.A., Bank of America Corporation, Tricia Shanks, and Peter C. Maxim (collectively "Defendants"), through counsel Karen Y. Cho and Nicole L. Antonopoulos, are providing notice of Defendants' counsel's intent to appear remotely at the hearing on Plaintiff Luna D'Sol's Motion for Reconsideration, which is currently noticed for September 28, 2026, at 8:30 a.m.

Dated: September 23, 2026

MORGAN, LEWIS & BOCKIUS LLP

By *\/s/ Nicole L. Antonopoulos*
Karen Y. Cho
Nicole L. Antonopoulos

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, TRICIA SHANKS, and PETER C. MAXIM