LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br><br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br><br>Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**PLAINTIFF'S NOTICE TO APPEAR REMOTELY**<br><br>Judge: Hon. Jesus G. Bernal.<br>. United States District Juge<br><br>Date: September 28, 2026<br>Time: 8:30 am<br>Courtroom: 1, 2nd floor<br><br>Complaint Filed: March 4th, 2026 |

**TO THE HONORABLE JESUS G. BERNAL AND ALL PARTIES:**

Pursuant to this Court's Standing Order, Plaintiff, Luna D'Sol, in pro per, is providing notice of Plaintiff's intent to appear remotely at the hearing on Plaintiff Luna D'Sol's Motion for Reconsideration, which is currently noticed for September 28, 2026, at 8:30 a.m.

Dated: September 23, 2026 Respectfully submitted by:

/s/ Luna D'Sol

Luna D'Sol, Plaintiff in Pro Per