LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br>Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**DECLARATION OF LUNA D'SOL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION**<br><br>Judge: Hon. Jesus G. Bernal.<br>. United States District Juge<br><br>Date: October 21, Time: 8:30 am<br>Courtroom: 1, 2nd floor<br><br>Complaint Filed: March 4th, 2026<br><br>Concurrently filed with: Plaintiff's Ex Parte Application and [Proposed] Order |

# DECLARATION OF LUNA D'SOL

I, Luna D'Sol, declare as follows:

1. I am the Plaintiff in this action and appear in pro per. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would competently testify to them.

2. On October 20, 2026, Parties participated in a Meet and Confer at 3:30 pm. A true and correct copy of the Teams Meeting link created by Defendants is attached hereto as **Exhibit 1**. Among other subjects, I discussed my medical needs and requested a stipulation to stay the action for a limited period of time due my health, Defendants declined Plaintiffs request.

**3.** On October 21, 2026, Plaintiff reached out to Defendants' counsel in an email where Plaintiff attached her doctor's order to be hospitalized and Plaintiff's urgent notice from a another Doctor's office for surgery for a separate issue. Plaintiff asked Defendants to reconsider. A true and correct copy of Plaintiff's first email from October 21, 2026 is attached here to as **Exhibit 2**

4. Attached hereto as **Exhibit 3** is a second email follow up I sent to Defendants' counsel. I did not receive any response.

5. Attached hereto as **Exhibit 4** is Plaintiff's Doctors order notice effective October 20, 2026

6. Attached hereto as **Exhibit 5** is Plaintiff's Urgent Notice from her ENT Surgery Medical Office.

7. I am not familiar with the type of procedure or the length of time I will be kept, I am aware that my doctor's note states until further notice. I believe that 30 days is reasonable. I will also attempt to find representation in that way I can focus on my health

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 21, 2026, at Palm Springs, California.

/s/ Luna D'Sol

Luna D'Sol, Plaintiff in Pro Per

# Exhibit 1

**From:** **Antonopoulos, Nicole L.** nicole.antonopoulos@morganlewis.com
**Subject:** D'Sol v. Bank of America et al - Meet and Confer Call
**Date:** October 20, 2026 at 15:17
**To:** Luna D'Sol jravada@icloud.com, Cho, Karen Y. karen.cho@morganlewis.com

NA

---

## Microsoft Teams meeting

**Join:** https://teams.microsoft.com/meet/2237544829957823?p=YlMseTSYiXTgA9MMUw

Meeting ID: 223 754 482 995 782 3

Passcode: gL72Wn3V

---

Need help? | System reference

### Dial in by phone

+1 323-484-5815,,499002378# United States, Los Angeles

Find a local number

Phone conference ID: 499 002 378#

### Join on a video conferencing device

Tenant key: morganlewis@m.webex.com

Video ID: 118 404 234 1

More info

For organizers: Meeting options | Reset dial-in PIN

Morgan Lewis

Org help

---

Mail Attachment.ics

mg_info.txt

Exhibit 2

**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Ex Parte Meet and Confer
**Date:** October 21, 2026 at 11:39
**To:** Antonopoulos, Nicole L. nicole.antonopoulos@morganlewis.com, Karen Y. Cho karen.cho@morganlewis.com



Dear Ms. Cho and Ms. Antonopoulos:

I write to formally meet and confer regarding Plaintiff's anticipated ex parte application for a temporary stay of proceedings based on documented medical necessity.

Although Defendants declined Plaintiff's request for a stay on October 20, 2026, Plaintiff now provides additional medical documentation supporting the urgency and necessity of the requested relief.

On October 20, 2026, Plaintiff's treating medical provider, Emily Luu Davari, PA-C, issued a written statement confirming that Plaintiff is experiencing an acute exacerbation of psychiatric symptoms resulting in significant functional impairment and requiring urgent psychiatric evaluation for a higher level of care, including possible inpatient hospitalization.

The medical provider expressly recommends that Plaintiff be excused from court appearances, appointments, and associated deadlines effective October 20, 2026, pending further evaluation and stabilization.

Additionally, Plaintiff has received correspondence from the Los Angeles Center for Ear, Nose, Throat, and Allergy concerning the rescheduling of her previously scheduled surgery.

In light of these circumstances, Plaintiff requests that Defendants reconsider their opposition and stipulate to continue the case until further notice. I don't know personally how long I will be there but I am hoping as the hospital asses my condition thoroughly for several days, medicate me accordingly, and perform the surgery then my hope is to have counsel represent me.

Plaintiff's request is made in good faith and is supported by contemporaneous medical evidence.

Given the approaching deadlines and the medical urgency, please confirm whether Defendants will stipulate to the requested relief. If Defendants oppose the request, please state the grounds for their opposition and whether they would agree to a shorter stay.

Plaintiff intends to accurately report Defendants' position in her anticipated ex parte application.

Respectfully,

**Luna D'Sol**

📱 (213) 925-4069
jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

KDA
Karma Doctors & Associates
When you tune your brain, you tune your life

10/20/2026

To Whom It May Concern:

# Exhibit 3



**From:** **Luna D'Sol** jravada@icloud.com
**Subject:** Meet and Confer Follow up
**Date:** October 21, 2026 at 16:14
**To:** Antonopoulos, Nicole L. nicole.antonopoulos@morganlewis.com, Cho, Karen Y. karen.cho@morganlewis.com

Hi,

I am finishing up my ex parte application and I wanted to document if you changed your mind on opposing my need to stay this action following medical notes and condition?

**Luna D'Sol**

📱 (213) 925-4069
📧 jravada@icloud.com

This email and any attachments are intended only for the named recipient(s) and may contain confidential information. If you received this in error, please notify the sender and delete it immediately.

# Exhibit 4

**From:** **Maria Baitan** mariabaitan@laent.com
**Subject:** URGENT- SURGERY APPOINTMENT
**Date:** October 21, 2026 at 10:41
**To:** jravada@icloud.com
**Cc:** Carolina Montes carolinamontes@laent.com

MB

Good morning Luna,

We tried reaching you by phone today but were unable to connect. El Mirador informed us that you would like to reschedule your surgery appointment.

When you have a moment, please reply to this email or call us at 323-306-9632 ext. 6364 to confirm the cancellation of your current appointment and discuss rescheduling options.

Best regards,
--
**Maria Baitan**
**Surgery Scheduling VA**
**Los Angeles Center for Ear, Nose, Throat, and Allergy**

**mobile: 323 306-9632 ext 6364**
https://www.laent.com/

*This message contains privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message, you must not disseminate, copy, or take any action in reliance on it.*

*This message contains privileged and confidential information intended only for the use of the addressee named above. If you are not the intended recipient of this message, you must not disseminate, copy, or take any action in reliance on it.*

# Exhibit 5

Karma Doctors & Associates
When you tune your brain, you tune your life

10/20/2026

To Whom It May Concern:

Ms. Luna D'sol has been under our care since 01/12/2026 and is currently experiencing an acute exacerbation of psychiatric symptoms resulting in significant functional impairment and requiring urgent psychiatric evaluation for a higher level of care, including possible inpatient hospitalization.

Due to medical necessity, I recommend that she be excused from court appearances, appointments, and associated deadlines effective 10/20/2026, pending further evaluation and stabilization.

Thank you for your consideration.

Sincerely,

Emily Luu Davari

Emily Luu Davari, PA-C
Certified Physician Assistant