LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL<br><br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.;<br>BANK OF AMERICA CORPORATION;<br>TRICIA SHANKS, an individual;<br>PETER C MAXIM, an individual;<br>and DOES 1 through 50, inclusive,<br><br>Defendant(s). | **Case No:** 5:26-cv-03535-JGB-SP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LUNA D'SOL'S EX PARTE APPLICATION FOR CONTINUANCE OF ALL PENDING HEARINGS AND DEADLINES; CONTINUANCE FOR HOSPITALIZATION / SURGERY; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Judge: Hon. Jesus G. Bernal.<br>. United States District Juge<br><br>Date: October 22, 2026<br>Time: 3:30 pm<br>Courtroom: 1, 2nd floor<br><br>Complaint Filed: March 4th, 2026<br><br>Concurrently filed with: Supplemental Declaration of Luna D'Sol and Ex Parte |

The Court, having considered Plaintiff Luna D'Sol's *Ex Parte* Application for Continuance of All Pending Hearings and Deadlines due to urgent medical hospitalization, the Memorandum of Points and Authorities, the supporting Declarations, and any opposition filed thereto, and finding **good cause** exists pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rules 6-1 and 7-19:

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's *Ex Parte* Application is **GRANTED**;
2. All active litigation, including all pending discovery schedules, motion response deadlines, and court appearances in this matter, is **STAYED for a period of thirty (30) days** from the date of this Order to allow Plaintiff to undergo required medical treatment and stabilization, and to allow the parties an opportunity to finalize settlement terms;
3. All currently scheduled hearings before this Court are hereby vacated and continued for approximately thirty (30) days, to be rescheduled by the Court Clerk as follows:
   - The hearing on Defendants' [Name of Motion, if any], currently set for October 22, 2026, is continued to ______________________, 2026, at __________ _.m.
   - [Insert any other upcoming specific hearing date] is continued to ______________________, 2026, at __________ _.m.
4. The parties are directed to file a joint status report regarding the status of Plaintiff's medical availability and/or the finalization of the settlement agreement on or before ______________________, 2026 [Leave blank for the Judge to fill in a date roughly 30 days out].

**IT IS SO ORDERED.**

Dated: _____________, 2026 ________________

________________________________

Hon. Jesus G. Bernal.

UNITED STATES DISTRICT JUDGE