**MORGAN, LEWIS & BOCKIUS LLP**
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

**MORGAN, LEWIS & BOCKIUS LLP**
Nicole L. Antonopoulos, Bar No. 306882
nicole.antonopoulos@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, TRICIA SHANKS, and PETER C. MAXIM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LUNA D'SOL,

Plaintiff,

vs.

BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:26-cv-03535-JGB-SP

Hon. Jesus G. Bernal

**[PROPOSED] ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR CONTINUANCE OF ALL PENDING HEARINGS AND DEADLINES; CONTINUANCE FOR HOSPITALIZATION / SURGERY**

# [PROPOSED] ORDER

The Court has considered Plaintiff's *Ex Parte* Application (ECF No. 94), Defendants' Opposition, and the record in this action.

The Court finds that Plaintiff has not established entitlement to the extraordinary relief requested.

Plaintiff has not established a present conflict or hardship warranting emergency relief. Neither premise underlying the Application demonstrates that Plaintiff is presently unable to comply with existing litigation obligations. The medical note identifies inpatient hospitalization only as a possibility and does not establish that Plaintiff has been admitted, scheduled for admission, or otherwise rendered unavailable for any particular litigation obligation. Likewise, Plaintiff has not established that any surgery has been rescheduled, identify a surgery date, or show that a procedure or recovery period conflicts with any existing deadline. The record therefore does not establish good cause for a case-wide stay.

Accordingly, Plaintiff's Ex Parte Application (ECF No. 94) is **DENIED**. All existing deadlines and discovery obligations remain in effect.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE