LUNA D'SOL
Plaintiff, In Pro Per
Email Address: jravada@icloud.com
2275 E Belding Dr
Palm Springs CA 92262
Telephone: 213-925-4069

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES.**

| | |
|---|---|
| LUNA D'SOL<br>Plaintiff,<br><br>VS.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual; and DOES 1 through 50, inclusive<br>Defendants | CASE No: *5:26-cv-03535-JGB-SP*<br>*[Assigned to Honorable Judge Jesus G Bernal 1, 2 Floor]*<br><br>**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT, OR, IN THE ALTERNATIVE, LEAVE TO FILE A SUR-REPLY RE: DEFENDANTS OPPOSITION TO PLAINITIFF'S EX PARTE APPLICATION FOR CONTINUANCE ALL THE ENTIRE CASE AND HEARINGS**<br><br>Complaint Filed: June 24th, 2026 |

Plaintiff Luna D'Sol is in receipt of defendants' opposition in connection to Plaintiff's Ex Parte Application for continuance in all matters and in this case.[1] Should the Court decline to grant Plaintiff's application on the papers, Plaintiff respectfully requests an opportunity to present oral argument before the Court rules on the requested relief, or in the alternative gr`ant a leave for Plaintiff to file a sur-reply.

Dated October 22, 2026[2]

/s/ Luna D'So]
Luna D'Sol, Plaintiff in Pro Per

[1] Stay this action
[2] Plaintiff postponed tonight's check-in until tomorrow