MORGAN, LEWIS & BOCKIUS LLP
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Nicole L. Antonopoulos, Bar No. 306882
nicole.antonopoulos@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304-1124
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Attorneys for Defendants
BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, TRICIA SHANKS, and PETER C. MAXIM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUNA D'SOL,<br>Plaintiff,<br>vs.<br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; TRICIA SHANKS, an individual; and PETER C. MAXIM, an individual; and DOES 1 through 50, inclusive,<br>Defendants. | Case No. 5:26-cv-03535-JGB-SP<br>Hon. Jesus G. Bernal<br>**[PROPOSED] ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION TO REQUEST CONTINUANCE PENDING HER MEDICAL ORDER AND SURGERY** |

# [PROPOSED] ORDER

Before the Court is Plaintiff Luna D'Sol's *Ex Parte* Application ("Application") to continue all discovery proceedings and all currently scheduled hearings and related deadlines for thirty days (ECF No. 97). The Court has considered the Application, Defendants' Opposition, the record in this action, and the applicable law.

The Court finds that Plaintiff's Application materially duplicates Plaintiff's pending *Ex Parte* Application (ECF No. 94). Both applications seek substantially the same thirty-day relief based on the same asserted prospect of medical circumstances. The Application relies on the same declaration and exhibits and identifies no new hospitalization, surgery date, medical restriction, scheduled conflict, or other material change in circumstances.

To the extent the Application is framed as a discovery motion, it does not comply with Local Rules 37-2 and 37-3. Plaintiff filed no joint stipulation or declaration establishing an exception to that requirement, and the Application presents no new irreparable injury or prejudice warranting *ex parte* discovery relief.

The Court further finds that the portions of the Application addressing Defendants' opposition (ECF No. 95) and the merits of the arbitration dispute constitute unauthorized supplemental briefing. The Court declines to consider those arguments.

Accordingly, Plaintiff's *Ex Parte* Application (ECF No. 97) is **DENIED** as duplicative and procedurally improper.

**IT IS SO ORDERED.**

Dated: ___________________, 2026

_______________________________________
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE